EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes Section

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2005

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00342 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [26 U.S.C. § 7201] |
| STEPHEN B. WILSON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about August 16, 1999, in the District of Hawaii, the defendant STEPHEN B. WILSON, a resident of Honolulu, Hawaii, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 1998, by preparing and causing to be

prepared and by signing and causing to be signed, a materially false and fraudulent U. S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein he stated that his taxable income for said calendar year was the sum of $46,915.63, and that the amount of tax due and owing thereon was the sum of $9,840, whereas, as he then and there well knew and believed his taxable income for the said calendar year was the sum of $376,969.80 upon which said taxable income that was owing to the United States of America an income and self-employment tax of $138,552.91.

All in violation of Title 26, United States Code, Section 7201.

### COUNT 2

The Grand Jury further charges that:

On or about August 15, 2000, in the District of Hawaii, the defendant STEPHEN B. WILSON, a resident of Honolulu, Hawaii, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 1999, by preparing and causing to be prepared and by signing and causing to be signed, a materially false and fraudulent U. S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein he stated that his taxable income for said calendar year was the sum of $26,516.00, and that the amount of tax due and owing

thereon was the sum of $9,144, whereas, as he then and there well knew and believed his taxable income for the said calendar year was the sum of $259,827.97 upon which said taxable income that was owing to the United States of America an income and self-employment tax of $95,975.10.

All in violation of Title 26, United States Code, Section 7201.

DATED: ___8/11___, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Stephen B. Wilson
Cr. No. _____
"Indictment"