ORIGINAL

PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

JUN 0 7 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ' | |
| Plaintiff, | ' | CR. NO. CR05-00342 HG |
| VS. | ' | INDICTMENT |
| STEPHEN B. WILSON, | ' | [26 U.S.C. ' 7201] |
| Defendant. | ' | |

**DEFENDANT, STEPHEN B. WILSON'S,**
**MOTION TO DISCLOSE ILLEGAL ELECTRONIC, POSTAL AND**
**INFORMANT SURVEILLANCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

COMES NOW, Defendant, Stephen B. Wilson, and through his attorney of record, Paul J. Sulla, and files this his Motion to Disclose Illegal Electronic and Postal Surveillance and, in support of said Motion, would respectfully show unto the Court the following:

1. Defendant has apparently been the subject of a previous Internal Revenue Service Criminal Investigation at the administrative level.  In pursuit of this previous investigation, the Internal Revenue Service has apparently questioned numerous third

1

parties which the Defendant has represented in years past.

2.  The government has made some discovery available to the Defendant, but has withheld IRS forms created during the investigation and other documents pertaining to Defendant.

3.  Defendant alleges on information and belief that IRS engaged in unauthorized and/or illegal electronic, postal and informant surveillance.  Further, Defendant avers that the U. S. Attorney in charge of the Grand Jury investigation, and the Department of Justice would never have obtained the documentation and evidence which the government is withholding and has not produced absent the unauthorized and/or illegal surveillance.

4.  This Motion is brought also as a Motion to Suppress the fruits of the illegal or unauthorized surveillance.  The United States should be ordered to come forward and make the appropriate disclosures by a representative with personal knowledge concerning Defendant's claim of illegal electronic, postal, and informant surveillance.

5.  Defendant alleges and will prove, in support of this Motion, that the Government should be forced to disclose the existence of any illegal electronic, postal, or informant surveillance prior to the trial on the merits of this criminal case so that Defendant may utilize this  knowledge to evaluate, with his counsel, the propriety of taking the stand to testify in his own behalf.

2

6.  As set out more fully in the accompanying memorandum in support of this Motion, if the Government violated its own administrative rules or regulations in conducting the postal, electronic, or informant surveillance, or any laws of the United States pertaining thereto, then the fruits of such evidence are subject to suppression.  The Government bears the burden of coming forward and either admitting or denying, under oath, the existence of such surveillance.

7.  Accordingly, Defendant prays that this Court enter an Order directing the Government to disclose, under oath from the proper officials having personal knowledge or having means to obtain personal knowledge, all electronic informant and postal surveillance of the Defendant which has been conducted.


WHEREFORE, ABOVE PREMISES CONSIDERED,  Defendant, Stephen B. Wilson, prays that this Honorable Court enter an Order directing the Government to disclose, under oath of the appropriate official(s) having personal knowledge or having the means to obtain personal knowledge, all electronic and postal surveillance of the Defendant, of any kind, which took place during the Internal Revenue Service, Department of Justice, and U. S. Attorney's investigation of Defendant up  to, and including, the time of the trial on the merits herein.  Defendant prays for such other and

further relief, both in law and in equity, to which the Defendant may show himself to be justly entitled.

Respectfully submitted,

_____
PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to

by electronic filing and/or U.S. Mail, postage prepaid, on this the ___ day of June, 2006.

WILSONSU.VEL/TK384

Paul J Sulla/PAUL J. SULLA #5398

4