```
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ' | |
| Plaintiff, | ' | CR. NO. CR05-00342 HG |
| VS. | ' | INDICTMENT |
| STEPHEN B. WILSON, | ' | [26 U.S.C. ' 7201] |
| Defendant. | ' | |

**ORDER ON DEFENDANT'S MOTION TO DISCLOSE ILLEGAL ELECTRONIC, POSTAL AND INFORMANT SURVEILLANCE**

BEFORE the Court on this the _____ day of _____, 2006, came on to be heard the Motion of Defendant, Stephen B. Wilson, for the entry by this Court of an Order directing the Government to disclose, through oath of the appropriate officials having personal knowledge or having the means to obtain personal knowledge, all electronic, postal and informant surveillance of the Defendant which has previously been conducted prior to the trial on the merits of this case in the Internal Revenue Service, Department of Justice, Department of Treasury, and U. S. Attorney's Investigation

which culminated in the Indictment of the Defendant. The Court, after considering said Motion, is of the opinion that relief SHOULD / SHOULD NOT BE GRANTED. Based on this finding, it is:

ORDERED that the Motion to Disclose Illegal Electronic, Postal, and Informant Surveillance IS/IS NOT GRANTED. It is further;

ORDERED that the United States Attorney in charge of this case IS/IS NOT HEREBY DIRECTED by this Court to procure Affidavits from the appropriate Government officials with personal knowledge or having the means to obtain personal knowledge of the matters to be sworn to, either admitting or denying the existence of electronic, postal, or informant surveillance of the Defendant under oath. It is further;

ORDERED that such statements SHALL / SHALL NOT BE FILED with the Clerk of this Court and made a part of the record hereof for all intents and purposes. It is further;

ORDERED that the Affidavits themselves SHALL / SHALL NOT CONTAIN within their content sufficient information to enable this Court and the Defendant to determine whether the official making said Affidavit is competent, with the requisite personal knowledge, to either admit or deny the existence of postal, electronic, or informant surveillance of the Defendant. It is further;

ORDERED that this Court shall entertain a Motion to Suppress any Evidence which the Government has obtained from electronic,

postal, or informant surveillance.

SIGNED on this the _____ day of _____, 2006.


_____
JUDGE PRESIDING

7