PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 07 2006

Attorney for Defendant
Stephen B. Wilson

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

STEPHEN B. WILSON,

    Defendant.

CR. NO. CR05-00342 HG

INDICTMENT

[26 U.S.C. ' 7201]

## DEFENDANT, STEPHEN B. WILSON'S, MOTION FOR PRODUCTION OF JENCKS MATERIAL AND TAX INFORMATION ON JURY PANEL PROVIDED TO PROSECUTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, Stephen B. Wilson ("WILSON") and files this his Motion for Production of Jencks Material and, in support of said Motion, would respectfully show unto the Court the following:

1.  The demand for production of Jencks Material is being made by the Defendant pursuant to Title 18 U.S.C. Section 3500.

2.  In the interest of Justice, Defendant moves this Court to enter an Order that Jencks Material demanded by this Motion be produced by the Prosecution at least twenty-four hours before trial

1

herein so that the material may be reviewed by Defendant's counsel without unduly delaying the trial on the merits herein.

3. All tax information concerning prospective jurors provided to the prosecution by the IRS or other agencies should be provided to the defense. See Hashimoto v. United States, 878 F.2d 1126 (C.A. 9, 1989) AND 26 U.S.C. ' 6103(h)(5).

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendant prays that this Honorable Court entertain this motion and, after due consideration of same, that this Court enter its Order: (1) granting Defendant's Motion for Production of Jencks Material and Tax Information on Jury Panel Provided to Prosecution; and (2) granting Defendant such other and further relief, both in law and in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

PAUL J. SULDA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to

by electronic filing and/or U.S. Mail, postage prepaid, on this the ___ day of June, 2006.

Paul J. Sulla

WILSON.JNK/TK384

3

PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,          '

     Plaintiff,                 '      CR. NO. CR05-00342 HG
                                   '
VS.                                '      INDICTMENT
                                   '
STEPHEN B. WILSON,                 '      [26 U.S.C. ' 7201]
                                   '
     Defendant.                 '

**ORDER ON DEFENDANT, STEPHEN B. WILSON'S,
MOTION FOR PRODUCTION OF JENCKS MATERIAL AND
TAX INFORMATION ON JURY PANEL PROVIDED TO PROSECUTION**

     BEFORE the Court on the ____ day of _____, 2006, came on to be heard the Motion for Production of Jencks Material and Tax Information on Jury Panel Provided to Prosecution and the Court, after due consideration of same, is of the opinion that relief should be granted.   It is therefore;

     ORDERED that the Defendant's Motion IS / IS NOT GRANTED.

     SIGNED on this the _____ day of _____, 2006.


                                 _____
                                 JUDGE PRESIDING