IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00342 HG |
| ) | |
| Plaintiff, ) | DECLARATION OF LESLIE E. |
| ) | OSBORNE, JR. |
| vs. ) | |
| ) | |
| STEPHEN B. WILSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

<u>DECLARATION OF LESLIE E. OSBORNE, JR.</u>

I, LESLIE E. OSBORNE, JR., declare and state that:

1. I am the Assistant United States Attorney who has been assigned to the Stephen B. Wilson case since its referral to the Office of the United States Attorney and pursued the grand jury investigation that resulted in the defendant's indictment.

2. I have also been assigned the responsibility of representing the United States at the trial of this matter

3. I have reviewed the files and records of this case and am personally familiar with the pre-indictment investigation.

4. I can say without any reservation that there was no electronic, postal and/or informant surveillance used in this investigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of June, 2006, at Honolulu, Hawaii.

/s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.