PAUL J. SULLA #5398
P.O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2006

at 12 o'clock and 59 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>STEPHEN B. WILSON<br><br>             Defendant. | CR. NO. CR05-00342 HG<br><br>MOTION FOR CONTINUANCE<br>FOR THE TRIAL<br><br>Date:  June 26, 2006<br>Time:  10:30 a.m.<br>Judge: Barry M. Kurren |

## MOTION FOR CONTINUANCE FOR THE TRIAL

Now comes Defendant Stephen B. Wilson by and through his Attorney Paul J. Sulla and moves this Honorable Court for a Continuance for the Trial in the above captioned matter scheduled for July 18, 2006.

As grounds for this Motion, See Declaration of Attorney Paul J. Sulla attached hereto.

                                    Stephen B. Wilson
                                    By his Attorney

                                    _____
                                    Paul J. Sulla

PAUL J. SULLA #5398
P.O. Box 425
Laupahoehoe, HI 96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00342 HG |
| Plaintiff, ) | |
| ) | DECLARATION OF PAUL J. |
| vs. ) | SULLA IN SUPPORT OF MOTION |
| ) | FOR CONTINUANCE FOR TRIAL |
| STEPHEN B. WILSON ) | |
| ) | Date: June 26, 2006 |
| Defendant. ) | Time: 10:30 a.m. |
| ) | Judge: Barry M. Kurren |

## DECLARATION OF PAUL J. SULLA IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL

1. That I am presently the licensed attorney in the state of Hawaii representing Defendant Stephen B. Wilson in the above matter.

2. That this is a complex trial and has contacts with foreign jurisdictions. In addition the amounts set forth in the Indictment have not been able to be determined, there is no summary or basis provided and the documents involved are voluptuous and far reaching. For the above reasons this office

has had difficulty time getting this case fully prepared and getting all the evidence and record reviewed.

3. In order to assist in this defense, this office had the Defendant retain attorney Joseph Izen of Houston, Texas for matters of assisting in plea, trial and/or sentencing. Attorney Izen has just completed three trials in the period of the last six months. One ended at the end of May that lasted three and half months in San Diego, another trial he just completed in North Carolina last week. He presently has another trialed scheduled for July 14 in Texas and has requested that I seek a continuance in this matter if it can not settle.

4. Another reason for the request for the Continuance by attorney Izen is that his health has been impaired following these extensive trials and he has had to seek medical attention. He has been advised to rest and take additional time off.

5. In addition, in review of this matter it is apparent that we require a criminal deposition of the foreign Trustee in Hong Kong. Arrangements are in the process of being made and this deposition can be taken within the next few weeks. This deposition is essential for the full defense of the Defendant to be presented.

6. Initially a trial was not anticipated as we discussed the strong likelihood of a plea agreement. Since a plea agreement has not been able to reach, trial now looks like it must go forward and this additional time is required to prepare.

7. This request for Continuance is for a period of sixty (60) to ninety (90) days during which time the defense would be fully prepared for trial.

Signed under the pains of penalty and perjury.

Respectfully submitted,

PAUL J. SULLA    #5398
P. O. Box 425
Laupahoehoe, HI    96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

CERTIFICATE OF CONFERENCE

US Attorney Les Osborne OPPOSES this motion.

Paul J. Sulla

CERTIFICATE OF SERVICE

I, Paul J. Sulla, certify that a true and correct copy of the foregoing was sent to Atty Leslie E. Osborne Rm 6100, PJKK Federal Building, 300 Ala Moana Blvd. Box 50183, Honolulu, Hawaii 96850 by United States postage prepaid and facsimile on this the 22nd day of June, 2006.

_____
Paul J. Sulla

WILSCRDP.DOC/TK385

PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. CR05-00342 HG |
| vs. | INDICTMENT |
| STEPHEN B. WILSON, | [26 U.S.C. ' 7201] |
| Defendant. | |

### DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL

BEFORE the Court on this the ____ day of _____, 2006, came on to be heard the Motion of the Defendant for Continuance of the Trial set for July 18, 2006 and, the Court after due consideration of same, finds that sufficient grounds exist to permit the continuance of the trial date for the above matter until October ___ 2006. It is therefore;

ORDERED that the Defendant's Motion to Continue Trial IS GRANTED and the new trial date is scheduled for October ____, 2006.

SIGNED on this the ____ day of _____, 2006.

_____
JUDGE PRESIDING