# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00342HG

CASE NAME:        USA v. Stephen B. Wilson

ATTYS FOR PLA:    Leslie E. Osborne, Jr.

ATTYS FOR DEFT:   Paul J. Sulla, Jr, Joseph Izen by phone

INTERPRETER:

JUDGE:    Barry M. Kurren           REPORTER:    C6F

DATE:     6/26/2006                 TIME:        10:35 - 11:11

COURT ACTION:  EP:  Motion for Bill of Particulars - DENIED.

Motion for Production of Jencks Material and Tax Information on Jury Panel Provided to Prosecution - DENIED.

Demand for Discovery and Inspection - DENIED.

Motion to Disclose Illegal Electronic, Postal and Informant Surveillance - DENIED.

Defendant's Motion for Leave to Take Criminal Deposition - DENIED without prejudice. Sulla to contact person in Hong Kong and provide this court with more information.

Defendant's Motion for Continuance for the Trial - DENIED.

Osborne to prepare order.

Final Pretrial Conference held.  Court to prepare order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Chief Judge Helen Gillmor  on July 18, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 4 days

Defendant: 5 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant

1.  Fed. R. Evid. 404(b) : NA
2.  a.  Motions in Limine filed and served by :  June  28, 2006.
    b.  Memoranda in opposition to motions in limine filed and served by: July 3, 2006.
3.  Brady and Giglio Material by: NA
4.  a.  Jury Instructions exchanged by July 5, 2006.
    d.  Filings required by 4(b) & (c) by: July 12, 2006.
5.  Witness Lists per stipulation by July 11, 2006.
6.  Exhibits
    a.  Parties will exchange exhibits.
    b.  Original exhibits tabbed and in binders, copy in binders.
7.  Stipulations: In writing and filed by July 5, 2006.
8.  Voir Dire Questions: In writing by July 5, 2006.
9.  Trial Briefs: by July 5, 2006.
10. Jencks Disclosures by the Friday before trial
11. Other Matters:
12. Pretrial Conference before HG 8:30 a.m. on July 7, 2006.  **(Defendant to be present at this hearing.)**

Deft's presence waived at today's hearing.

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CR 05-00342HG;
USA v. Stephen B. Wilson;
Final Pretrial Conference Minutes
6/26/2006