EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| STEPHEN B. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the ORDER DENYING DEFENDANT'S VARIOUS MOTIONS AND REQUIRING DEFENDANT'S PRESENCE was submitted to Judge Barry M. Kurren for signature and was served on the following counsel on June 28, 2006:

Served by First Class mail:

Paul J. Sulla, Jr.
P.O. Box 425
Laupahoehoe, HI 96764

Attorney for Defendant
STEPHEN B. WILSON

DATED: June 28, 2006, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii


                    By <u>/s/ Leslie E. Osborne, Jr.</u>
                       LESLIE E. OSBORNE, JR.
                       Assistant U.S. Attorney