EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 HG |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | VARIOUS MOTIONS AND REQUIRING |
| vs. | ) | DEFENDANT'S PRESENCE |
| | ) | |
| STEPHEN B. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S VARIOUS
MOTIONS AND REQUIRING DEFENDANT'S PRESENCE

On June 26, 2006, the Defendant's Motion for a Bill of Particulars; Motion for Production of Jencks Material and Tax Information on Jury Panel Provided to the Prosecution be made available to the Defendant; Motion to Disclose Illegal Electronic, Postal and Informant Surveillance; Motion for Leave to Take Criminal Deposition; and Motion for Continuance of the Trial came on for hearing before this Court.  The Defendant's presence was waived, the Defendant was represented by his

attorney of record, Paul J. Sulla, Jr., who was assisted at the hearing by attorney Joseph Izen of Houston, Texas, who appeared by telephone.  The United States was represented by Leslie E. Osborne, Jr., Assistant United States Attorney.

After reviewing the pleadings filed by the parties, and having heard oral argument on the issues presented by those pleadings, the Court finds and IT IS ORDERED that:

1.   The Defendant's Motion for a Bill of Particulars is denied.  In view of the specificity found in the Indictment and the complete discovery that has been provided by the United States, the Defendant has sufficient information set out with precision that enables him to prepare his defense, to avoid or minimize the danger of surprise at trial, and to enable him to plead his acquittal or conviction in bar of further prosecution of the same offense.  United States v. Giese, 597 F.2d 1170 (9th Cir.), cert. denied, 444 U.S. 979 (1979).

2.   The Defendant's Motion for Production of Jencks Material and Tax Information on Jury Panel Provided to the Prosecution is denied.  The Defendant has failed to provide any legal justification for the Court departing from 18 U.S.C. § 3500, and all statements by the Defendant have been provided to counsel for the Defendant.  The Government has met its obligations pursuant to Rule 16 of the Federal Rules of Criminal Procedure, internal memorandum and documents maintained by the

Government between employees of the Government, unless covered by Rule 16 of the Federal Rules of Criminal Procedure, are not discoverable. United States v. Licausi, 167 F.3d 33, 51-52 (1st Cir. 1999), and United States v. Koskerides, 877 F.2d 1129, 1133-34 (2nd Cir. 1989). The Government has stated that it will not gather tax information on prospective jurors and so the Defendant's request must fail on that issue also.

      3.   The Defendant's Motion to Disclose Illegal Electronic, Postal and Informant Surveillance is denied. There is nothing on the record before this Court to suggest that any such information exists.

      4.   The Defendant's Motion for Leave to Take Criminal Deposition in Hong Kong, pursuant to Rule 15 of the Federal Rules of Criminal Procedure, is denied without prejudice, since there is no information in the Defendant's pleadings would provide exculpatory evidence that would support a Rule 15 deposition. However, the Defendant is free to provide that information to the Court and to renew this motion without prejudice prior to trial.

      5.   The Defendant's Motion for Continuance of the Trial is denied. The Court notes that, on November 23, 2005, counsel for the defense was told that the United States would, "oppose any additional continuance including any the defense may claim are mandated by the addition of counsel or substitution of attorneys and understands that such action will require any new

attorney to be ready to proceed to trial on July 18, 2006."  In view of this clear statement, and the late filing of this motion, June 23, 2006, less than 30 days before trial, the motion to continue must be denied.

     The Government having requested and the defense having no objection, IT IS ORDERED that the Defendant will appear at the further Pretrial Conference in the courtroom of the Honorable Helen Gillmor, Chief United States District Judge, on Friday, July 7, 2006 at 8:30 a.m.



/s/ Barry M. Kurren  
United States Magistrate Judge  
Dated: June 29, 2006

United States v. Stephen B. Wilson  
Cr. No.  05-00342 HG  
"Order Denying Defendant's Various Motions  
 and Requiring Defendant's Presence"