ORIGINAL

PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006

at __3__ o'clock and __40__min. _PM_
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. CR05-00342 HG |
| | ) | |
| VS. | ) | INDICTMENT |
| | ) | |
| STEPHEN B. WILSON, | ) | [26 U.S.C. ' 7201] |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT, STEPHEN B. WILSON'S, PROPOSED JURY INSTRUCTIONS

Defendant, Steven B. Wilson, submits his Proposed Jury Instructions to be included in the parties' Proposed Jury Instructions.

These Jury Instructions include Jury Charges and Definitions which may be appropriate during the course of the trial of this matter.

DATED:  July 5, 2006.

Respectfully submitted,

PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025
Attorney for Defendant
Stephen B. Wilson

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent to Leslie Osborne, Jr., Assistant U.S. Attorney, Room 6100 PJKK Federal Building, 300 Ala Moana Blvd., Box 50183, Honolulu, HI  96850 by facsimile at (808) 541-2958 and/or U.S. Mail, postage prepaid, on this the 5th day of July, 2006.

Paul J. Sulla

COURT'S INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 1**

**EVIDENCE OF OTHER ACTS OF DEFENDANT OR ACTS AND STATEMENTS OF OTHERS**

You are here only to determine whether Defendant is guilty or not guilty of the charges in the Indictment.  Your determination must be made only from the evidence in the case.  The Defendant is not on trial for any conduct or offense not charged in the Indictment.  You should consider evidence about the acts, statements, and intentions of others, or evidence about other acts of the Defendant, only  as they relate to this charge against this Defendant.

Source:  Ninth Circuit Manual of Model Jury Instructions, Criminal, Section 3.10, 2000 Edition, P. 46.

The foregoing requested Instruction, timely and properly presented was:

Given      _____

Refused    _____

Modified   _____

This ____ day of July, 2006.


_____
DISTRICT COURT JUDGE

COURT'S INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 2**

TESTIMONY OF ACCOMPLICE

You have heard testimony from _____ who admitted to being an accomplice to the crime charged.   An accomplice is one who voluntarily and intentionally joins with another person in committing a crime.   You should consider such testimony with greater caution than that of other witnesses.

Source:   Ninth Circuit Manual of Model Jury Instructions, Criminal, Section 4.11, 2000 Edition, P. 71.

The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

This ___ day of July, 2006.


_____
DISTRICT COURT JUDGE

COURT'S INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 3**

**WITNESS WHO PLEADS GUILTY**

_____ who pleaded guilty to a crime arising out of the same events for which the Defendant is on trial. This guilty plea is not evidence against the Defendant. You may consider it only in determining this witness' believability. You should consider this witness' testimony with great caution, giving it the weight you feel it deserves.

Source:   Ninth Circuit Manual of Model Jury Instructions, Criminal, Section 4.12, 2000 Edition, P. 72.

The foregoing requested Instruction, timely and properly presented, was:

Given      _____

Refused    _____

Modified   _____

This ____ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 4**


KNOWLEDGE IS AN ESSENTIAL ELEMENT OF THE OFFENSE --

Actual knowledge (that the Defendant advised _____ to prepare and file) various income tax returns were materially false and fraudulent is an essential element of the offense charged. You may not find the Defendant guilty unless you find beyond a reasonable doubt that she knew that the various returns were prepared and presented to the Internal Revenue Service under her advice were materially false and fraudulent as to any material matter. It is not sufficient to show that the Defendant may have suspected or thought that the returns in question were materially false or fraudulent.

The fact of knowledge, however, may be established by direct or circumstantial evidence just as any other fact in the case.

Source: Devitt and Blackmar, Federal Jury Practice and Instructions, Section 14.08.

The foregoing requested Instruction, timely and properly presented was:

Given       _____

Refused     _____

Modified    _____

This ____ day of July, 2006.


_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

## DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 5

### ACTUAL KNOWLEDGE --

Actual knowledge that the tax returns presented to the Internal Revenue Service by _____ contained false statements is an essential element of the offense charged. You may not find the Defendant Wilson guilty unless you find beyond a reasonable doubt that he knew the statement or statements indicated on the return were false. It is not sufficient to show that the Defendant may have suspected that the income tax returns contained false statements as any material matter concerning those particular taxpayers.

The fact of knowledge, however, may be established by direct or circumstantial evidence just as any other fact in the case.

Source: Devitt and Blackmar, Federal Jury Practice and Instructions, (3rd Edition, 1977) Section 14.08.

The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

This ____ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 6**

DEFENDANT'S THEORY OF THE CASE --

Discussion -- It is not possible at this time for the Defendant to formulate a theory of the case instruction. This instruction will be formulated and submitted based on the evidence which supports Defendant's defense.

However, it is plain error for a Trial Court to refuse to grant the Defendant a theory-of-the-case instruction. Source: Bursten v. United States, 395 F.2d 976, 981 (5th Cir. 1968); Perez v. United States, 297 F.2d 12 (5th Cir. 1961); United States v. Dixon, 201 F.3d 1223, 1230 (9th Cir. 2000); Cheek v. United States, 498 U.S. 192, 202 (1991).

There is no requirement that the Defendant's theory of the case be "reasonable" in the view of the Trial Judge or as a matter of law. Bursten, supra, at P. 981. Bryan v. United States, 373 F.2d 403 (5th Cir. 1967).

The foregoing requested Instruction, timely and properly presented was:

Given      _____

Refused    _____

Modified   _____

This ____ day of July, 2006.


_____
DISTRICT COURT JUDGE

COURT'S INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 7

"THEORY OF THE CASE SOURCE" --


A Defendant in a criminal case is entitled to have the jury consider any theory of the defense supported by law and which has some foundation in the evidence, however tenuous.

Source: Charron v. U.S.. 412 F.2d 657 (9th Cir. 1969)

The foregoing requested Instruction, timely and properly presented, was:

Given        _____

Refused      _____

Modified     _____

     This ____ day of July, 2006.


                                           _____

                                           DISTRICT COURT JUDGE

**COURT'S JURY INSTRUCTION NO. \_\_\_\_\_**

**DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 8**

**UNTRUE REPRESENTATIONS MADE IN GOOD FAITH --**

If you find that any untrue representations were made by any of the Defendants while acting in good faith, you must find those Defendants not guilty.

Source: U.S. Shewfelt, 455 F.2d 836 (9th Cir. 1972).

The foregoing requested Instruction, timely and properly presented, was:

Given       _____

Refused     _____

Modified    _____

    This \_\_\_ day of July, 2006.


                                        _____
                                        DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON' PROPOSED JURY INSTRUCTION NO. 9

DUE PROCESS RIGHT TO HEARING


You are instructed that the IRS must provide a citizen who demands it with an administrative hearing on all non-frivolous constitutional issues, and all frivolous, or non-frivolous, statutory issues raised by the citizen before taking final adverse action against the citizen.

Source:   Bothke v. Fluor Engineers and Constructors, 713 F.2d 1405 (9th Cir. 1983) and 834 F.2d 804 (9th Cir. 1987); Davis v. Scherer, 468 U.S. 1831 (1984).

The foregoing requested Instruction, timely and properly presented, was:

Given      _____
Refused    _____
Modified   _____

        This ___ day of July, 2006.


                                    _____
                                    DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

**DEFENDANT WILSON' PROPOSED JURY INSTRUCTION NO. 10**

ENTRAPMENT BY ESTOPPEL --

If you find that the Government told the Defendants in this case that any conduct described in the indictment was legal and that the Government failed to prove beyond a reasonable doubt that the Defendants did not reasonably rely on the Government's statement(s) you must find that the Defendants are not guilty.

You are further instructed that a Defendant's reliance is reasonable if "a person sincerely wanting to obey the law would have accepted the information as true, and would not have been put on notice to make further inquiries."

Source:  U.S. v. Talmadge, 829 F.2d 767, 773 (9th Cir.); U.S. v. Lansing, 424 F.2d 225, 227 (9th Cir. 1970).

The foregoing requested Instruction, timely and properly presented was:

Given      _____

Refused    _____

Modified   _____

This ___ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

**DEFENDANT WILSON' PROPOSED JURY INSTRUCTION NO. 11**

PURE TRUSTS - DEFINITION --

A Pure Trust is a form of business organization consisting of an arrangement whereby property is conveyed to Trustees in accordance with the terms of an instrument of trust, to be held and managed for the benefit of such persons as may from time to time be holders of transferable certificates issued by trustees showing the shares into which the beneficial interest in the property is divided. These certificates, which resemble certificates for shares of stock in a corporation are issued, and transferred, in like manner, entitle the holders to share ratably in the income of the property, and, upon termination of the trust, in the proceeds.

If the Trustees are principals and free of the control of the certificate holders in the management of the property a (Pure) Trust is created.

Source: <u>Navarro Savings Assn. v. Lee</u>, 446 U.S. 458 (1980).

The foregoing requested Instruction, timely and properly presented was:

Given       _____

Refused     _____

Modified    _____

This ___ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

<u>DEFENDANT WILSON' PROPOSED JURY INSTRUCTION NO. 12</u>

FRAUD - TAXES - AFFIRMATIVE ACT REQUIRED --

You are instructed that in order to establish an attempt to impede or obstruct, the Government must prove beyond a reasonable doubt that the Defendants committed one or more acts which were calculated to mislead or conceal.

<u>Source:</u>  U.S. v. Carlson, 235 F.3d 466 (9th Cir. 2000); <u>Spies v. United States</u>, 317 U.S. 492 (1943).

The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

    This ___ day of July, 2006.

                              _____
                              DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON' PROPOSED JURY INSTRUCTION NO. 13

TAX EVASION -- MERE FAILURE TO FILE --


You are instructed that mere Failure to File, standing alone, is not an act "calculated to mislead or conceal" which, if proved beyond a reasonable doubt, can satisfy the Government's requirement to prove the Defendants' commission of an affirmative act calculated to mislead or conceal.


Source:  U.S. v. Carlson, 235 F.3d 466 (9th Cir. 2000); Spies v. United States, 317 U.S. 492 (1943); Edwards v. United States, 375 F.2d 862 (9th Cir. 1967).


The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

       This ____ day of July, 2006.


                              _____
                              DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. 14**

**TAX EVASION -- MAKING THE IRS' JOB MORE DIFFICULT/NOT IMPEDING OR OBSTRUCTING --**


You are instructed that acts which merely make the IRS' job more difficult may not be considered by you in determining the guilt or innocence of any Defendant.

Source:  United States v. Caldwell, 989 F.2d 1056 (9th Cir., 1993).


The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

     This ___ day of July, 2006.


                                        _____
                                        DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 15**

GOOD FAITH --

You are instructed that good faith is a complete defense to the charges in the indictment since good faith on the part of the Defendant is inconsistent with knowingly intending to defraud, which is an essential part of the charges. The burden of proof is not on the Defendant to prove his good faith, of course, since she has no burden to prove anything.

The United States must establish beyond a reasonable doubt that the Defendant acted with specific intent to defraud as charged in the indictment. One who expresses an opinion honestly held by him or belief honestly entertained by him is not chargeable with fraudulent intent even though his opinion is erroneous or his belief is mistaken. And similarly, evidence which establishes only that a person made a mistake in judgment or an error in management or was careless does not establish fraudulent intent.

While the term "good faith" has no precise definition, it means among other things, a belief or opinion honestly held with an absence of intention of taking unfair advantage of another.

Source: U.S. v. Sayakham, 186 F.3d 928 (9th Cir., 1999).

The foregoing requested Instruction, timely and properly presented was:

Given        _____
Refused      _____
Modified     _____

       This ____ day of July, 2006.

                                    _____
                                    DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 16

PROOF OF SPECIFIC INTENT; CARELESS DISREGARD FOR THE TRUTH --


You are instructed that "willful" requires proof of specific intent to do something which the law forbids. More than a showing of careless disregard for the truth is required.


Source:  U.S. v. Brooksby, 668 F.2d 1102, 1104 (9th Cir. 1982); U.S. v. Dahlstrom, 713 F.2d 1423 (9th Cir. 1983)

The foregoing requested Instruction, timely and properly presented was:

Given        _____
Refused      _____
Modified     _____

        This ____ day of July, 2006.


                                    _____
                                    DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 17

NEGLIGENCE / NO PROOF OF GUILT --


Degrees of negligence only give rise in the tax system to civil penalties. The criminal law concerns itself with willful violations of tax law and its purpose is not to penalize frank differences of opinion.


Source:  U.S. v. Brooksby, 668 F.2d 1102, 1104 (9th Cir. 1982); U.S. v. Dahlstrom, 713 F.2d 1423 (9th Cir. 1983); U.S. v. Bishop, 412 U.S. 346, 360, 361 (1972)

The foregoing requested Instruction, timely and properly presented was:

Given       _____
Refused     _____
Modified    _____

        This ____ day of July, 2006.


                              _____
                              DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 18

NOTICE / TAX LAW --


Due Process requires that a person be given fair notice as to what constitutes illegal conduct so that he may conform his conduct to the requirements of the law.


Source:  U.S. v. Batchelder, 442 U.S. 114, 123, 99 S.Ct. 2198, 2203; U.S. v. Dahlstrom, 713 F.2d 1423 (9th Cir. 1983);

The foregoing requested Instruction, timely and properly presented was:

Given      _____
Refused    _____
Modified   _____

        This ___ day of July, 2006.

                                    _____
                                     DISTRICT COURT JUDGE

COURT'S INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 19

"THEORY OF THE CASE SOURCE" –

A Defendant in a criminal case is entitled to have the jury consider any theory of the defense supported by law and which has some foundation in the evidence, however tenuous.

Source: Charron v. U.S.. 412 F.2d 657 (9th Cir. 1969)

The foregoing requested Instruction, timely and properly presented, was:

Given        _____

Refused      _____

Modified     _____

This ____ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 20

FRAUD - TAXES - AFFIRMATIVE ACT REQUIRED --

You are instructed that in order to establish an attempt to impede or obstruct, the Government must prove beyond a reasonable doubt that the Defendants committed one or more acts which were calculated to mislead or conceal.

Source:  U.S. v. Carlson, 235 F.3d 466 (9th Cir. 2000); Spies v. United States, 317 U.S. 492 (1943).

The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

        This ____ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED JURY INSTRUCTION NO. 21

TAX EVASION -- MERE FAILURE TO FILE --


You are instructed that mere Failure to File, standing alone, is not an act "calculated to mislead or conceal" which, if proved beyond a reasonable doubt, can satisfy the Government's requirement to prove the Defendants' commission of an affirmative act calculated to mislead or conceal.


Source:  U.S. v. Carlson, 235 F.3d 466 (9th Cir. 2000); Spies v. United States, 317 U.S. 492 (1943); Edwards v. United States, 375 F.2d 862 (9th Cir. 1967).


The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

        This ____ day of July, 2006.


                                _____
                                DISTRICT COURT JUDGE

## COURT'S INSTRUCTION NO. _____

## DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 22

## SHAM-MUST BE DECIDED SEPARATELY AS TO EACH TAXABLE YEAR

The issue of whether a corporation, trust, or other entity is a Sham must be decided separately as to each taxable year by taking into account all relevant facts of a particular case.

**Source:  U.S. v. Cumberland Pub. Service Co.,** 338 U.S. 451 (1950).

The foregoing requested Instruction, timely and properly presented was:

Given      _____

Refused    _____

Modified   _____


_____
JUDGE PRESIDING

COURT'S INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 23

SHAM CLAIM DEFEATED BY BONA FIDE CONTRACT

You are instructed that, for tax purposes, a transaction which is "unreal or a sham" may be disregarded. But a real transaction having an independent business purpose, may not be disregarded though designed to procure "an advantageous tax consequence".

Source: Samson Tire and Rubber Corp. v. Rogan, 136 F.2d 345, 347 (9th Cir.) and Commissioner v. Laughton, 113 F.2d 103, 104 (9th Cir.).

The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____


_____
JUDGE PRESIDING

COURT'S INSTRUCTION NO. _____

**DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 24**

**LEGAL RIGHT OF DEFENDANTS TO REDUCE THEIR TAXES BY LAWFUL MEANS**


You are instructed that any taxpayer including the Defendants have a legal right to decrease the amount of what otherwise would be their taxes, or altogether avoid them, by means which the law permits.

**Source:** **Gregory v. Helvering**, 239 U.S. 465, 469, 55 S.Ct. 266, 267, 79 L.Ed. 596. **Laughton** at Pg. 103.

The foregoing requested Instruction, timely and properly presented was:

Given       _____

Refused     _____

Modified    _____


_____

JUDGE PRESIDING

COURT'S INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 25

LEGALITY OF FOREIGN BANK ACCOUNTS AND FORMATION OF DOMESTIC
AND FOREIGN TRUSTS, LIMITED LIABILITY COMPANIES OR CORPORATIONS

Standing alone there is nothing illegal about forming Domestic or Foreign Trusts, Limited Liability Companies, or Corporations, or in those entities transferring funds into and out of the United States or opening Bank Accounts abroad.

**Source:    United States v. Moran**, 759 F.2d 777,785 (9th Cir. 1985)

The foregoing requested Instruction, timely and properly presented, was:

Given        _____

Refused      _____

Modified     _____

This ____ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S JURY INSTRUCTION NO. _____

DEFENDANT WILSON'S JURY INSTRUCTION NO. 26

IRS SUMMONS / TAXPAYERS RIGHT TO CHALLENGE AT AN
ENFORCEMENT HEARING-


The taxpayer is entitled to a hearing before enforcement of an IRS Summons is ordered where he/she can challenge the summons on any appropriate ground.

**Source:  United States v. Powell,** 379 U.S. 48, 57-58 (1964)

**United States v. Richie,**  15 F.3d 592, 595 (6th Cir. 1994)

**Strong v. United States,** 57 F.Supp 2d 908, 915 (N.D. Cal. 1999)

The foregoing requested Instruction, timely and properly presented, was:


Given        _____

Refused        _____

Modified        _____


This ____ day of July, 2006.


_____
District Court Judge

COURT'S INSTRUCTION NO. _____

DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 27

DEFINITION OF INCOME:  FOREIGN SOURCE EXPLAINED:

The term income **as applied to United States citizens and legal residents, and corporations, trusts, and limited liability companies owned or controlled by United States citizens or legal residents**, is a broad concept that includes any economic gain from whatever **taxable** source.  The essence of **taxable** income is the accrual of some gain, profit, or benefit to the taxpayer.

**United States citizens, corporations, trusts, and limited liability companies are taxed on the worldwide income that they own or control.**

**Federal income taxes are not levied on the income of foreign corporations, trusts, limited liability companies, or other foreign entities not owned or controlled by United States citizens or legal residents which is not effectively connected with a United States Trade or Business, or is not from sources within the United States.**

Federal income taxes are levied upon income **received by foreign corporations, trusts, and limited liability companies which is effectively connected with a United States Trade or Business or from sources within the United States,** which is derived from compensation for personal services of every kind and in whatever

form paid, whether as wages, commissions, or money earned for performing services, or dealings in property.

The tax, **if due according to the above rules,** is also levied upon profits earned from the conduct of business, regardless of its nature - legal or illegal - and from interest, dividends, rents, and the like.

The term "gross income" means all income from whatever source unless it is specifically exempted by law.

**Source:** **The I.R.C. sections defining foreign exempt income.**

The foregoing requested Instruction, timely and properly presented, was:

Given        _____

Refused      _____

Modified     _____

This the _____ day of July, 2006.

_____
District Court Judge

<u>COURT'S INSTRUCTION NO.</u>

<u>DEFENDANT WILSON'S PROPOSED INSTRUCTION NO. 28</u>

SUGGESTED ADDITIONAL LANGUAGE TO BE ADDED TO DEFENDANT'S THEORY
OF THE CASE

On the other hand, a bona fide contract entered into by the parties, at arms length, honestly performed without collusion for a bona fide economic purpose, must be given effect irrespective of whether or not one of the purposes of entering into the contract was tax reduction or avoidance.

Generally the law will not recognize a trust **as a separate taxable entity** if the creator keeps unfettered powers of disposition or beneficial enjoyment of trust property **unlimited by the potential control of adverse trustee(s).**

In determining whether an entity was used to evade the assessment of federal income taxes as alleged in the indictment you must consider the following elements:  1) whether the defendant intended to escape taxes on his/her own or another's earnings by assigning, transferring, selling, or giving away some or all of the taxpayer's future earnings to another individual or entity **without a bona fide economic purpose for doing so and while maintaining a high degree of control over the earnings purportedly assigned, transferred, sold, or given away.**; and 2) whether the taxpayer continued to maintain a high degree of dominion and control over the assets **or earnings** over the assets after transfer to such

entity **unfettered by the power of any adverse trustee(s).**

**Source:** Laughton v. Commissioner, 113 F.2d 345, 347 and Stern v. Commissioner   (9th Cir.).   Sections of the Internal Revenue code defining Grantor Trusts and Adverse Trustees for the purposes of those sections.

The foregoing requested Instruction, timely and properly presented, was:


Given        _____

Refused      _____

Modified     _____

        This _____ day of July, 2006.


                              _____
                              District Court Judge

COURT'S INSTRUCTION NO. ____

DEFENDANT'S PROPOSED INSTRUCTION NO. 29

<u>DEFENSE -- RELIANCE ON TAX PREPARER</u> -

If the Defendant provided his tax preparer with full information with regard to his taxable income and his expenses, and the Defendant then adopted, signed, and filed the tax return(s) prepared by his tax preparer without having reason to believe that it was not correct, then you must find the Defendant not guilty.

If, on the other hand, you find beyond a reasonable doubt that the Defendant did not provide full and complete information to his tax preparer, or that he knew that the return as prepared by his tax preparer was not correct, and substantially understated the tax liability of the Defendant, then you may find the Defendant guilty even though he did not prepare the return himself, but rather had it prepared for him by another person.

<u>Source</u>: <u>U.S. vs. Venditti</u>, 533 F.2d 217, 219 (5th Cir. 1976).

The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

This ____ day of July, 2006.

_____
DISTRICT COURT JUDGE

COURT'S INSTRUCTION NO. ____

DEFENDANT'S INSTRUCTION NO. 30

DEFENSE -- RELIANCE ON TAX COUNSEL -

If you find that the Defendant had discussed this matter with competent tax counsel and that the tax return(s) herein were prepared pursuant to that advice, then you must find that the Defendant did not willfully file a false return or make a false statement, and you should bring in a verdict of not guilty.

Source: Bursten v. United States, 395 F.2d 976, 981 (5th Cir. 1968)

The foregoing requested Instruction, timely and properly presented was:

Given        _____

Refused      _____

Modified     _____

        This ____ day of July, 2006

_____

DISTRICT COURT JUDGE