
PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ' | |
| Plaintiff, | ' | CR. NO. CR05-00342 HG |
| VS. | ' | INDICTMENT |
| STEPHEN B. WILSON, | ' | [26 U.S.C. ' 7201] |
| Defendant. | ' | |

**DEFENDANT, STEPHEN B. WILSON'S,
VOIR DIRE QUESTIONS TO THE JURY PANEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, Steven B. Wilson ("WILSON") and propounds the following questions to be asked of the Jury Panel in this case during the selection of same by the United States Attorney, the counsel for the Defendant, and this District Court:

1.  Has any member of this Panel been employed by any agency or branch of a government, Federal, State, County or City?

2.  If so, what is the nature of the position held with said governmental agency or branch?

1

2.1. If so, what are the assigned tasks given to said individual by said governmental agency or branch?

2.2. If so, was the job obtained through the Civil Service Selection process or by political appointment?

2.3. If political, how long a term of employment has the individual experienced?

2.4. If so, how much of the individual's working life has been spent in the employ of said governmental agency or branch, or of any other governmental agency or branch?

3. Does any member of the Jury Panel have a relative or spouse who is employed in a governmental position with an agency or branch of the government, whether Federal, State, County or City?

3.1. If so, what is the nature of the position held with said governmental agency or branch?

3.2. If so, what are the assigned tasks given to said individual by said governmental agency or branch?

3.3. If so, was the job obtained through the Civil Service Selection process or by political appointment?

3.4. If political, how long a term of employment has the individual experienced?

3.5.  If so, how much of the individual's working life has been spent in the employ of said governmental agency or branch, or of any other governmental agency or branch?

4.  Has any member of this Panel served on a Grand Jury or Petit Jury before, either Federal, State, County or City?

4.1.  If so, name the particular Grand Jury or Petit Jury either Federal, State, County or City.

4.2.  If so, how long a period of service did the potential juror have on said Grand Jury or Petit Jury?

4.3.  If so, how many indictments were handed down by the Grand Jury during your term of service which involved alleged conspiracies to defraud the United States or federal tax crimes?

4.4.  If so, how many no bills were handed down by said Grand Jury during said period of service by said Juror which involved allegations of conspiracy to defraud the United States or tax crimes?

5.  Has any juror on this Panel read any article in any newspaper or other publication of general circulation including postings on the internet or circulations released by the Internal Revenue Service or any other governmental agency concerning conspiracies to defraud the United States, money laundering,

3

willful failure to file income tax returns prosecutions, tax evasion prosecutions or other income tax prosecutions brought by the United States?

    5.1. Has any member of this Panel heard any broadcast on television or radio, the subject matter of which has addressed any prosecutions by the United States Government of any conspiracy to defraud the United States, money laundering, willful failure to file income tax return or tax evasion cases?

    5.2. If the answer to either of the above questions is "yes," how long ago was the newspaper article or publication read or the television or radio broadcast heard?

    5.3. Has any member of the Jury Panel heard or read anything prior to, or during, their service on this Panel which would indicate the guilt or innocence of the accused, Stephen Wilson?

    5.4. If so, please state the nature of said information, its source, and indicate the opinion formed as a result of such information.

    6. Has any member of the Jury Panel had any contact with, or knowledge of any prosecution witness in this case?

    6.1. If so, please indicate the nature and extent of any such knowledge and/or indicate the nature of any such relationship, whether personal, business or otherwise.

7. Does any juror on this Panel have any business relations with the United States Government (including receiving Social Security benefits, Medicare or Medicaid benefits, Veterans benefits or other Federal government assistance)?

7.1. If so, what is the nature of such business relationship with the United States Government?

7.2. How much monetary assistance do you receive from such benefits or assistance?

7.3. Do you realize that in this case the Government intends to attempt to introduce evidence showing that the Defendant declared less taxes due on her return than the amount of taxes which would be proper by law for her to report?

7.4. Would the fact that you or other citizens receive government benefits and assistance which are paid for out of the income taxes which Defendant and other "U.S. citizens" are legally required to pay affect your opinion of the guilt or innocence of the Defendant?

7.5. If the answer to the previous question is "yes," please describe how.

8. Has any member of the Jury Panel ever been a peace officer for the State, Local or Federal Government?

8.1. If so, please name specific the governmental body or entity for which said Juror served as a peace officer, and indicate length and time of service as well as all details concerning job description performed while in the governmental body's employ.

9. Does any member of the Jury Panel have any type of contract with the United States Attorney, the Department of Justice or the United States?

9.1. If so, what is the nature of said contract or contracts?

9.2. If so, when was said contract or contracts entered into?

9.3. Has it ever been necessary for said Juror to file any claim against the United States for arbitration or otherwise, with relation to said contract?

10. Has any member of this Jury Panel ever filed a criminal complaint?

10.1. If so, what was the disposition of said complaint?

10.2. If so, was the alleged perpetrator of the crime ever prosecuted?

11. Has any member of this Jury Panel ever testified in a criminal case before a Grand Jury?

11.1. If so, was a true bill returned by the Grand Jury as a result of said testimony?

11.2 Has any member of this Jury Panel ever testified before a Petit Jury?

11.3 Which government agency called such member of said of the Jury Panel to testify before said Grand Jury?

11.4. If a member of this Jury Panel has testified as a witness before a Petit Jury, then, which governmental agency or governmental department, if any, called said Juror to appear as a witness before said Petit Jury?

11.5. If a member of this Jury Panel has testified before a grand Jury, what type of Grand Jury was it? (Federal, State or Local?)

11.6. If a Panel member has testified before a Petit Jury, in what Court was said Petit Jury impaneled? (Federal, State or Local?)

12. Has any member of the Jury Panel formed an opinion as to the Fifth Amendment Constitutional Right not to incriminate oneself?

12.1.   Does any member of the Jury Panel believe that exercising this Fifth Amendment right is evidence of guilt?

13.   Have you or a member of your family or relatives ever been the victim of an investment or financial fraud?

13.1.   If so, what was the nature of the loss and how did it affect you or them?

14.   Are any of you afraid of the IRS?

15.   Do any of you fear that the IRS will seek retribution against you if you render a verdict of acquittal for an innocent defendant?

16.   Would this fear or concern affect, in any way, your ability to be a fair and impartial juror?

Respectfully submitted,

_____
PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI 96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Leslie Osborne, Jr., AUSA, Room 6100 PJKK Federal Building, 300 Ala Moana Blvd., Box 50183, Honolulu, HI 96850 by facsimile (808) 541-2958 filing and/or U.S. Mail, postage prepaid, on this the 5th day of July, 2006.

_____
Paul J. Sulla

WILSONVO.DRE/TK385

9