EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 HG |
| | ) | |
| Plaintiff, | ) | PARTIES' AGREED UPON |
| | ) | JURY INSTRUCTIONS; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| STEPHEN B. WILSON, | ) | |
| | ) | Trial:  July 18, 2006 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Chief Judge Helen Gillmor |

PARTIES' AGREED UPON JURY INSTRUCTIONS

Counsel for the United States of America and counsel

for the Defendant met on Friday, July 7, 2006, and agreed upon

// //

// //

// //

// //

// //

// //

the incorporated joint jury instructions.

DATED:  Honolulu, Hawaii, July 10, 2006.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

_____
PAUL J. SULLA, JR.
Attorney for Defendant
STEPHEN B. WILSON

2

STANDARD JURY INSTRUCTIONS OF HELEN GILLMOR

| | | |
|---|---|---|
| 1 | | DUTY OF JUDGE |
| 2 | | DUTY TO FOLLOW INSTRUCTIONS |
| | A | Single Defendant |
| 3 | | REASONABLE DOUBT |
| 4 | | DEFENDANT'S DECISION NOT TO TESTIFY (if appropriate) |
| 5 | | EVIDENCE -- EXCLUDING ARGUMENT OF COUNSEL |
| 6 | | EVIDENCE -- OBJECTIONS |
| 7 | | EVIDENCE -- EXCLUDING STATEMENTS OF JUDGE |
| 8 | | EVIDENCE -- STIPULATION |
| 9 | | EVIDENCE -- DIRECT AND CIRCUMSTANTIAL |
| 10 | | EVIDENCE -- CREDIBILITY OF WITNESSES |
| 11 | | EVIDENCE -- EXPERT WITNESSES |
| 12 | | IMPEACHMENT -- GENERALLY |
| 15 | | IMPEACHMENT OF DEFENDANT (if appropriate) |
| | A | General Instruction |
| 16 | | ON OR ABOUT |
| 17 | | KNOWINGLY |
| 18 | | CAUTION -- PUNISHMENT |
| | B | Single Defendant, Multiple Counts in Indictment |
| 19 | | DUTY TO DELIBERATE |
| 20 | | VERDICT |
| | A | Verdict Form -- Single Defendant |

ADDITIONAL JOINT JURY INSTRUCTION

PARTIES' JOINT INSTRUCTION NO. 1

The defendant is charged in Counts 1 and 2 of the indictment with income tax evasion in violation of Section 7201 of Title 26 of the United States Code.  In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant owed more federal income tax for the calendar years 1998 and 1999 than was declared due on the defendant's income tax return;

Second, the defendant knew that more federal income tax was owed than was declared due on the defendant's income tax return;

Third, the defendant made an affirmative attempt to evade or defeat an income tax; and

Fourth, in attempting to evade or defeat such additional tax, the defendant acted willfully.

Ninth Circuit Model Criminal Jury Instruction No. 9.35 (2003).

CLEAN SET

INSTRUCTION NO. _____

The defendant is charged in Counts 1 and 2 of the indictment with income tax evasion in violation of Section 7201 of Title 26 of the United States Code.  In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant owed more federal income tax for the calendar years 1998 and 1999 than was declared due on the defendant's income tax return;

Second, the defendant knew that more federal income tax was owed than was declared due on the defendant's income tax return;

Third, the defendant made an affirmative attempt to evade or defeat an income tax; and

Fourth, in attempting to evade or defeat such additional tax, the defendant acted willfully.

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on July 10, 2006:

**Served by First Class Mail:**

Paul J. Sulla, Jr., Esq.
P.O. Box 425
Laupahoehoe, HI 96764

Attorney for Defendant
STEPHEN B. WILSON

Gloria Parker