EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| STEPHEN B. WILSON, | ) | |
| | ) | Trial Date:  July 18, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Chief Judge Helen Gillmor |

GOVERNMENT'S WITNESS LIST

The Government hereby submits its witness list, attached hereto, in the above-captioned matter.

DATED:  July 14, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Leslie E. Osborne, Jr.
                                 LESLIE E. OSBORNE, JR.
                                 Assistant U.S. Attorney

```
              IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII
```

UNITED STATES OF AMERICA              CR. NO. 05-00342 HG

    vs.                           **GOVERNMENT'S WITNESS LIST**

STEPHEN B. WILSON

| Presiding Judge:<br>**Helen Gillmor** | Plaintiff's Attorney:<br>**Leslie E. Osborne, Jr.** | Defendant's Attorney:<br>**Paul J. Sulla, Jr.** |
|---|---|---|
| Trial Date:<br>**July 18, 2006** | Court Reporter: | Courtroom Deputy:<br>**David Hisashima** |

| Pltf. No. | Witness |
|---|---|
| 1 | Estrella Remigio |
| 2 | Debra Barham, Representative |
| 3 | Pam Mayo - IRS |
| 4 | Shannon Neill - U.S. Global Investors |
| 5 | Maria Abbate - Jack Carl Futures |
| 6 | Dean Geyer - Lind-Waldock & Company |
| 7 | Linda Lewis - Chase Manhattan |
| 8 | Elsa Bruno |
| 9 | Heidi Rezentes |
| 10 | Margarita Medrano |
| 11 | Lynn Wallenhorst |
| 12 | Evelyn Misech - MDX Hawaii (formerly Queens Health Plan) |
| 13 | Cheryl Coorigal - Aloha Care |

| | |
|---|---|
| 14 | Wayne Shishido - Hawaii Medical Service Association |
| 15 | Cheryl Murphy - Hawaii Management Alliance Association |
| 16 | Charlyn Nishiki - American Savings Bank |
| 17 | Marie Imanaka - Wells Fargo Bank |
| 18 | Arlene Ontai - Soto Academy |
| 19 | Charles Aung |
| 20 | Songritt Chongsiriwatana |
| 21 | Francis Smith - Citimortgage |
| 22 | Carl Watanabe - Bureau of Conveyances |
| 23 | Gordon Ontai |
| 24 | Edward Ontai |
| 25 | Linda Shaw |
| 26 | Nicoli Ferrell - IRS Trust Expert |
| 27 | Susan Killingsworth - IRS Summary |
| 28 | Daryl Hu |
| | |
| | |
| | |
| | |
| | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address, on July 14, 2006:

**Served by First Class Mail:**

Paul J. Sulla, Jr., Esq.
P.O. Box 425
Laupahoehoe, HI 96764

Attorney for Defendant
STEPHEN B. WILSON

/s/ Gloria Parker