

ORIGINAL

JOSEPH ALFRED IZEN, JR
522 Spruce Street
Bellaire Texas 77401
Telephone: (713)668-8815
Facsimile: (713)668-9208

PAUL J. SULLA
P.O. Box 425
Laupahoehoe, Hawaii 96764
Telephone: (808)962-0025
Facsimile: (808)962-0024

LODGED

JUL 1 4 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2006

at 4 o'clock and 05 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 (HG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | EX PARTE APPLICATION FOR |
| vs. | ) | ADMISSION PRO HAC VICE; |
| | ) | DECLARATION OF JOSEPH |
| | ) | ALFRED IZEN JR.; EXHIBIT |
| STEPHEN B. WILSON, | ) | A,B; CONSENT OF PAUL J. |
| | ) | SULLA; ORDER GRANTING EX |
| Defendant. | ) | PARTE APPLICATION FOR |
| | ) | PRO HAC VICE |
| | ) | |

EX PARTE APPLICATION

FOR ADMISSION PRO HAC VICE

COMES NOW Joseph Alfred Iizen Jr., and pursuant to Rule 83.1(e) of the Rules of the United States District Court for the District of Hawaii, applies to this court for the admission of Joseph Alfred Izen Jr. to practice before the United States District Court for the District of Hawaii pro hac vice.

This application is supported by the Declaration of Joseph A. Izen Jr. and the Consent of Paul J. Sulla attached hereto.

DATED: Honolulu, Hawaii, July 14, 2006.

                                                                   JOSEPH ALFRED IZEN JR