JOSEPH ALFRED IZEN, JR
522 Spruce Street
Bellaire Texas 77401
Telephone: (713)668-8815
Facsimile: (713) 668-9402

PAUL J. SULLA
P.O. Box 425
Laupahoehoe, Hawaii 96764
Telephone: (808)962-0025
Facsimile: (808)962-0024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 (HG) |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF JOSEPH ALFRED IZEN JR.; EXHIBIT A, B |
| STEPHEN B. WILSON, | ) | |
| Defendant. | ) | |

DECLARATION OF JOSEPH ALFRED IZEN JR.

I, JOSEPH ALFRED IZEN JR., under penalty of perjury, do hereby declare:

1. I hereby apply to the court under Local Rule 83.1(e) for permission to appear and participate in the above-captioned matter on behalf of Defendant Stephen B. Wilson, by whom I have been retained.

2. I am associated with the Law Office of Joseph Alfred Izen Jr. whose offices are located at 522 Spruce Street, Bellaire, Texas 77401, telephone 713-668-8815, facsimile 713-668-9402. My residence address is 5526 McKnight Street, Houston, Texas 77035; telephone 713-668-8815.

3. I am of good moral character and have been retained by Dr. Wilson to appear in this court on his behalf.

4. I am a member in good standing of the bars of the following courts and eligible to practice in: See Exhibit A attached.

5. I was previously granted leave to appear *pro hac vice* recently in several other U.S. District Courts: See Exhibit B attached.

6. I do not reside in Hawaii and I am not a member of the bar of the United States District Court for the District of Hawaii.

2

7. I am not currently suspended or disbarred in any other court.

8. I designate PAUL J. SULLA, an attorney who is a member of the bar of this Court and who maintains an office within this district, as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served.

9. This case will not be delayed by the granting of applicant's application.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the local rules, the local criminal rules, and the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence.

DATED: Honolulu, Hawaii, July 14, 2006

*(signature)*

Joseph Alfred Izen Jr.