## COURTS JOE A. IZEN, JR. IS LICENSED IN

| | |
|---|---|
| The Supreme Court of the State of Texas | June 10, 1977 |
| United States District Court for the Southern District of Texas | October 7, 1977 |
| United States District Court for the Eastern District of Texas | August 28, 1981 |
| United States District Court for the Northern District of Texas | October 26, 1979 |
| United States Supreme Court | May 18, 1981 |
| United States Court of Appeals for the First Circuit | December 5, 1991 |
| United States Court of Appeals for the Second Circuit | December 6, 1991 |
| United States Court of Appeals for the Third Circuit | March 1, 1984 |
| United States Court of Appeals for the Fourth Circuit | May 2, 1983 |
| United States Court of Appeals for the Fifth Circuit | October 13, 1981 |
| United States Court of Appeals for the Sixth Circuit | March 12, 1984 |
| United States Court of Appeals for the Seventh Circuit | December 9, 1983 |
| United States Court of Appeals for the Eighth Circuit | October 13, 1984 |
| United States Court of Appeals for the Ninth Circuit | August 21, 1979 |
| United States Court of Appeals for the Tenth Circuit | April 15, 1981 |
| United States Court of Appeals for the Eleventh Circuit | October 13, 1981 |
| United States Court of Appeals for the Federal Circuit | October 1, 1982 |
| United States Court of Appeals for the District of Columbia Circuit | October 13, 1981 |

1

Exhibit A

| | |
|---|---|
| United States Court of Claims | September 16, 1977 |
| United  States Tax Court | August 25, 1977 |
| United States Court of Customs and Patent Appeals | August 31, 1977 |
| United States Court of International Trade | November 1, 1980 |
| United States Court of Military Appeals | May 24, 1983 |
| United States District Court for the Western District of Arkansas | October 3, 1983 |