Joe Alfred Izen, Jr. has appeared pro hac vice in numerous courts including:

1. United States v. David Goldston, pending before the U.S. District Court for the Middle District of Florida, Tampa Division which ended in 2005.

2. United States v. William Tiner, pending before the U.S. District Court for the Middle District of Florida, Tampa Division which ended in 2004.

3. United States v. Gregory Mayer, pending before the U.S. District Court for the Middle District of Florida, Tampa Division which ended in 2005.

4. United States v. Lynne Meredith, pending before the U.S. District Court for the Central District of California, Los Angeles Division which ended in 2004.

5. United States v. R. Richard Evans, pending before the U.S. District Court for the Southern District of California, San Diego Division which ended in 2006.

1



Exhibit B