JOSEPH ALFRED IZEN, JR
522 Spruce Street
Bellaire Texas 77401
Telephone: (713)668-8815
Facsimile: (713) 668-9402

PAUL J. SULLA
P.O. Box 425
Laupahoehoe, Hawaii 96764
Telephone: (808)962-0025
Facsimile: (808)962-0024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 (HG) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CONSENT OF PAUL J. SULLA |
| STEPHEN B. WILSON, | ) | |
| Defendant. | ) | |

CONSENT OF PAUL J. SULLA

I, PAUL J. SULLA, an active member in good standing of this court, have been associated as co-counsel for Defendant Stephen B. Wilson with Joseph Alfred Izen Jr. I shall at all times meaningfully participate in the case with the authority and responsibility to act as attorney of record for all purposes, and I shall be the person with whom this court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served. My address is 34-2085 Mamalahoa Hwy,

P.O. Box 425, Laupahoehoe, Hawaii 96764, and my telephone number is (808)962-0025.

DATED: Laupahoehoe, Hawaii, July 13, 2006

_____
PAUL J. SULLA