# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00342HG |
| CASE NAME: | U.S.A. vs. (01) STEPHEN B. WILSON |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| | Brian Kon, Case Agent, IRS |
| ATTYS FOR DEFT: | Paul J. Sulla, Jr. |
| | Joseph Izen |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | July 14, 2006 | TIME: | 2:00 - 3:10 |

COURT ACTION:  MOTION FOR WITHDRAWAL OF NOT GUILTY PLEA AND TO PLEAD ANEW -

The defendant is present on bond.

Discussion held regarding:
    1. Joseph Izen's Ex Parte Application for Admission Pro Hac Vice . The Application is **GRANTED** for the limited purpose of today's proceedings.  The Court will revisit the issue of admission for further proceedings.
    2. The Defendant lodged a Motion to Take Foreign Deposition.  It is WITHDRAWN.
    3.  The Court was informed that while a Family Court judge in 1983, she presided over the divorce proceedings of the defendant.  The matter was ultimately mediated.  Both Defendant Wilson and Mr. Osborne have no objections to this judge presiding over this case.

The defendant is sworn.  Advised of his constitutional rights.
The Court publicly read Count 1 of the Indictment.
Advised of the maximum penalties provided by law.
Mr. Osborne summarized the essential terms of the Memorandum of Plea Agreement.
Mr. Osborne summarized the government's evidence against the defendant.

MEMORANDUM OF PLEA AGREEMENT filed.

Defendant Wilson admitted to attempting to evade or defeat a large portion of the income tax due and owed by him to the United States of America for the calendar year of 1998, by preparing and causing to be prepared and signing and causing to be signed, a fraudulent Individual U.S. Income Tax Return as charged in Count 1.
Guilty plea entered to Count 1 of the Indictment.
Referred for presentence investigation and report, and sentencing is set for October 26, 2006 @ 3:00 p.m.

The bond is continued.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager