# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 7, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 05-00342HG

CASE NAME:     U.S.A.. vs. STEPHEN B. WILSON

ATTYS FOR PLA:     Leslie E. Osborne, Jr.
                          Brian K. Kon, Case Agent, IRS

ATTYS FOR DEFT:     Paul J. Sulla, Jr.

INTERPRETER:

JUDGE:    Helen Gillmor        REPORTER:    Cynthia Fazio

DATE:    July 7, 2006        TIME:    8:30 - 9:25

COURT ACTION:   FINAL PRETRIAL CONFERENCE -

     Discussion held regarding jury instructions, association with mainland counsel Joseph Izen, and taking of deposition of witness in China.

     Witness list due July 11, 2006.  Jury instructions due July 12, 2006.

     Estimated length of trial: Government - 4 days (30 witnesses);
                                    Defense      - 4 days.


Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager