EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 HG |
| | ) | |
| Plaintiff, | ) | IN RE: THE APPLICATION FOR |
| | ) | ADMISSION PRO HAC VICE OF |
| vs. | ) | JOSEPH ALFRED IZEN, JR.; |
| | ) | CERTIFICATE OF SERVICE |
| STEPHEN B. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IN RE: THE APPLICATION FOR ADMISSION
PRO HAC VICE OF JOSEPH ALFRED IZEN, JR.

At the recently completed change of plea hearing in this matter, the United States informed the Court that it was not opposed to Mr. Izen's pro hac vice application for the Limited purpose of the change of plea hearing and sentencing.  The government feels it is bound by that assertion, but since those proceedings additional information concerning Mr. Izen's bizarre practices in other courts has been made available to the United

States and is provided to the Court for the Court's evaluation of Mr. Izen's suitability for pro hac vice admission in the United States District Court for the District of Hawaii.

Mr. Izen does appear to be in good standing with the Bar of the State of Texas where he is admitted, but he is no stranger to difficulties with the law. Mr. Izen was indicted in May of 1995 for conspiracy to commit money laundering and aiding or attempting money laundering. That indictment was dismissed in 1996 apparently because the IRS agent, who would have been the main witness in that case, was arrested on theft charges that were filed by state authorities. Subsequently, Mr. Izen sued and produced a series of cases uncomplimentary to his efforts. See, Izen v. Catalina, et al., 2005 WL 147587 (5th Cir.); see also, Izen v. Catalina, et al., 382 F.3d 566 (5th Cir. 2004).

Mr. Izen's frivolous positions taken before the courts has resulted in adverse actions in the United States Tax Court. Cases of interest are Johnson v. Commissioner, 116 T.C. 111 (2001), in which a long history of misconduct before the court is set out in detail and ultimately ended in the court holding that,

> Izen's tactics demean the process and those involved in it accomplished nothing . . . It appears to the court that Izen "has multiplied proceedings in [these cases unreasonably and vexatiously]."

Id. at 119.

See also, Johnson v. Commissioner, 289 F.3d 452 (7th

Cir. 2002). When the <u>Johnson</u> case finally reached the Seventh Circuit, that court affirmed the Tax Court's sanctions of Mr. Izen and said, "the Tax Court was not required to ignore Izen's bad conduct in other cases. Indeed, it would have been remiss not to consider it." <u>Id.</u>, at 457. The circuit court concluded in affirming sanctions against Izen that, "if anything the Tax Court treated Izen too gently." And pointed out that, "his travails are not over as his appeal is frivolous, we are issuing an order to show cause why he should not be sanctioned for his antics in this court." <u>Id.</u>, at 459.

    DATED: Honolulu, Hawaii, July 19, 2006.

    Respectfully submitted,

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii


    By <u>/s/ Leslie E. Osborne, Jr.</u>
      LESLIE E. OSBORNE, JR.
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses, on July 19, 2006:

**Served by First Class Mail:**

Paul J. Sulla, Jr., Esq.
P.O. Box 425
Laupahoehoe, HI 96764

Attorney for Defendant
STEPHEN B. WILSON


Joseph Alfred Izen, Jr.
522 Spruce Street
Bellaire, TX 77401

Pro Hac Vice


　　　　　　　　　　　　　　/s/ Gloria Parker