# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 235978 |
|---|---|
| Trans | 141063 |

Received From: **JOSEPH IZEN**
Case Number:
Reference Number: **CR 05-342**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

07/25/2006 03:27:56 PM        Deputy Clerk: et/LG