IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00342 HG |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| vs. | ) | |
| | ) | |
| STEPHEN B. WILSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### <u>ORDER TO SHOW CAUSE</u>

On August 11, 2005, the United States ("Government") filed an indictment against Stephen B. Wilson ("Defendant"). On July 14, 2006, Defendant entered a Motion for Withdrawal of Not Guilty and to Plead Anew. Prior to the hearing to change his plea, Defendant was represented by Attorney Paul J. Sulla, Jr. ("Sulla").

At the July 14, 2006 hearing on the motion to plead anew, Mr. Sulla asked that the Court grant the Ex Parte Application for Admission Pro Hac Vice filed by Attorney Joseph Alfred Izen, Jr. ("Mr. Izen"), to allow Mr. Izen to be added as additional counsel. The Government did not object to Mr. Izen being admitted for the limited purpose of the hearing on the Motion to Plead Anew and Sentencing. The Court GRANTED Mr. Izen's Application for Admission Pro Hac Vice for the limited purpose of the hearing on the Motion to Plead Anew.

1

On July 19, 2006, The Government filed a document entitled "In Re: the Application for Admission Pro Hac Vice of Joseph Alfred Izen, Jr.", regarding the admission of Mr. Izen.  The Government raises numerous questions that are relevant to the admission of Mr. Izen, stating that though Mr. Izen does appear to be in good standing in Texas, the state where he is admitted, he was indicted in May of 1995 for conspiracy to commit money laundering and aiding or abetting or attempting to launder money. See Izen v. Catalina, 398 F.3d 363 (5th Cir. 2005); See also Izen v. Catalina, 382 F.3d 566 (5th Cir. 2004).

The Government also set forth that Mr. Izen has taken frivolous positions before the courts, resulting in adverse actions against Mr. Izen in the United States Tax Court.  In Oelze v. Comm'r of Internal Revenue, 723 F.2d 1162 (5th Cir. 1983), the Court doubled costs to the Commissioner against Plaintiff for taking what the Court found to be a frivolous appeal.  See also Muhich v. Commissioner, 77 T.C.M. (CCH) 2143 (1999).

Mr. Izen was also found by other courts to have caused unnecessary delay due to refusal to follow courts' orders or comply with discovery deadlines.  See Ripley v. Commissioner, 53 T.C.M. (CCH) 262 (1987); See also Watson v. Comm'r of Internal Revenue, 690 F.2d 429 (5th Cir. 1982) and Dixon v. Commissioner, 79 T.C.M. 1803 (2000).

2

Mr. Izen's unprofessional conduct is discussed in depth in Johnson v. Comm'r of Internal Revenue, 289 F.3d 452 (7th Cir. 2002).  The Johnson Court stated that Mr. Izen has appeared in the United States Tax Court in many cases since the early 1980s, and many of them

> "involve the same script: the IRS determines a
> deficiency arising from the use of sham trusts
> established for the taxpayer by a promoter; the
> taxpayer petitions for redetermination of the
> deficiency; Izen appears for the taxpayer; the case
> drags on, with the taxpayer sometimes resisting
> discovery; the court usually finds taxpayer's arguments
> frivolous and either threatens or imposes sanctions."

Id. at 454.  The Johnson Court detailed Mr. Izen's discovery abuses, stating that the Court's recital of the facts showed that Mr. Izen "recklessly, and in all likelihood intentionally, obstructed discovery ...."  Id. at 456.

Mr. Izen's actions in the pending matter do not lend any credibility to Mr. Izen.  Mr. Izen did not file the Application for Admission Pro Hac Vice until the day of the taking of the plea.  This delay rendered it impossible for the Court or the Government to verify the information set forth in Mr. Izen's application.

Mr. Izen is **ORDERED** to show cause, by **August 23, 2006**, why the Court should not deny his Application for Admission Pro Hac Vice in any further proceeding in the case herein.  The Government has until **August 30, 2006** to file a response, if any.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 8, 2006.



   _/s/ Helen Gillmor_____
Chief United States District Judge

---

UNITED STATES OF AMERICA v. STEPHEN B. WILSON; CR. NO. 05-00342 HG; ORDER TO SHOW CAUSE