# PAUL J. SULLA, JR.
## Attorney at Law
P.O. Box 425
Laupahoehoe, HI 96764
(808)962-0025 phone    (808)962-0024 fax

### LETTER OF TRANSMITTAL

Date: August 23, 2006

TO:     Clerk
        U.S. District Court
        300 Ala Moana Blvd, Room C-338
        Honolulu, HI  96850

FROM:   PAUL J. SULLA, JR.

RE:     United States of America v. Stephen B. Wilson
        Civil No. CR05-00342 HG

**RECEIVED**
CLERK, U.S. DISTRICT COURT
AUG 2 4 2006
DISTRICT OF HAWAII

**ITEMS BEING TRANSMITTED FOR FILING (original plus two copies):**

1. RESPONSE BY JOE ALFRED IZEN, JR. TO COURT'S ORDER TO SHOW CAUSE DATED AUGUST 8, 2006 WITH SUPPORTING MEMORANDUM OF LAW; AFFIDAVIT OF JOE ALFRED IZEN, JR. IN RESPONSE TO DISTRICT COURT'S "ORDER TO SHOW CAUSE" DATED AUGUST 8, 2006; ORDER ON ORDER TO SHOW CAUSE; EXHIBITS A THROUGH O; CERTIFICATE OF SERVICE

    Please return all file-stamped copies to this office in the stamped, self-addressed envelope.

                                            Sincerely,

                                            Paul J. Sulla

Enclosure: (3)