U S District Court Web PACER(v2.3) Docket Report

Docket as of July 22, 2002 7:22 pm                    Web PACER (v2.3)

# U.S. District Court

## EASTERN DISTRICT OF CALIFORNIA (Sacramento)

## CIVIL DOCKET FOR CASE #: 97-CV-1166

### USA v. Estate Preservation, et al

Filed: 06/23/97
Assigned to: Senior Judge Milton L Schwartz
Jury demand: Defendant
Referred to: Magistrate Judge Gregory G Hollows
Demand: $0,000
Nature of Suit: 870
Lead Docket: 97-CV-17
Jurisdiction: US Plaintiff
Dkt# in other court: None
Cause: 26:7402 IRS: Petition to Enforce IRS Summons

| | |
|---|---|
| USA<br>    plaintiff | Paul L Seave<br>[COR LD NTC]<br>United States Attorney<br>501 I Street<br>Suite 10-100<br>Sacramento, CA 95814<br>916-554-2700<br>Charles P Hurley<br>NOT ED-CA ADMITTED<br>[COR LD NTC]<br>U S Department of Justice<br>Office of Special Litigation<br>P O Box 7238<br>Ben Franklin Station<br>Washington, DC 20044<br>202-272-6835 |
| v. | |
| ESTATE PRESERVATION SERVICES,<br>A Trust<br>    defendant | Charles Scott Grace<br>[COR LD NTC]<br>Law Offices of Scott Grace<br>608B E Boronda Road<br>Salinas, CA 93906-3129<br>408-449-9326<br>Joe Alfred Izen, Jr<br>[term 10/03/00]<br>PRO HAC VICE<br>[COR LD NTC]<br>Joe A Izen Attorney at Law<br>5222 Spruce Street<br>Bel Aire, TX 77401<br>713-668-8815 |
| ESTATE PRESERVATION SERVICES<br>INC<br>    defendant | Charles Scott Grace<br>(See above)<br>[COR LD NTC]<br>Joe Alfred Izen, Jr<br>[term 10/03/00]<br>(See above)<br>[COR LD NTC] |
| ROBERT L HENKELL<br>    defendant | Robert L Henkell<br>[COR LD NTC] [PRO SE] |

EXHIBIT
D

|  | 931 Camino Heights Drive |
|  | Camino, CA 95709 |
|  | 530-644-6622 |
| CHARLES SCOTT GRACE | Charles Scott Grace |
| defendant | [term 12/04/97] |
|  | (See above) |
|  | [COR LD NTC] |
|  | Stephen James Russell |
|  | [COR LD NTC] |
|  | Stephen J Russell and |
|  | Associates |
|  | 511 Silver Lake Drive |
|  | Danville, CA 94526 |
|  | 925-838-0500 |
|  | FTS 838-8550 |
| WILLIAM L SEFTON | Spencer T Malysiak |
| defendant | [term 12/03/99] |
|  | [COR LD NTC] |
|  | Law Offices of Spencer T |
|  | Malysiak |
|  | 11335 Gold Express Drive |
|  | Suite 105 |
|  | Gold River, CA 95670-4491 |
|  | 916-858-2205 |
|  | FTS 858-2654 |
|  | Jon Robert Vaught |
|  | [COR LD NTC] |
|  | 80 Swan Way |
|  | Suite 340 |
|  | Oakland, CA 94621 |
|  | 415-638-6100 |
| SANDRA E JEFFRIES, | Kathleen A Meehan |
| individually and in her | [COR LD NTC] |
| capacity as Trustee of the | Baker Manock and Jensen |
| Maxine Bryan Trust | Fig Garden Financial Center |
| movant | 5260 North Palm Avenue |
|  | Suite 421 |
|  | Fresno, CA 93704-2209 |
|  | 559-432-5400 |
| STEVEN E BRYAN | Kathleen A Meehan |
| movant | (See above) |
|  | [COR LD NTC] |

---

# DOCKET  PROCEEDINGS

DATE    #         DOCKET   ENTRY


6/23/97  1    COMPLAINT for permanent injunction and other, fee status
              waived, assigned to Honorable David F. Levi referred to
              Magistrate Judge Peter A. Nowinski (mc)
              [Entry date 06/24/97] [2:97cv1166]

6/23/97  2    MOTION for preliminary injunction by plaintiff USA (mc)
              [Entry date 06/24/97] [2:97cv1166]

6/23/97  3    MEMORANDUM by plaintiff USA in support of motion for
              preliminary injunction [2-1] (mc) [Entry date 06/24/97]
              [2:97cv1166]

6/23/97  4    DECLARATION in support of motion for preliminary injunction

|          |     |                                                                                                                                                 |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     | [2-1] (mc) [Entry date 06/24/97] [2:97cv1166]                                                                                                    |
| 6/23/97  | --  | LODGED order by plaintiff USA (mc) [Entry date 06/24/97] [2:97cv1166]                                                                            |
| 7/8/97   | 5   | RETURN OF SERVICE executed upon defendant Estate Preserv Inc on 7/7/97 (bb) [Entry date 07/09/97] [2:97cv1166]                                   |
| 7/8/97   | 6   | RETURN OF SERVICE executed upon defendant Estate Preservation Service on 7/7/97 (bb) [Entry date 07/09/97] [2:97cv1166]                          |
| 7/8/97   | 7   | RETURN OF SERVICE unexecuted attempted as to defendant Robert L Henkell on 7/7/97 (bb) [Entry date 07/09/97] [2:97cv1166]                        |
| 7/17/97  | 8   | RETURN OF SERVICE executed upon defendant William L Sefton on 7/9/97 (bb) [Entry date 07/21/97] [2:97cv1166]                                     |
| 7/25/97  | 9   | NOTICE by plaintiff USA of hearing motion for preliminary injunction by plaintiff USA [2-1] HEARING SET FOR 9:00 9/12/97 (bb) [Entry date 07/29/97] [2:97cv1166] |
| 7/25/97  | 10  | APPLICATION by plaintiff USA for oral examination of witnesses at hearing on motion for preliminary injunction (bb) [Entry date 07/29/97] [2:97cv1166] |
| 7/28/97  | 11  | ANSWER by dfts Estate Preservation, Estate Preserv Inc, Robert L Henkell, Charles Scott Grace (mc) [Entry date 07/30/97] [2:97cv1166]            |
| 7/28/97  | 12  | RESPONSE by dfts Estate Preservation, Estate Preserv Inc, Robert L Henkell, Charles Scott Grace to motion for preliminary injunction by plaintiff USA [2-1] (mc) [Entry date 07/30/97] [2:97cv1166] |
| 8/1/97   | 13  | MOTION to consolidate cases by plaintiff USA motion TO BE HEARD by Honorable David F Levi (dmb) [Entry date 08/04/97] [2:97cv1166]               |
| 8/1/97   | --  | LODGED Order on pltf's motion to consolidate cases by plaintiff USA (dmb) [Entry date 08/04/97] [2:97cv1166]                                     |
| 8/1/97   | 14  | ANSWER to complaint by defendant William L Sefton; jury demand (dmb) [Entry date 08/04/97] [2:97cv1166]                                          |
| 8/4/97   | 15  | NOTICE by plaintiff USA of related case(s) 2:96-cv-2228 MLS GGH & 2:97-cv-17 MLS GGH (dmb) [Entry date 08/04/97] [2:97cv1166]                     |
| 8/14/97  | 16  | RETURN OF SERVICE executed upon defendant Charles Scott Grace on 8/8/97 (dmb) [Entry date 08/18/97] [2:97cv1166]                                 |
| 8/18/97  | 17  | ORDER by Senior Judge Milton L. Schwartz ORDERING motion to consolidate cases by plaintiff USA [13-1] GRANTED; case 96-CV-2228 is the lead case Case reassigned to Senior Judge Milton L. Schwartz; motion for preliminary injunction by plaintiff USA TO BE HEARD by Senior Judge Milton L. Schwartz, Case referred to Magistrate Judge Gregory G. Hollows (cc: all counsel) (chl) [Entry date 08/18/97] [2:97cv1166] |
| 8/19/97  | 18  | BRIEF IN OPPOSITION by plaintiff USA to pltf's motion to consolidate (dmb) [Entry date 08/20/97] [2:97cv1166]                                    |
| 8/19/97  | 19  | NOTICE OF DOCUMENT SUBPOENAS ISSUED by plaintiff USA (dmb) [Entry date 08/20/97] [2:97cv1166]                                                    |
| 8/2/97   | 20  | AMENDED NOTICE by plaintiff USA in 2:97-cv-01166 of                                                                                              |

deposition of Sharon Jenson (cld) [Entry date 09/03/9
[2:97cv1166]

9/5/97   --   RESERVICE of DOCUMENT(S) Related Case Order [37-1] in
2:96-cv-02228, [48-1] in 2:97-cv-00017, [17-3] in
2:97-cv-01166 (cc: all counsel) (ndd) [Entry date 09/05/97]
[2:96cv2228 2:97cv1166 2:97cv17]

9/8/97   21   CORRECTED NOTICE by plaintiff USA in 2:97-cv-01166
regarding depositions [20-1] of Sharon Jenson, James Handy,
Daniel Hockenberger and Robert Henkell (cld)
[Entry date 09/09/97] [2:97cv1166]

9/10/97   22   MINUTES of pltf's preliminary injunction before Senior
Judge Milton L Schwartz: motion for preliminary injunction
by plaintiff USA [2-1] HEARING CONTINUED TO 9:00am on
12/16/97; order to be prepared by the court; briefs to be
filed by 10/10/97; opposition by 11/25/97; response by
12/5/97 (dmb) [Entry date 09/11/97] [2:97cv1166]

9/22/97   23   NOTICE by plaintiff USA in 2:97-cv-01166 of taking
depositions (bb) [Entry date 09/23/97] [2:97cv1166]

10/2/97   24   ORDER by Judge Edward J. Garcia: ORDERING that the court
directs the parties to pursue the request by way of a
formal motion to consolidate brought pursuant to FRCP
42(a), noticed for hearing in accordance with LR 78-230 and
placed on the court's regular civil law and motion calendar;
the court hereby allows Joe Alfred Izen Jr to appear pro
hac vice for Estate Preservation, Estate Preserv Inc,
Robert L Henkell in 2:97-cv-01166; the court will allow Mr
Grace to continue as local counsel for dfts Estate
Preservation SErvices, a Trust, Estate Preservation Serv,
Inc and Robert L Henkell, with the understanding that Mr
Izen will be responsible for rendering final decisions with
respect to the representation of these dfts; US' motion for
preliminary injunction [2-1] SET for 12/16 and 12/17/97
9:00; briefing schedule as follows: gov't opening brief due
10/10/97; dfts' opposition brief due 11/25/97; gov't reply
due 12/5/97; gov't is directed to present any and all
evidence supporting its entitlement to a preliminary
injunction by affidavit and/or declaration (see order for
details) (cc: all counsel) (ndd) [Entry date 10/02/97]
[2:97cv1166]

10/7/97   --   LODGED motion to enlarge time within which to file response
to government's motion to dismiss by dfts Estate
Preservation Services Trust and Estate Preserv Inc (bb)
[Entry date 10/09/97] [2:97cv1166]

10/10/97   25   MEMORANDUM by plaintiff USA in 2:97-cv-01166 in support of
Motion for Preliminary Injunction [2-1] (kdc)
[Entry date 10/14/97] [2:97cv1166]

10/10/97   26   EXHIBITS, Vol I by plaintiff USA in 2:97-cv-01166 regarding
supplementtal memorandum in support of motion for TRO
[25-1] (rgd) [Entry date 10/14/97] [2:97cv1166]

10/10/97   27   EXHIBITS, Vol II by plaintiff USA in 2:97-cv-01166
regarding supplemental memorandum of motion for preliminary
injunction [2-1] (rgd) [Entry date 10/14/97] [2:97cv1166]

10/10/97   28   EXHIBITS, Vol III by plaintiff USA in 2:97-cv-01166
regarding memorandum in support of motion for TRO [2-1] (rgd)
[Entry date 10/14/97] [2:97cv1166]

10/10/97   29   SUPPLEMENTAL MEMORANDUM by pltf USA in 2:97-cv-01166 in
support of motion for preliminary injunction [2-1] (mc)
[Entry date 10/14/97] [2:97cv1166]

10/24/97          LODGED Document  lodged [0-0] VACATED in 2:97-cv-011
                  lodged [0-0] VACATED in 2:97-cv-00017; not to be signed,
                  see minute order of 10/9/97 (chl) [Entry date 10/27/97]
                  [2:96cv2228 2:97cv1166 2:97cv17]

10/24/97 30       CORRECTED SUPPLEMENTAL MEMORANDUM by plaintiff USA in
                  2:97-cv-01166 in support of motion for preliminary
                  injunction [29-1] (gk) [Entry date 10/27/97]
                  [2:97cv1166]

10/24/97 31       APPLICATION for leave to file instanter corrected copy of
                  supplemental memorandum by plaintiff USA in 2:97-cv-01166
                  (gk) [Entry date 10/27/97] [2:97cv1166]

10/24/97 --       LODGED Order granting application for leave to file an
                  amended supplemental memorandum by plaintiff USA in
                  2:97-cv-01166 (gk) [Entry date 10/27/97] [2:97cv1166]

10/29/97 32       APPLICATION by plaintiff USA for leave to file instanter
                  corrected copy of supplemental memorandum (ljr)
                  [Entry date 10/30/97] [2:97cv1166]

11/5/97 33        CONTINUED NOTICE of taking depositions and request for
                  documents by defendant William L Sefton (chl)
                  [Entry date 11/06/97] [2:97cv1166]

11/6/97 34        ORDER by Senior Judge Milton L. Schwartz ORDERING
                  application by USA for leave to file a corrected
                  supplemental memorandum is [32-1] GRANTED (cc: all counsel)
                  (rgd) [Entry date 11/06/97] [2:97cv1166]

11/18/97 35       NOTICE by plaintiff USA in 2:97-cv-01166 of motion for
                  protective order (cld) [Entry date 11/19/97]
                  [2:97cv1166]

11/18/97 36       MOTION for protective order by plaintiff USA in
                  2:97-cv-01166  motion TO BE HEARD by Senior Judge Milton
                  L. Schwartz; Motion Hearing Set For 1/23/98 at 9:00 (cld)
                  [Entry date 11/19/97] [2:97cv1166]

11/18/97 37       MEMORANDUM by plaintiff USA in 2:97-cv-01166 in support of
                  motion for protective order [36-1] (cld)
                  [Entry date 11/19/97] [2:97cv1166]

11/25/97 38       NOTICE by defendants in 2:97-cv-01166 regarding lodging of
                  deposition of Dennis Brown, Vicky Vandervelt, Christopher
                  Gerhart and Leah Bass (gm) [Entry date 11/26/97]
                  [2:97cv1166]

11/25/97 39       PROOF OF SERVICE by defendants in 2:97-cv-01166 of
                  substitution of attorney (gm) [Entry date 11/26/97]
                  [2:97cv1166]

11/25/97 40       OBJECTIONS by defendant in 2:97-cv-01166 to admission of
                  plaintiff's evidence (gm) [Entry date 11/26/97]
                  [2:97cv1166]

11/25/97 41       RESPONSE (OPPOSITION) by defendant in 2:97-cv-01166to
                  motion for protective order by plaintiff USA [36-1] (gm)
                  [Entry date 11/26/97] [2:97cv1166]

11/25/97 42       DECLARATION of C Scott Grace in opposition to plaintiff's
                  motion for preliminary injunction [36-1] (gm)
                  [Entry date 11/26/97] [2:97cv1166]

11/25/97 43       DECLARATION of William Sefton in opposition to plaintiff's
                  motion for preliminary injunction [36-1] (gm)
                  [Entry date 11/26/97] [2:97cv1166]

11/25/97 --       LODGED order denying plaintiff's motion for preliminary

injunction as to defendants Sefton and Grace by defendants
in 2:97-cv-01166 (gm) [Entry date 11/26/97] [2:97cv1166]

11/25/97 44    CONTROVERTING AFFIDAVIT of Robert L Henkell filed pursuant
to special status conference order entered 10/2/97 (de)
[Entry date 11/26/97] [2:97cv1166]

12/2/97  45    MOTION to strike govt's corrected supplemental memorandum
in support of motion for preliminary injunction by dft
Robert L Henkell; motion TO BE HEARD by Senior Judge
Milton L Schwartz (dmb) [Entry date 12/04/97]
[2:97cv1166]

12/2/97  --    LODGED Proposed Order granting dft's motion to strike by
defendant Robert L Henkell (dmb) [Entry date 12/04/97]
[2:97cv1166]

12/4/97  46    ORDER by Senior Judge Milton L. Schwartz: substituting
attorney Stephen James Russell as counsel for dft C Scott
Grace in 2:97cv1166 (cc: all counsel) (dd)
[Entry date 12/04/97] [2:97cv1166]

12/8/97  47    BRIEF by USA in 2:97-cv-01166 in opposition to plt's motion
to consolidate (ndd) [Entry date 12/09/97] [2:97cv1166]

12/9/97  48    NOTICE of hearing; motion for preliminary injunction
HEARING CONTINUED to February 3-4, 1998 at 9:00 (mc)
[Entry date 12/10/97] [2:97cv1166]

1/29/98  49    REQUEST to excuse a subpoena in a civil case by Stan N
Capito (chl) [Entry date 01/30/98] [2:97cv1166]

1/30/98  50    MEMORANDUM by defendant in opposition to govt's motion for
preliminary injunction [48-2] (gk) [Entry date 02/02/98]
[2:97cv1166]

2/3/98   51    NOTICE by defendant William L Sefton of association of
attorney Spencer T Malysiak (mp) [Entry date 02/04/98]
[2:97cv1166]

2/3/98   52    MINUTES before Senior Judge Milton L. Schwartz motion for
protective order by plaintiff USA [36-1]; parties discussed
logistics; further HEARING SET FOR 9:00 2/17/98; government
call witness sworn and testifies; cross; recess until
2/4/98 at 9:00; C/R Susan Vaughn (mp) [Entry date 02/06/98]
[2:97cv1166]

2/4/98   53    MINUTES before Senior Judge Milton L. Schwartz motion for
protective order by plaintiff USA [36-1]; continued cross
of witness Sainsbury; redirect, re-cross; court addresses
underlying complaint; witness Henkle, direct, cross;
exhibits 3-9 introduced; exhibits A-B introduced; exhibits
RLH 1-10 moved and admitted; exhibits RLH A-B moved and
admitted; court addresses possible conflict in
representation of dfts; court addresses Henkle to clarify
terms used during testimony; court in recess; HEARING SET
FOR 9:00 2/17/98 C/R Kacy Parker (mp) [Entry date 02/06/98]
[2:97cv1166]

2/10/98  54    DESIGNATION of Deposition Testimony by plaintiff USA (gk)
[Entry date 02/11/98] [2:97cv1166]

2/17/98  55    DESIGNATION OF DEPOSITION of Rodger K. Paulson taken on the
following date(s) 01/13/98 (kb) [Entry date 02/17/98]
[Edit date 02/18/98] [2:97cv1166]

2/17/98  56    MINUTES of Preliminary Injunction Hearing before Senior
Judge Milton L Schwartz; witness Stan Capito; cross exam of
Capito; atty Mehan (for witness Sandra Jeffries) addresses
court; noon recess; court resumes; Robert Henkell recalled;

re-direct of Henkell by atty Hurley; court recessed t.
2/18/98 at 9:00am (dmb) [Entry date 02/18/98]
[2:97cv1166]

2/18/98   57   MINUTES of law and motion before Senior Judge Milton L.
Schwartz: motion for preliminary injunction by plaintiff
USA [2-1] HEARING CONTINUED TO 9:00am on 3/24/98 C/R
Mildred Butler/Capitol (rp) [Entry date 02/23/98]
[2:97cv1166]

2/17/98   58   REPORTER'S TRANSCRIPT of pltf's motion for preliminary
injunction on 2/3/98 before MLS; by C/R Susan Vaughan, no
9673 (pb) [Entry date 03/18/98] [2:97cv1166]

3/24/98   62   MINUTES of 3/24/98 hearing on preliminary injunction before
Senior Judge Milton L. Schwartz; C/R Shelly Gulli, Capitol
Reporters (rp) [Entry date 03/26/98] [2:97cv1166]

3/25/98   59   TRANSCRIPT of 2/17/98 hearing on proceedings by C/R
Balinda Dunlap (gm) [Entry date 03/26/98] [2:97cv1166]

3/25/98   60   TRANSCRIPT of 2/18/98 hearing on preliminary injunction
by C/R Mildred Butler (gm) [Entry date 03/26/98]
[2:97cv1166]

3/25/98   61   TRANSCRIPT of 2/4/98 hearing on preliminary injunction,
Vol II by C/R Kacy L Parker (gm) [Entry date 03/26/98]
[2:97cv1166]

3/24/98   63   BRIEF by plaintiff USA re: availability of jury trial (km)
[Entry date 04/27/98] [2:97cv1166]

3/24/98   64   BRIEF by defendant William L Sefton regarding availability
of jury trial (gm) [Entry date 04/28/98] [2:97cv1166]

4/27/98   65   BRIEF by defendant Charles Scott Grace regarding
availability of jury trial (km) [Entry date 04/28/98]
[2:97cv1166]

4/30/98   66   BRIEF by defendants in support of of dfts' right to trial
by jury (mp) [Entry date 05/04/98] [2:97cv1166]

5/4/98    67   BRIEF by defendants in support of defendnats' right to
trial by jury (gm) [Entry date 05/05/98] [2:97cv1166]

5/5/98    68   BRIEF regarding conscious avoidance doctrine in Civil Cases
by defendant William L Sefton in (km) [Entry date 05/06/98]
[2:97cv1166]

5/5/98    69   BRIEF regarding viability of certain trusts by defendant
William L Sefton (km) [Entry date 05/06/98] [2:97cv1166]

5/5/98    70   BRIEF regarding director reliance on expert advice by
defendant William L Sefton (km) [Entry date 05/06/98]
[2:97cv1166]

5/5/98    71   MEMORANDUM OF LAW by defendant Estate Preservation, Estate
Preserv Inc, Robert L Henkell in support of the oral
argument (km) [Entry date 05/06/98] [2:97cv1166]

5/5/98    72   MINUTES of preliminary injunction hearing before Senior
Judge Milton L. Schwartz: William Sefton recalled; witness
Joe Izen examined; Judge examines Sefton; USA motion for
preliminary injunction submitted for decision; parties to
file findings of fact and conclusions of law by 6/30/98;
court to set further status conference after issuing a
decision on the motion; C/R Casey Parker (dd)
[Entry date 05/08/98] [2:97cv1166]

5/6/98    73   TRANSCRIPT of 5/5/98 before MLS hearing on motion for

preliminary inju...ion by C/R Kacy L Parker (ljr)
[Entry date 07/07/98] [2:97cv1166]

| | | |
|---|---|---|
| 7/6/98 | 74 | TRANSCRIPT of 5/5/98 before MLS hearing on motion for preliminary injunction by C/R Kacy L Parker (ljr) [Entry date 07/07/98] [2:97cv1166] |
| 7/10/98 | -- | LODGED Proposed Findings of Fact and Conclusions of Law of by plaintiff USA (pb) [Entry date 07/10/98] [2:97cv1166] |
| 7/10/98 | 75 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by defendant Charles Scott Grace (chl) [Entry date 07/13/98] [2:97cv1166] |
| 7/10/98 | 76 | PROPOSED FINDINGS of fact and conclusions of law submitted on behalf of dft William L Sefton (ljr) [Entry date 07/15/98] [2:97cv1166] |
| 7/10/98 | 77 | PROPOSED FINDINGS of fact and conclusions of law (gk) [Entry date 07/15/98] [2:97cv1166] |
| 7/13/98 | -- | LODGED Order for entry of finding of facts and conclusion of law and order denying govt's application for preliminary injunction by Estate Preservation, Estate Preserv Inc, Robert L Henkell (gk) [Entry date 07/16/98] [2:97cv1166] |
| 7/13/98 | 78 | MOTION for entry of Findings of FActs and Conclusions of Law and order denying govt's appl for preliminary injunction by defendant (gk) [Entry date 07/16/98] [2:97cv1166] |
| 7/13/98 | 80 | PROPOSED FINDINGS of fact and conclusions of law by dft Robert L Henkell (gk) [Entry date 07/17/98] [2:97cv1166] |
| 7/16/98 | 79 | PROOF OF SERVICE by defendant Charles Scott Grace of their findings of facts and conclusions of law [77-1] (gm) [Entry date 07/16/98] [2:97cv1166] |
| 7/27/98 | 81 | LETTER to court from counsel for defendant William L Sefton requesting the court issue an order denying the preliminary injunction due to pltf's failure to file and serve the proposed findings of fact and conclusions of law by 7/10/98 (dd) [Entry date 07/28/98] [2:97cv1166] |
| 7/30/98 | 82 | NOTICE by counsel for dft Charles Scott Grace of change of address to Center Plaza Building, 2333 San Ramon Valley Blvd, Suite 475, San Ramon CA 94583 (ms) [Entry date 07/30/98] [2:97cv1166] |
| 8/31/98 | 83 | NOTICE OF MOTION AND MOTION to quash or modify subpoenas pursuant to the right to financial privacty act and FRCP 45 by movant Sandra E Jeffries, movant Steven E Bryan motion TO BE HEARD by Senior Judge Milton L. Schwartz; Motion Hearing Set For 11/13/98 at 9:00 (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 8/31/98 | 84 | MEMORANDUM OF POINTS AND AUTHORITIES by movant Sandra E Jeffries, movant Steven E Bryan in support of motion to quash or modify subpoenas [83-1] (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 8/31/98 | 85 | REQUEST for Judicial notice by movant Sandra E Jeffries, movant Steven E Bryan (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 8/31/98 | 86 | DECLARATION of Sandra E Jeffries [83-1] (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 8/31/98 | 87 | DECLARATION of Steven E Bryan [83-1] (ljr) [Entry date 09/01/98] [2:97cv1166] |

9/10/98  88    BRIEF IN OPPOSITION  by plaintiff to motion to quash or
               modify subpoenas [83-1] (chl) [Entry date 09/11/98]
               [2:97cv1166]

9/10/98  89    DECLARATION of Charles Hurley in support of opposition to
               motion to quash subpoenas [89-1] (chl) [Entry date 09/11/98]
               [2:97cv1166]

9/10/98  90    AMENDED MOTION ( terminating original motion 83 ) to quash
               by movant Sandra E Jeffries, and Steven E Bryan Motion
               Hearing Set for 11/19/98 at 10:00 (rb) [Entry date 09/11/98]
               [2:97cv1166]

9/16/98  91    ORDER by Magistrate Judge Gregory G. Hollows ORDERING he
               court finds that Steven Bryan and Sandra Jeffries as
               individuals are customers of a financial institution; the
               court finds that the trust and the representative trustees
               of the trust are not persons whose records can be
               subpoenaed pursuant to RFPA; motion to quash by movant
               Sandra E Jeffries, and Steven E Bryan [90-1] DEFERRED until
               further order of the court; the government's previously
               filed opposition and declaration is deemed filed as of this
               date with the court to issue its RFPA ruling within 7 days;
               11/19/98 hearing date is VACATED (cc: all counsel) (rp)
               [Entry date 09/16/98] [2:97cv1166]

9/21/98  92    ORDER by Magistrate Judge Gregory G. Hollows ORDERING
               motion to quash by movant Sandra E Jeffries, and Steven E
               Bryan [90-1] GRANTED (cc:  all counsel) (gm)
               [Entry date 09/21/98] [2:97cv1166]

9/23/98  93    LETTER to court from counsel for plaintiff USA enclosing a
               courtesy copy of the brief in opposition to motion to quash
               or modify subpoenas (dd) [Entry date 09/24/98]
               [2:97cv1166]

10/2/98  94    REQUEST by plaintiff for reconsideration by the District
               Court of Magistrate Judges Ruling (chl)
               [Entry date 10/05/98] [2:97cv1166]

10/2/98  95    BRIEF by plaintiff in support of request for
               reconsideration by District Court of Magistrate Judge
               ruling [94-1] (chl) [Entry date 10/05/98] [2:97cv1166]

10/5/98  96    MEMORANDUM OF DECISION AND ORDER by Senior Judge Milton L.
               Schwartz ORDERING that the court has subject matter
               jurisdiction over this action; pltf is entitled to a
               preliminary injunction, pending trial and judgment in this
               court or further orders herein; because the court finds
               that the government is entitled to injunctive relief under
               section 7408(a), the court need not address the
               government's alternative contention that it is entitled to
               injunctive relief under section 7402(a) (cc: all counsel)
               (ms) [Entry date 10/06/98] [Edit date 10/06/98]
               [2:97cv1166]

10/5/98  97    PRELIMINARY INJUNCTION by Senior Judge Milton L. Schwartz
               pursuant to the Memorandum of Decision and Order filed
               10/5/98 [96-1], dfts (1) Estate Preservation Services (2)
               Estate Preservation Services Inc (3) Robert L Henkell (4)
               Charles Scott Grace and (5) William L Sefton, and their
               respective officers, directors, employees, attorneys, and
               agents are hereby enjoined and restrained, pending trial
               and judgment in this court or further orders herein, from
               organizing, promoting, marketing or selling "Asset
               Preservation Trusts," "Estate Management Trusts," and any
               other abusive tax shelter, plan or arrangement which
               advises or encourages taxpayers to attempt to violate

|  |  | internal revenue law or unlawfully evade the assessment or collection of their federal tax liabilities (cc: all counsel) (ms) [Entry date 10/06/98] [Edit date 10/06/98] [2:97cv1166] |
|---|---|---|
| 10/9/98 | 98 | OPPOSITION by movants Sandra Jeffries, and Steven Bryan to request for reconsideration by the District Court of Magistrate Judge's ruling [94-1] (rb) [Entry date 10/13/98] [2:97cv1166] |
| 10/13/98 | -- | LODGED Document VACATED - Order on motion to strike lodged 12/2/97 (km) [Entry date 10/13/98] [2:97cv1166] |
| 10/13/98 | -- | LODGED Document lodged 7/13/98 VACATED - not to be signed (km) [Entry date 10/13/98] [2:97cv1166] |
| 11/3/98 | 100 | INTERLOCUTORY APPEAL by dfts Estate Preservation, Estate Preserv Inc order granting the US applicaiton for preliminary injunction by MLS dated 10/5/98: receipt #188873 (ljr) [Entry date 11/09/98] [Edit date 11/09/98] [2:97cv1166] |
| 11/4/98 | 99 | INTERLOCUTORY APPEAL by defendant Charles Scott Grace to order filed 10/5/98 granting the US appl for preliminary injunction and the memorandum in support thereof; receipt #188778 (mll) [Entry date 11/05/98] [Edit date 11/09/98] [2:97cv1166] |
| 11/9/98 | 102 | TRANSCRIPT of 5/5/98 hearing on Motion for Preliminary Injunction by C/R Kacy L Parker (km) [Entry date 11/12/98] [2:97cv1166] |
| 11/10/98 | 101 | MAILED case information/docket fee payment notice, copy of Notice of Appeal to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (mll) [Entry date 11/10/98] [2:97cv1166] |
| 11/17/98 | -- | NOTIFICATION by 9th Circuit of Appellate Docket Number 98-17149 (seal) [Entry date 11/17/98] [2:97cv1166] |
| 11/19/98 | 103 | MAILED case information/docket fee payment notice, copy of Notice of Appeal as to Robert L. Henkell, Estate Preservation Serv., et al., to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (ljr) [Entry date 11/19/98] [2:97cv1166] |
| 11/19/98 | 104 | CERTIFICATE OF RECORD transmitted to 9th Circuit [100-1] (notice sent) (ljr) [Entry date 11/19/98] [2:97cv1166] |
| 11/23/98 | 105 | NOTICE OF MOTION and motion to be relieved as counsel by defendant William L Sefton motion TO BE HEARD by Senior Judge Milton L. Schwartz . (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 | 106 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant William L Sefton in support of motion to be relieved as counsel [105-1] (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 | 107 | EX PARTE by defendant William L Sefton application for order shortening time for motion to be relieved as counsel (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 | -- | LODGED order relieving Spencer T. Malysiak as counsel by defendant William Sefton (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 | | LODGED order shortening time for serving motion to be relieved as counsel by defendant William Sefton (ljr) [Entry date 11/24/98] [2:97cv1166] |

U S  District Court Web PACER(v2.3) Docket Report                                                      Page 11 of 19

11/23/98 108    DECLARATION of Spencer T. Malysiak in support of moti . to
                be relieved as counsel [105-1] (ljr) [Entry date 11/24/98]
                [2:97cv1166]

11/25/98 109    NOTIFICATION by 9th Circuit of Appellate Docket Number
                98-17220 as to Robert L Henkel, Estate Preservation Serv
                (ljr) [Entry date 11/30/98] [2:97cv1166]

12/3/98  --     LODGED substitution of atty by defendant William L Sefton
                (mll) [Entry date 12/03/98] [2:97cv1166]

12/3/98  110    ORDER by Senior Judge Milton L. Schwartz ORDERING
                withdrawing attorney Spencer T Malysiak for William L
                Sefton and substituting attorney Jon Robert Vaught (cc:
                all counsel) (mll) [Entry date 12/03/98] [2:97cv1166]

12/3/98  111    INTERLOCUTORY APPEAL by defendant William L Sefton to the
                Preliminary Injunction and the Memorandum of Decision and
                Order [97-1] [96-1] of Honorable Milton L Schwartz filed on
                10/5/98 (mll) [Entry date 12/03/98] [2:97cv1166]

12/3/98  --     LODGED Document order relieving Spencer T. Malysiak as
                counsel (not to be signed) (ljr) [Entry date 12/04/98]
                [2:97cv1166]

12/3/98  --     LODGED Document order shortening time for serving motion to
                be relieved as counsel (ljr) [Entry date 12/04/98]
                [2:97cv1166]

12/3/98  113    RECEIPT of $105 for defendant William L Sefton  re appeal
                fee (ljr) [Entry date 12/04/98] [2:97cv1166]

12/3/98  114    NOTICE by defendant Charles Scott Grace of withdrawal of
                notice of appeal by dft Grace [99-1] (ljr)
                [Entry date 12/04/98] [2:97cv1166]

12/4/98  112    MAILED case information/docket fee payment notice, copy of
                Notice of Appeal to 9th Circuit Court of Appeals, copy of
                appeal and docket sheet to all parties (mll)
                [Entry date 12/04/98] [2:97cv1166]

12/11/98 115    ORDER by Senior Judge Milton L. Schwartz ORDERING the order
                granting the motion to quash is AFFIRMED [90-1] (cc: all
                counsel) (ljr) [Entry date 12/11/98] [2:97cv1166]

12/15/98 --     NOTIFICATION by 9th Circuit of Appellate Docket Number,
                98-17297 (mll) [Entry date 12/16/98] [2:97cv1166]

12/17/98 116    TRANSCRIPT DESIGNATION and Ordering Form for dates 2/3/98,
                2/4/98, 2/17/98, 2/18/98, 3/24/98, 3/25/98 and 5/5/98 re
                appeal [100-1] (ljr) [Entry date 12/21/98] [2:97cv1166]

8/27/99  117    NOTICE by counsel for defendant Charles Scott Grace of
                change of address to 511 Silver Lake Drive, Danville, CA
                94526 (rb) [Entry date 08/30/99] [2:97cv1166]

9/14/99  --     CLERK'S record on appeal transmitted to 9th Circuit
                original case file  volumes 3  expandos 6 and certified
                copy of docket mailed to 9th Circuit  (cc:  all counsel) (rb)
                [Entry date 09/15/99] [2:97cv1166]

9/20/99  --     NOTICE  regarding receipt of district court files by CA 9th
                (gm) [Entry date 09/21/99] [2:97cv1166]

10/4/99  118    ORDER from 9th Circuit appeal: appellant C Scott Grace's
                reponse to the Court.s 9/17/99 order to show cause,
                entitled "Conformation of withdrawal of Appeal", is so
                construed as a motion to voluntarily dismiss his appeal
                [99-1], so construed, the motion is granted; Appeal number
                98-17149 only is DISMISSED (cc: all parties) (rb)

                    [Entry date 10/0   9] [2:97cv1166]

3/17/00   119   ORDER from 9th Circuit the decision of the District Court
                [111-1] is AFFIRMED (gm) [Entry date 03/20/00]
                [2:97cv1166]

3/29/00         NOTICE regarding return of case file from CA 9th (gm)
                [Entry date 03/30/00] [2:97cv1166]

3/18/00   120   NOTICE of hearing scheduling conference for 9:00 9/15/00
                ( cc: ) (gm) [Entry date 04/19/00] [2:97cv1166]

9/15/00   121   MINUTES before Senior Judge Milton L. Schwartz further
                scheduling conf for 9:00 3/9/01; govt to file SJ motion
                filing ddl set for 11/3/00; dfts opposition ddl 12/4/00;
                govt's reply ddl 1/4/00; hearing date for 1/19/01; atty
                Eizen will file motion to w/draw w/i 7 days (1)r]
                [Entry date 09/18/00] [2:97cv1166]

9/19/00   122   SCHEDULING CONFERENCE ORDER by Senior Judge Milton L.
                Schwartz further status conference for 9:00 3/9/01 (cc:
                all counsel) (1jr) [Entry date 09/19/00] [2:97cv1166]

9/25/00   123   MOTION to withdraw attorney by Joe Izen for dfts Robert L
                Henkell, Estate Preservation, Estate Preserv Inc motion TO
                BE HEARD by Senior Judge Milton L. Schwartz ; (ndd)
                [Entry date 09/26/00] [2:97cv1166]

9/25/00   --    LODGED Order granting Motion to withdraw attorney by dfts
                Estate Preservation, Estate Preserv Inc, Robert L Henkell
                (ndd) [Entry date 09/26/00] [2:97cv1166]

10/3/00   124   ORDER by Senior Judge Milton L. Schwartz ORDERING dfts
                motion to withdraw attorney Joe Alfred Izen Jr for Estate
                Preservation is GRANTED (cc: all counsel) (mll)
                [Entry date 10/03/00] [2:97cv1166]

11/3/00   125   ENTRY of Appearance by Don Dowie (ndd) [Entry date 11/06/00]
                [2:97cv1166]

11/3/00   126   MOTION for summary judgment by plaintiff USA  motion TO
                BE HEARD by Senior Judge Milton L. Schwartz ; (ndd)
                [Entry date 11/06/00] [2:97cv1166]

11/3/00   127   MEMORANDUM OF POINTS AND AUTHORITIES by plaintiff USA in
                support of Motion for summary judgment [126-1] (ndd)
                [Entry date 11/06/00] [2:97cv1166]

11/3/00   128   US' STATEMENT of Undisputed Material Facts in support of
                Motion for summary judgment [126-1] (ndd)
                [Entry date 11/06/00] [2:97cv1166]

11/7/00   129   MOTION for summary judgment by plaintiff USA TO BE HEARD
                by Honorable David F. Levi; Motion Hearing SET For 9:00
                1/19/01 (dc) [Entry date 11/08/00] [2:97cv1166]

11/9/00   130   AMENDED NOTICE by plaintiff USA of hearing motion for
                summary judgment by plaintiff USA [126-1] HEARING SET FOR
                9:00 1/19/01 () (khl) [Entry date 11/13/00] [2:97cv1166]

12/4/00   --    LODGED proposed order re injunctive relief by plaintiff (as)
                [Entry date 12/04/00] [2:97cv1166]

12/4/00   131   RESPONSE by defendant Robert L Henkell to statement of
                undisputed facts [128-1] (ea) [Entry date 12/05/00]
                [2:97cv1166]

12/4/00   132   OBJECTIONS by defendant Robert L Henkell to motion for
                summary judgment [126-1] (ea) [Entry date 12/05/00]
                [2:97cv1166]

12/5/00  133   MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION by
               defendant William L Sefton to motion for summary judgment
               by plaintiff USA [126-1] (as) [Entry date 12/06/00]
               [2:97cv1166]

12/5/00  134   DECLARATION of William L Sefton in support of opposition to
               motion for summary judgment [133-1] (as)
               [Entry date 12/06/00] [2:97cv1166]

12/5/00  135   DECLARATION of Steve McNulty in support of opposition to
               motion for summary judgment [133-1] (as)
               [Entry date 12/06/00] [2:97cv1166]

12/5/00  136   DECLARATION of Howard Emirhanian in support of opposition
               to motion for summary judgment [133-1] (as)
               [Entry date 12/06/00] [2:97cv1166]

12/5/00  137   DECLARATION of L G Marlette Jr in support of opposition to
               motion for summary judgment [133-1] (as)
               [Entry date 12/06/00] [2:97cv1166]

12/5/00  138   RESPONSE by defendant William L Sefton to USA's statement
               of undisputed facts in support of summary judgment [128-1]
               (as) [Entry date 12/06/00] [2:97cv1166]

12/6/00  139   RESPONSE by defendant Charles Scott Grace to motion for
               summary judgment by plaintiff USA [126-1] (as)
               [Entry date 12/07/00] [2:97cv1166]

12/6/00  140   DECLARATION of Stephen J Russell in clarification of
               unintentional but significant misstatement of facts by the
               US (as) [Entry date 12/07/00] [2:97cv1166]

12/6/00  141   PROOF OF SERVICE by defendant Charles Scott Grace of
               [140-1], [139-1] (as) [Entry date 12/07/00] [2:97cv1166]

1/3/01   142   US' REPLY re motion for summary judgment [126-1] (ndd)
               [Entry date 01/04/01] [2:97cv1166]

1/10/01  143   NOTICE: from C Lydon motion for summary judgment by
               plaintiff USA [126-1] HEARING RESET FOR 9:30 1/19/01 (ndd)
               [Entry date 01/11/01] [2:97cv1166]

1/11/01  144   RESPONSE by defendant Robert G Henkell to US' Reply re
               summary judgement [142-1] (ndd) [Entry date 01/12/01]
               [2:97cv1166]

1/18/01  145   RESPONSE by defendant Charles Scott Grace to motion for
               summary judgment by plaintiff USA [126-1] (ndd)
               [Entry date 01/19/01] [2:97cv1166]

1/18/01  146   DECLARATION of Stephen J Russell in clarification of
               unintentional but significant misstatment of facts by US
               [145-1] (ndd) [Entry date 01/19/01] [2:97cv1166]

1/18/01  147   PROOF OF SERVICE by defendant Charles Scott Grace of
               [146-1], [145-1] (ndd) [Entry date 01/19/01]
               [2:97cv1166]

1/19/01  148   MINUTES before Senior Judge Milton L. Schwartz motion for
               summary judgment by plaintiff USA [126-1] SUBMITTED; plt to
               file statement by 1/29/01 specifically regarding its
               requests regarding Grace and Sefton C/R L Howard (ndd)
               [Entry date 01/22/01] [2:97cv1166]

1/31/01  149   LETTER to court from counsel for USA enclosed full
               transcript of the portion of the preliminary injunction
               held on 3/24/98 (ndd) [Entry date 02/01/01] [2:97cv1166]

1/31/01  150    LETTER to court from counsel for USA re settlement
                possibilities with dfts Sefton and Grace pursuant to
                court's verbal order of 1/19/01 (ndd) [Entry date 02/02/01]
                [2:97cv1166]

2/13/01  151    BRIEF REPLY LETTER to court from counsel for defendant
                Charles Scott Grace in response to the 1/26/01 ltr
                submitted by the US at the special request of Honorable MLS
                (ea) [Entry date 02/14/01] [2:97cv1166]

2/20/01  152    LETTER to court from counsel for plaintiff USA re Mr.
                Russell letter (hk) [Entry date 02/21/01] [2:97cv1166]

2/22/01  153    ORDER by Senior Judge Milton L. Schwartz ORDERING that dfts
                and all in active concert and participation w/them are
                permanently enjoined from directly/indirectly organizing,
                promoting, marketing or selling Asset Preservation trusts
                (see order for specific details); FURTHER ORDERED that dft
                Robert L Henkell is required to contact all taxpayers;
                FURTHER ORDERED that dft Henkell is directed to turn over
                to the United States any records in his possession; FURTHER
                ORDERED that the described section 6700 penalty assessments
                are reduced to judgment against dft Robert L Henkell in the
                amount of $1,254,000 and against dft Estate Preservation
                Services of $1,254,000 separately (cc: all counsel) (seal)
                [Entry date 02/22/01] [2:97cv1166]

2/22/01  154    JUDGMENT entered against dft Robert L Henkell in the amount
                of $1,254,000 and against dft Estate Preservation Services,
                a Trust, in the amount of $1,254,000 separately by Senior
                Judge Milton L. Schwartz pursuant to order  entered 2/22/01
                [153-1] (cc: all counsel) (as) [Entry date 02/22/01]
                [2:97cv1166]

2/26/01  155    LODGED Document Order submitted 12/1/00 [0-0] VACATED (bd)
                [Entry date 02/26/01] [2:97cv1166]

2/26/01  156    REQUEST for clarification of court order of 2/22/01 by
                defendant Robert L Henkell (ndd) [Entry date 02/27/01]
                [2:97cv1166]

3/12/01  157    MOTION to extend time to respond to request for
                clarification of court's 2/22/01 order by plaintiff USA
                motion TO BE HEARD by Senior Judge Milton L. Schwartz ; (ndd)
                [Entry date 03/13/01] [2:97cv1166]

3/12/01  158    MEMORANDUM OF POINTS AND AUTHORITIES by plaintiff USA in
                support of Motion to extend time to respond to motion for
                clarification [157-1] (ndd) [Entry date 03/13/01]
                [2:97cv1166]

3/12/01  159    AFFIDAVIT of Don Dowie in support of US' Motion to extend
                time to respond to motion for clarification [157-1] (ndd)
                [Entry date 03/13/01] [2:97cv1166]

3/12/01  --     LODGED Order permitting to file a response to motion for
                clarification by plaintiff USA (ndd) [Entry date 03/13/01]
                [2:97cv1166]

3/16/01  160    ORDER by Senior Judge Milton L. Schwartz ORDERING that US
                shall have until 3/17/01 to file a response to dft' request
                for clarification [156-1] is GRANTED (cc: all counsel) (ndd)
                [Entry date 03/19/01] [2:97cv1166]

3/19/01  161    MOTION to stay ruling on request for clarification by
                plaintiff USA motion TO BE HEARD by Senior Judge Milton L.
                Schwartz (ndd) [Entry date 03/20/01] [2:97cv1166]

U.S. District Court Web PACER(v2.3) Docket Report

| 3/19/01 | 162 | BRIEF by USA in support of Motion to stay ruling on request [161-1] and ... (ndd) [Entry date 03/20/01] [2:97cv1166] |
| 3/19/01 | 162 | ... and RESPONSE by USA to Request for clarification [156-1] (ndd) [Entry date 03/20/01] [2:97cv1166] |
| 3/19/01 | -- | LODGED Order granting US' motion to stay ruling (ndd) [Entry date 03/20/01] [2:97cv1166] |
| 3/20/01 | 163 | ORDER by Senior Judge Milton L. Schwartz ORDERING that motion to stay ruling on request for clarification by plaintiff USA [161-1] GRANTED; US shall have until 60 days from the date of this order to file a response to Henkell's request; the US may take discovery for the purpose of determining Henkell's ability to comply with the affirmative portions of the injunction, as that injunction is presently written; Case STAYED as to 5/19/01 (cc: all counsel) (ndd) [Entry date 03/21/01] [2:97cv1166] |
| 4/10/01 | 164 | TRANSCRIPT of 1/19/01 hearing on by C/R Laurie A Howard (kdc) [Entry date 04/11/01] [2:97cv1166] |
| 4/23/01 | 165 | NOTICE OF APPEAL by defendant William L Sefton from District Court decision re order [153-1] ( fee status paid receipt# 202 5503 ) (hk) [Entry date 04/24/01] [2:97cv1166] |
| 4/27/01 | 166 | RESPONSE by defendant Robert L Henkell to government's request for interrogatories and for production of documents as post-judgment discovery (ea) [Entry date 04/30/01] [2:97cv1166] |
| 4/30/01 | 167 | MAILED case information/docket fee payment notice, copy of Notice of Appeal and appealed 2/22/01 judgment [154-1] to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (hk) [Entry date 04/30/01] [2:97cv1166] |
| 5/2/01 | 168 | CERTIFICATE OF SERVICE by defendant William L Sefton in re Notice of Appeal [165-1] (mml) [Entry date 05/04/01] [2:97cv1166] |
| 5/8/01 | 169 | NOTICE OF APPEAL by defendant William L Sefton from District Court decision re judgment [154-1], re order [153-1] ( ) (ndd) [Entry date 05/09/01] [2:97cv1166] |
| 5/9/01 | 171 | LETTER to court from Donald Dowie, US Dept of Justice Tax Division enclosing a copy of their letter to Robert L Henkell transmitting to him the Estate Preservation Services' client list (ea) [Entry date 05/10/01] [2:97cv1166] |
| 5/9/01 | -- | NOTIFICATION by 9th Circuit of Appellate Docket Number 01-15878 (ea) [Entry date 05/10/01] [2:97cv1166] |
| 5/10/01 | 170 | MAILED case information/docket fee payment notice, copy of Notice of Appeal and appealed 2/22/01 judgment [154-1] to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (ndd) [Entry date 05/10/01] [2:97cv1166] |
| 5/10/01 | 172 | NOTICE by defendant Robert L Henkell of compliance re: court order of 2/22/01 [153-1] (kdc) [Entry date 05/11/01] [2:97cv1166] |
| 5/30/01 | -- | LODGED proposed order regarding an extension to respond to dft's request dft by plaintiff USA (ak) [Entry date 06/01/01] [2:97cv1166] |
| 5/30/01 | 173 | NOTICE OF MOTION AND MOTION to extend time to respond to |

motion for clari cation by plaintiff USA motion TO BE
HEARD by Senior Judge Milton L. Schwartz ; Motion Hearing
not noticed (ak) [Entry date 06/01/01] [2:97cv1166]

5/30/01  174  MEMORANDUM OF POINTS AND AUTHORITIES by plaintiff USA in
SUPPORT of motion to extend time to respond to motion for
clarification by plaintiff USA [173-1] (ak)
[Entry date 06/01/01] [2:97cv1166]

5/30/01  175  DECLARATION of Don Dowie in support of pltf's motion for
extension of time [173-1] (ak) [Entry date 06/01/01]
[2:97cv1166]

6/6/01  176  ORDER by Senior Judge Milton L. Schwartz ORDERING motion to
extend time to respond to motion for clarification by
plaintiff USA [173-1] is GRANTED; ORDER that the United
States shall have until June 8, 2001 to file a response to
Henkell's request is [0-0] GRANTED (cc: all counsel) (ea)
[Entry date 06/06/01] [Edit date 06/06/01] [2:97cv1166]

6/8/01  177  NOTICE OF MOTION AND MOTION for modification of permanent
injunction by plaintiff USAmotion TO BE HEARD by Senior
Judge Milton L. Schwartz; Motion Hearing Set For 9:00
9/14/01 (ea) [Entry date 06/11/01] [2:97cv1166]

6/8/01  178  BRIEF by plaintiff USA in support of motion for
modification of permanent injunction [177-1] (ea)
[Entry date 06/11/01] [2:97cv1166]

6/8/01  --  LODGED Order re: modifying the permanent injunction by
plaintiff USA (ea) [Entry date 06/11/01] [2:97cv1166]

6/11/01  --  ABSTRACT OF JUDGMENT issued as to Robert L Henkel in the
amount of $1,254,000 (cc: all counsel) (pb)
[Entry date 06/12/01] [2:97cv1166]

6/21/01  179  NOTICE by C Lydon of hearing motion for modification of
permanent injunction [177-1] HEARING RESET and ACCELERATED
from 9/14/01 FOR 9:00 8/17/01 (kf) [Entry date 06/22/01]
[2:97cv1166]

6/26/01  --  LODGED Order re motion to accept notice of compliance by dft
Robert L Henkell (kf) [Entry date 06/27/01]
[Edit date 04/17/02] [2:97cv1166]

6/26/01  180  RESPONSE by defendant Robert L Henkell to motion for
modification of permanent injunction by plaintiff USA
[177-1] (kf) [Entry date 06/27/01] [2:97cv1166]

6/26/01  204  MOTION to accept notice of compliance by defendant Robert
L Henkell motion TO BE HEARD by Senior Judge Milton L.
Schwartz ; Motion Hearing Set For 8/17/01 9:00am (ndd)
[Entry date 04/17/02] [2:97cv1166]

6/26/01  --  LODGED Document: Proposed Order re Motion to accept notice
of compliance lodged on 6/26/01 (NOT TO BE SIGNED PER
JUDGE) (ndd) [Entry date 04/17/02] [2:97cv1166]

7/31/01  181  RESPONSE by plaintiff USA to Henkell's motion to accept
notice of compliance (hk) [Entry date 08/01/01]
[2:97cv1166]

7/31/01  182  REPLY by plaintiff USA to response to motion for
modification of permanent injunction by plaintiff USA
[177-1] (hk) [Entry date 08/01/01] [2:97cv1166]

8/14/01  183  NOTICE of lodging of 5/10/01 deposition of Robert L Henkell
by plaintiff USA (bd) [Entry date 08/15/01] [2:97cv1166]

8/17/01  184  MINUTES of motion hearing before Senior Judge Milton L.

Schwartz; motion to modify permanent injuction by pl   USA
[177-1] and motion to accept note of compliance SUBMITTED;
Government to submit to court no later than 8/31/01 a
proposed notice for publication; pltf has until 9/14/01 to
respond C/R Sandra von Halnel (bd) [Entry date 08/20/01]
[2:97cv1166]

9/4/01  185    LETTER to court from counsel for plaintiff USA regarding a
draft proposed notice and asking the court to hold its
ruling on the motion for modification in abeyance until the
gov't completes its Rule 69 judgment collection discovery
(ndd) [Entry date 09/05/01] [2:97cv1166]

9/13/01  186   RESPONSE by defendant Robert L Henkell to motion for
modification of permanent injuction by plaintiff USA
[177-1] (ea) [Entry date 09/14/01] [2:97cv1166]

10/16/01 187   NOTICE of hearing by CRD: the USA is seeking to stay
proceedings including the court's ruling on the submitted
motion to modify the permanent injunction; hearing to
review the request to stay set for 9:00 11/16/01; the
hearing will be conducted at the same time as the hearing
on the pending motion ( cc: all counsel) (ea)
[Entry date 10/18/01] [2:97cv1166]

10/22/01 188   NOTICE by plaintiff regarding motion to compel responses to
post-judgment discovery requests (daw) [Entry date 10/23/01]
[2:97cv1166]

10/22/01 189   MOTION to compel responses to post-judgment discovery
requests by plaintiff; Motion Hearing Set for 10:00
11/15/01 (daw) [Entry date 10/23/01] [2:97cv1166]

10/22/01 190   Joint STATEMENT by plaintiff regarding post judgment
discovery disagreements in support of Motion to compel
[189-1] (daw) [Entry date 10/23/01] [2:97cv1166]

10/25/01 191   ORDER by Gregory G Hollows Magistrate Judge ORDERING the
parties are directed to file their joint statements no
later than 5 court days before the scheduled hrg; the
filing ddl for the joint statement is 11/8/01 [189-1] (cc:
all counsel) (ljr) [Entry date 10/25/01] [2:97cv1166]

10/30/01 192   RESPONSE by defendant Robert L Henkell to motion to compel
responses to post-judgment discovery requests by plaintiff
[189-1] (mdp) [Entry date 10/31/01] [2:97cv1166]

10/31/01 193   RESPONSE by defendant Robert L Henkell to motion to compel
responses to post-judgment discovery requests by plaintiff
[189-1] (ps/GGH for insufficient copies) (daw)
[Entry date 11/01/01] [Edit date 11/01/01] [2:97cv1166]

11/13/01  ..   ORDER by Gregory G Hollows Magistrate Judge ORDERING re
motion response to USA's motion to compel responses to
post-judgment discovery requests [193-1] with insufficient
copies APPROVED as filed (mdk) [Entry date 11/13/01]
[2:97cv1166]

11/15/01 194   MINUTES of proceedings before Magistrate Judge Gregory G.
Hollows motion to compel responses to post-judgment
discovery requests [189-1] GRANTED; Court
instructs dft to answer pltf questions within 30 days;
appearances by Donald Dowie and Bob Henkell; Court to issue
order (daw) [Entry date 11/16/01] [2:97cv1166]

11/16/01 195   MINUTES of proceeding before Senior Judge Milton L.
Schwartz hearing re request for stay set for 9:00 4/18/02
C/R Gloria Yett (hk) [Entry date 11/19/01] [2:97cv1166]

11/20/01 196   MEMORANDUM ORDER by Gregory G Hollows Magistrate Judge

ORDERING motion to compel responses to post-judgment
discovery requests by plaintiff [189-1] GRANTED; dft
Henkell was directed to respond, within 30 days, without
objection, to the post judgment discovery propounded by plt
USA; the request of the US for sanctions was denied,
without prejudice to its renewal in the event of further
proceedings pertaining to the discovery at issue (cc: all
counsel) (ndd) [Entry date 11/20/01] [2:97cv1166]

11/21/01  197    ORDER by Senior Judge Milton L. Schwartz ORDERING that
pltf's request for additional time for discovery until
4/18/02 at 9:00 a.m., at which time the court will hold a
hrg to determine Robert L. Henkell's ability to comply with
pltf's discovery; from the date of this order to the hrg
date of 4/18/02, further action on pltf's currently pending
motion to modify the permanent injunction is stayed (cc:
all counsel) (hk) [Entry date 11/21/01] [2:97cv1166]

12/3/01   198    COMPLIANCE WITH COURT ORDER REGARDING REQUIRED RESPONSES TO
MISSING INTERROGATORIES AND THE PRODUCTION OF MISSING
DOCUMENTS AS REQUESTED BY THE GOVERNMENT UNDER RULE 69 by
defendant Robert L Henkell (pw) [Entry date 12/04/01]
[2:97cv1166]

12/4/01   199    NOTICE OF MOTION to Modify Injunction by plaintiff USA
Motion TO BE HEARD by Senior Judge Milton L Schwartz Motion
Hearing Set For 4/18/02 at 9:00 (mml) [Entry date 12/05/01]
[2:97cv1166]

12/4/01   --     LODGED Order (proposed)  to obtain 150 days to conduct
post-judgment collection discovery by plaintiff USA (mml)
[Entry date 12/10/01] [2:97cv1166]

12/12/01  --     LODGED Document: order proposed lodged on 12/4/01 (NOT TO
BE SIGNED PER JUDGE) (seal) [Entry date 12/13/01]
[2:97cv1166]

1/22/02   200    ORDER from 9th Circuit: This appeal is stayed until
February 19, 2002 (hk) [Entry date 01/22/02]
[2:97cv1166]

4/10/02   201    UNOPPOSED MOTION to withdraw motion to modify or amend
injunction by plaintiff USA motion TO BE HEARD by Senior
Judge Milton L. Schwartz: Motion Hearing Set For April
18,2002 (hk) [Entry date 04/11/02] [2:97cv1166]

4/10/02   202    BRIEF by plaintiff USA in support of unopposed motion
[201-1] (hk) [Entry date 04/11/02] [2:97cv1166]

4/10/02   --     LODGED order to withdraw motion by plaintiff USA (hk)
[Entry date 04/11/02] [2:97cv1166]

4/16/02   203    ORDER by Senior Judge Milton L Schwartz ORDERING: Motion
for Modification of Permanent Injunction by plaintiff USA
[177-1] WITHDRAWN (cc: all counsel) (mml)
[Entry date 04/16/02] [2:97cv1166]

4/16/02   205    COURT NOTICE: from CRD in light of the court's 4/16/02
order granting pltf's motion to withdraw its motion to
modify the permanent injunction, motion to accept notice of
compliance by dft Robert L Henkell [204-1] is MOOT (cc: all
counsel) (1jr) [Entry date 04/17/02] [2:97cv1166]

4/17/02   --     LODGED Document: order (proposed) lodged on 6/8/01 (NOT TO
BE SIGNED PER JUDGE) (1jr) [Entry date 04/17/02]
[2:97cv1166]

4/22/02   206    MAIL returned [203-1] addressed to defendant Charles Scott
Grace: Marked: Forward time expired; 608B E Boronda Rd,
Salinas, CA 93906-3129 (nac) [Entry date 04/23/02]

[2:97cv1166]

4/25/02    RESERVICE of DOCUMENT(S) Order [203-1]  addressed to
plaintiff and defendants (ds) [Entry date 04/25/02]
[2:97cv1166]

5/1/02    RESERVICE of DOCUMENT(S) by CRD notice of court [205-1]
addressed to plaintiff USA, defendant Estate Preservation,
defendant Estate Preserv Inc, defendant Robert L Henkell,
defendant Charles Scott Grace, defendant William L Sefton,
movant Sandra E Jeffries, movant Steven F Bryan (hk)
[Entry date 05/02/02] [2:97cv1166]

5/2/02   207   MAIL returned [205-1] addressed to defendant Estate Preserv
Inc (hk) [Entry date 05/03/02] [2:97cv1166]

7/22/02  208   ORDER from 9th Circuit: appellant's motion to dismiss this
appeal is granted; the parties shall bear their own costs
and atty's fees on appeal; a certified copy of this order
shall serve as the mandate of this court (hk)
[Entry date 07/22/02] [2:97cv1166]

Case Flags:
TERMED
REFER

END OF DOCKET: 2:97cv1166

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2003 10:41:50 | | | |
| PACER Login: | ia0005 | Client Code: | Henkel |
| Description: | docket report | Search Criteria: | 2:97cv01166 |
| Billable Pages: | 25 | Cost: | 1.75 |