

U.S. Department of Justice

Tax Division

*Facsimile No. (202) 514-6770*
*Trial Attorney: Michael S. Raum*
*Attorney's Direct Line: (202) 353-3922*

*Please reply to:* Civil Trial Section, Central Region
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

EJO'C:SGH:MSRaum
5-17M-24419
CMN2003102445

March 18, 2003

**Via US Mail and Fax**

Joe Alfred Izen, Jr.
5222 Spruce St.
Bellaire, TX 77401
Fax: (713) 668-9402

  Re: *United States v. Gregory T. Mayer*
    Civil No. 8:03-CV-415-T-26TGW (USDC MD FL)

Dear Mr. Izen:

  I have recently learned of your activity in representing other taxpayers before the Tax Court as well as district and circuit courts. Based on this information, I am planning to move to disqualify you from representing Mr. Mayer. I have attached a copy of the pleading that I intend to file on this point.

  Please consider this letter a request to confer under Local Rule 3.01(g), which requires us to confer and attempt to resolve disagreements before making motions. While I presume you will oppose my request, please advise me by the **close of business on Tuesday, April 8** whether you intend to withdraw from representing Mr. Mayer, and thus obviate the need for my motion, or whether you intend to oppose my motion. If I have not heard from you by the close of business on Tuesday, April 8, I will file the motion.

  Thank you for your assistance.

          Sincerely yours,

          Michael S. Raum
          Trial Attorney
          Civil Trial Section, Central Region

Encl.

EXHIBIT
J