CLOSED, TGW, TRLSET

# U.S. District Court
## Middle District of Florida (Tampa)

USA v. Mayer, et al
Assigned to: Judge Richard A. Lazzara
Referred to: Magistrate Judge Thomas G. Wilson
Demand: $0
Cause: 26:7402 IRS: Petition to Enforce IRS Summons

Date Filed: 03/06/2003
Jury Demand: Plaintiff
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**USA**                    represented by   **Evan J. Davis**
U.S. Dept. of Justice
Tax Division
P.O. Box 7238
Washington, DC 20044
202/514-0079
Fax: 202/514-6770
Email: evan.j.davis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory E. Van Hoey**
U.S. Department of Justice
Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
202/307-6391
Fax: 202/514-6770
Email: gregory.van.hoey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Raum**
U.S. Dept. of Justice
Tax Division
P.O. Box 7238
Washington, DC 20044
202/353-3922
Fax: 202/514-6770
Email: michael.s.raum@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

EXHIBIT O

**Defendant**
**Gregory T. Mayer**
*doing business as*
Legal Tax Newsletter, LC
Morton & Oxley, Ltd.

represented by **Joe Alfred Izen, Jr.**
Law Office of Joe A. Izen, Jr.
[address illegible]

Email: joeizen@joeizen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**
**Edward C. LaRose**
*TERMINATED: 08/30/2004*

represented by **Edward C. LaRose**
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 E. Kennedy Blvd., Suite 2700
P.O. Box 1102
Tampa, FL 33601-1102
813/223-7474
PRO SE

**Defendant**
**Legal Tax Newsletter, LC**

represented by **Joe Alfred Izen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Morton & Oxley, Ltd.**

represented by **Joe Alfred Izen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2003 | 1 | COMPLAINT for Permanent Injunction and Other Relief, alleging the sale of tax shelters that violate internal revenue laws. Filing fee waived. (mrh) (Entered: 03/06/2003) |
| 03/06/2003 |   | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Thomas G. Wilson (mrh) (Entered: 03/06/2003) |
| 03/06/2003 |   | SUMMONS(ES) issued for Gregory T. Mayer. Consent(s) issued. (mrh) (Entered: 03/06/2003) |
| 03/07/2003 | 2 | NOTICE of designation under Local Rule 3.05 - TRACK 1. (ctc) (rm) (Entered: 03/10/2003) |
| 03/10/2003 | 3 | RETURN of service executed as to Gregory T. Mayer on 3/7/03 Answer due on 3/27/03 for Gregory T. Mayer (rm) (Entered: 03/11/2003) |
|  |  |  |

| | | |
|---|---|---|
| 03/19/2003 | 4 | MOTION by USA for temporary restraining order, and for expedited discovery referred to Magistrate Judge Thomas G. Wilson (rm) (Entered: 03/20/2003) |
| | | 03/20/2003) |
| 03/19/2003 | 6 | DECLARATION of Revenue Agent Donald Townshend by USA re: [4-1] motion for temporary restraining order (rm) (Entered: 03/20/2003) |
| 03/20/2003 | 7 | ORDER granting [4-1] motion for temporary restraining order, granting [4-2] motion for expedited discovery (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 03/21/2003) |
| 03/21/2003 | 8 | CERTIFICATE OF SERVICE of [6-1] declaration, [5-1] support memorandum (jlh) (Entered: 03/24/2003) |
| 03/25/2003 | 9 | CERTIFICATE OF SERVICE of [7-1] order by USA (wlb) (Entered: 03/26/2003) |
| 03/31/2003 | 10 | ANSWER and affirmative defenses to [1-1] complaint by Gregory T. Mayer (rm) (Entered: 04/01/2003) |
| 04/02/2003 | 11 | ORDER denying [10-1] motion to dismiss which was embodied within answer (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 04/03/2003) |
| 04/04/2003 | 12 | MOTION by Gregory T. Mayer with memorandum in support for tender of testimony and documents and information in camera to satisfy compliance with Court Order dated 3/21/03 (rm) (Entered: 04/07/2003) |
| 04/08/2003 | 13 | ORDER granting [12-1] motion for tender of testimony and documents and information in camera to satisfy compliance with Court Order dated 3/21/03, set evidentiary hearing for 9:00 5/1/03 scheduled for Judge Richard A. Lazzara (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 04/09/2003) |
| 04/09/2003 | 14 | MOTION by USA to disqualify Attorney Joseph Izen (rm) (Entered: 04/09/2003) |
| 04/09/2003 | 15 | RESPONSE by USA to [12-1] motion for tender of testimony and documents and information in camera to satisfy compliance with Court Order dated 3/21/03 (rm) (Entered: 04/09/2003) |
| 04/10/2003 | 16 | MOTION by Gregory T. Mayer to extend time 21 days in which to retain counsel (rm) (Entered: 04/10/2003) |
| 04/11/2003 | 17 | ORDER granting [16-1] motion to extend time 21 days in which to retain counsel, counsel is to be retained and present at 5/1/03 hearing, Motion hearing set for 9:00 5/1/03 for [14-1] motion to disqualify Attorney Joseph Izen Scheduled for Judge Richard A. Lazzara, response to motion set to 4/28/03 for [14-1] motion to disqualify Attorney Joseph Izen deferring [14-1] motion to disqualify Attorney Joseph Izen (Signed by |

|  |  | Judge Richard A. Lazzara) ctc (rm) Modified on 05/01/2003 (Entered: 04/14/2003) |
| --- | --- | --- |
| 04/14/2003 | 18 | RESPONSE by USA to [16-1] motion to extend time 21 days in which to [illegible] |
| [illegible] 2003 | [illegible] | [illegible] Attorney Joseph Izen and MOTION for sanctions (eec) (Entered: 04/28/2003) |
| 04/28/2003 | 20 | AFFIDAVIT of Joe Alfred Izen, Jr. by Gregory T. Mayer [illegible] to [14-1] motion to disqualify Attorney Joseph Izen, and in support of [19-1] motion for sanctions. (eec) (Entered: 04/28/2003) |
| 04/29/2003 | 21 | UNOPPOSED MOTION by USA (unopposed) for leave to amend [1-1] complaint (proposed amended complaint attached) (ch) (Entered: 04/30/2003) |
| 05/01/2003 | 22 | ORDER denying [14-1] motion to disqualify Attorney Joseph Izen, denying [19-1] motion for sanctions. Defendant shall file a legal memorandum addressing issue whether documents sought are subject to the required records exception previlige within 21 days. Government shall file a reply within 10 day of receipt of memorandum. (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 05/02/2003) |
| 05/01/2003 |  | SEALED DOCUMENT. S- 1 (rm) (Entered: 05/19/2003) |
| 05/01/2003 | 25 | MOTION HEARING held on 5/1/03 re: [14-1] motion to disqualify Attorney Joseph Izen before Judge Richard A. Lazzara Court Reporter: Claudia Spangler-Fry (rm) (Entered: 05/19/2003) |
| 05/06/2003 | 23 | ORDER granting [21-1] unopposed motion for leave to amend [1-1] complaint (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 05/07/2003) |
| 05/06/2003 | 24 | AMENDED COMPLAINT by USA amending [1-1] complaint adding Legal Tax Newsletter, Morton & Oxley, Ltd. (rm) (Entered: 05/07/2003) |
| 05/15/2003 |  | SUMMONS(ES) issued for Legal Tax Newsletter, Morton & Oxley, Ltd. Consent(s) issued. (rm) (Entered: 05/15/2003) |
| 05/27/2003 | 26 | RETURN of service executed as to Morton & Oxley, Ltd. on 5/20/03 Answer due on 6/9/03 for Morton & Oxley, Ltd. (rm) (Entered: 05/28/2003) |
| 05/28/2003 | 27 | REPLY AND MEMORANDUM by Gregory T. Mayer in opposition to plaintiff, United States', required record exception arguments. (rm) (Entered: 05/29/2003) |
| 06/02/2003 | 28 | RETURN of service executed as to Legal Tax Newsletter on 5/26/03. Answer due on 6/16/03 for Legal Tax Newsletter. (jab) (Entered: 06/03/2003) |
| 06/02/2003 | 29 | BRIEF (RESPONSE) by USA to [27-1] opposition memorandum on required records exception. (jab) (Entered: 06/03/2003) |

| | | |
|---|---|---|
| 06/09/2003 | 30 | ANSWER and affirmative defenses to [24-1] amended complaint by Morton & Oxley, Ltd. (rm) (Entered: 06/11/2003) |
| [illegible] 2003 | [illegible] | [illegible] ... for failure to state a claim (rm) (Entered: [illegible]) |
| 06/[illegible]/2003 | 32 | ORDER [illegible] [30-1] motion to dismiss [illegible] for failure to state a claim (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 06/16/2003) |
| 06/23/2003 | 33 | ORDER that the parties shall appear and defendant Mayer shall produce documents before this Court set evidentiary hearing for 10:30 7/25/03 scheduled for Judge Richard A. Lazzara (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 06/24/2003) |
| 06/25/2003 | 34 | TRANSCRIPT of Motion Proceedings held on 5/1/03 before Judge Richard A. Lazzara. Transcript filed separately. (rm) (Entered: 06/25/2003) |
| 07/03/2003 | 35 | UNOPPOSED MOTION by USA (unopposed) to continue hearing currently set for 7/25/03 (rm) (Entered: 07/07/2003) |
| 07/08/2003 | 36 | ORDER denying [35-1] unopposed motion to continue hearing currently set for 7/25/03 (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 07/09/2003) |
| 07/16/2003 | 37 | NOTICE of attorney appearance for USA by Evan J. Davis (rm) (Entered: 07/16/2003) |
| 07/16/2003 | 38 | MOTION by USA for preliminary injunction (rm) (Entered: 07/16/2003) |
| 07/16/2003 | 39 | MEMORANDUM by USA in support of [38-1] motion for preliminary injunction (rm) (Entered: 07/16/2003) |
| 07/17/2003 | 40 | ORDER denying [38-1] motion for preliminary injunction (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 07/18/2003) |
| 07/25/2003 | 41 | EVIDENTIARY HEARING held on 7/25/03 before Judge Richard A. Lazzara Court Reporter: Claudia Spangler-Fry (rm) (Entered: 07/25/2003) |
| 07/25/2003 | 42 | ORDER that the parties shall file a case management report by 8/25/03. (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 07/25/2003) |
| 07/25/2003 | 43 | ORDER that Gregory T. Mayer is adjudged to be in civil contempt for willful refusal to comply with Court order. Defendant is committed to the custody of the US Marshal until he complies with Court order. The Court stays the imposition of the incarcerative portion of this order and releases defendant on own recognizance. (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 07/25/2003) |
| 07/25/2003 | | SEALED DOCUMENT. S- 2 (rm) (Entered: 07/28/2003) |

| | | |
|---|---|---|
| 07/30/2003 | 44 | NOTICE of interlocutory appeal of [43-1] order by Gregory T. Mayer. Filing fee $105.00; Receipt# T022808; Transcript information form due on 8/13/03 (cts)(Entered: 07/30/2003) |
| | | [illegible] with disk attached. Lazzara [illegible] copies of notice of interlocutory appeal, docket sheet, order/judgment being appealed, and motion, if applicable, re: [44-1] appeal. Transcript information form sent. (cts) (Entered: 07/30/2003) |
| 08/05/2003 | 45 | TRANSCRIPT of Motion Proceedings held on 7/25/03 before Judge Richard A. Lazzara. Transcript filed separately. (rm) (Entered: 08/06/2003) |
| 08/07/2003 | | NOTICE assigning 11th Circuit case number re: [44-1] appeal. The initial appeal package was received by the USCA (no date stamp). USCA case #: 03-13886-A (dlg) (Entered: 08/07/2003) |
| 08/25/2003 | 46 | CASE MANAGEMENT REPORT (rm) (Entered: 08/25/2003) |
| 08/27/2003 | 47 | CASE MANAGEMENT AND SCHEDULING ORDER setting Joining of parties, amending of pleadings on 12/5/03; Discovery cutoff 3/5/04; dispositive motion filing deadline for 4/2/04; Pretrial conference for 11:00 6/2/04 Scheduled for Magistrate Judge Thomas G. Wilson (signed by Deputy Clerk) ctc (rm) (Entered: 08/27/2003) |
| 08/27/2003 | | DEADLINE updated set bench trial for term commencing 7/5/04 scheduled for Judge Richard A. Lazzara (rm) (Entered: 08/27/2003) |
| 08/28/2003 | 48 | CERTIFICATE of readiness sent to USCA re: [44-1] appeal (ROA consists of: Volume pleadings: 1; Volume transcripts: 2) USCA# 03-13886-A ctc (dlg) (Entered: 08/28/2003) |
| 08/28/2003 | 49 | TRANSCRIPT INFORMATION FORM filed re: [44-1] appeal; transcripts of 5/1/03 and 7/25/03 hearings requested. Transcripts already filed. USCA # 03-13886-A (dlg) Modified on 08/28/2003 (Entered: 08/28/2003) |
| 09/11/2003 | | ACKNOWLEDGMENT by USCA of receiving certificate of readiness on 9/2/03 re: [44-1] appeal. USCA # 03-13886-A (dlg) (Entered: 09/11/2003) |
| 10/27/2003 | 50 | ORDER [USCA] dismissing [44-1] appeal for lack of jurisdiction. MANDATE: 10/24/03 EOD: 10/24/03 USCA number 03-13886-A (dlg) (Entered: 10/27/2003) |
| 10/28/2003 | 51 | ORDER set status conference for 1:30 11/21/03 scheduled for Judge Richard A. Lazzara (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 10/29/2003) |
| 10/29/2003 | 52 | MOTION by USA to compel Rule 26(a) disclosures referred to Magistrate Judge Thomas G. Wilson (rm) (Entered: 10/30/2003) |

| | | |
|---|---|---|
| 10/29/2003 | 53 | MEMORANDUM by USA in support of [52-1] motion to compel Rule 26(a) disclosures (rm) (Entered: 10/30/2003) |
| | | [illegible faded row] |
| | | Judge Richard A. Lazzara) ctc (rm) (Entered: ...) |
| 11/21/2003 | 56 | STATUS CONFERENCE held on 11/21/03 before Judge Richard A. Lazzara Court Reporter: Claudia Spangler-Fry (ch) (Entered: 11/24/2003) |
| 11/21/2003 | 57 | ORDER that the Court hereby restates in accord with 28 U.S.C. 1292(b) that the order of 6/23/03 involves a controlling question of law, that is, whether the documents described in 26 U.S.C. 6107(b) constitute "required records" excepted from the protection of the 5th Amendment, as to which there is substantial ground for difference of opinion and that an immediate appeal from those orders may materially advance the ultimate termination of litigation in this case. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 11/24/2003) |
| 12/08/2003 | 58 | TRANSCRIPT of Motion Hearing held on 11/21/03 before Judge Richard A. Lazzara. Transcript filed separately. (rm) (Entered: 12/09/2003) |
| 12/29/2003 | 59 | ORDER [USCA] that the petition for permission to appeal pursuant to 28 U.S.C. 1292(b) is denied. No further action will be taken in this matter. EOD: 12/24/03 USCA number 03-90054-J (dlg) (Entered: 12/29/2003) |
| 01/06/2004 | 60 | AGREED MOTION by USA (agreed) to continue all deadlines 120 days (rm) (Entered: 01/06/2004) |
| 01/06/2004 | 61 | MOTION by USA to enforce [43-1] contempt order (rm) (Entered: 01/06/2004) |
| 01/06/2004 | 62 | MEMORANDUM by USA in support of [61-1] motion to enforce [43-1] contempt order (rm) (Entered: 01/06/2004) |
| 01/07/2004 | 63 | ORDER granting [61-1] motion to enforce [43-1] contempt order. Gregory T. Mayer shall appear on 1/16/04 set evidentiary hearing for 11:30 1/16/04 scheduled for Judge Richard A. Lazzara , granting [60-1] agreed motion to continue all deadlines 120 days (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 01/08/2004) |
| 01/16/2004 | 64 | CONTEMPT HEARING held on 1/16/04 before Judge Richard A. Lazzara Court Reporter: Claudia Spangler-Fry (rm) (Entered: 01/20/2004) |
| 01/16/2004 | 65 | ORDER that the Court has released to the personal custody of plaintiff's attorney, the contents of 2 boxes marked exhibit 1 introduced at the hearing on 7/25/03. Counsel is directed to return them to the custody of the Clerk by 2/2/04. (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 01/20/2004) |

| | | |
|---|---|---|
| 01/16/2004 | 66 | ORDER that the parties shall file an amended case management report by ... Legal Tax Newsletter, LC sha... ...laint by ... set a... |
| 2004 | | ...MENT A... Discovery cutoff 7/2/04; dispositi... ...deadline for 8/1... Pretrial conference for 2:30, 10/6/... ...Magistrate Judge Thomas G. Wilson (signed by Deputy Clerk) ctc (rm) (Entered: 01/26/2004) |
| 01/23/2004 | | DEADLINE updated reset bench trial for 11/1/04 scheduled for Judge Richard A. Lazzara (rm) (Entered: 01/26/2004) |
| 02/13/2004 | 69 | ANSWER by Gregory T. Mayer, Legal Tax Newsletter, Morton & Oxley, Ltd. to [24-1] amended complaint (rm) (Entered: 02/17/2004) |
| 02/19/2004 | 70 | RESPONSE by USA in opposition to [69-1] motion to dismiss contained in answer. (rm) (Entered: 02/20/2004) |
| 02/23/2004 | 71 | ORDER denying [69-1] complaint answer ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 02/24/2004) |
| 04/05/2004 | 72 | MOTION by USA for summary judgment , and for permanent injunction STRICKEN AND RETURNED PURSUANT TO [76-1] ORDER DATED 4/5/04. (jlh) Modified on 04/06/2004 (Entered: 04/05/2004) |
| 04/05/2004 | 73 | MEMORANDUM by USA in support of [72-1] motion for summary judgment, [72-2] motion for permanent injunction. STRICKEN AND RETURNED PURSUANT TO [76-1] ORDER DATED 4/5/04. (jlh) Modified on 04/06/2004 (Entered: 04/05/2004) |
| 04/05/2004 | 74 | DECLARATION of Agent Donald Townshend by USA re: [72-1] motion for summary judgment, [72-2] motion for permanent injunction. STRICKEN AND RETURNED PURSUANT TO [76-1] ORDER DATED 4/5/04. (jlh) Modified on 04/06/2004 (Entered: 04/05/2004) |
| 04/05/2004 | 75 | DECLARATION of Kelly R. Morrison by USA re: [72-1] motion for summary judgment, [72-2] motion for permanent injunction. STRICKEN AND RETURNED PURSUANT TO [76-1] ORDER DATED 4/5/04. (jlh) Modified on 04/06/2004 (Entered: 04/05/2004) |
| 04/05/2004 | 76 | ORDER striking [72-1] motion for summary judgment, striking [72-2] motion for permanent injunction. The clerk is directed to return the motion along with [73-1] support memorandum, [74-1] declaration, [75-1] declaration (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 04/06/2004) |
| 05/03/2004 | 77 | MOTION by USA to compel responses to interrogatories , and to produce referred to Magistrate Judge Thomas G. Wilson (rjc) (Entered: 05/04/2004) |

| | | |
|---|---|---|
| 05/03/2004 | 78 | MEMORANDUM by USA in support of [77-1] motion to compel resp... to interrogatories, [77-2] m... produce (rjc) (Entered: ...) |
| | | granting [...] |
| 07/06/2004 | 81 | MOTION by USA for summary judgment, and for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 82 | MEMORANDUM by USA in support of [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 83 | Statement of undisputed facts by USA (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 84 | DECLARATION of Charles S. (Charley) Eby by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) Modified on 07/07/2004 (Entered: 07/07/2004) |
| 07/06/2004 | 85 | DECLARATION of Revenue Agent Donald Townshend by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 86 | DECLARATION of Kelly R. Morrison by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 87 | DECLARATION of Revenue Agent Arthur Brake by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 88 | DECLARATION of Michael S. Raum by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 89 | DECLARATION of Dr. Timothy Foster by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 90 | DECLARATION of Jean B. Eby by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/06/2004 | 91 | DECLARATION of Revenue Agent Andrew Daxon by USA re: [81-1] motion for summary judgment, [81-2] motion for permanent injunction (rm) (Entered: 07/07/2004) |
| 07/07/2004 | 92 | ORDER referring case to mediation. The parties shall select a mediator and notify the Court of selection by 7/30/04. Conduct hearing by 9/3/04 |

| | | |
|---|---|---|
| | | Lead counsel, Evan J. Davis or Michael S. Raum, to coordinate dates. (Signed by Judge Richard A. Lazzara) ctc (rm) (illegible) |
| | | v. Ltd. (RFM) (Entered ...) |
| 07/28/2004 | 95 | NOTICE ... Motion ... Mediator Selection and Scheduling of Mediation (Raum, Michael) (Entered: 07/28/2004) |
| 07/28/2004 | 96 | MOTION for Leave to Appear at Mediation without a Representative Having Full Settlement Authority (Unopposed) by USA. (Raum, Michael) (Entered: 07/28/2004) |
| 07/29/2004 | 97 | ENDORSED ORDER granting 96 Unposed Motion to Allow the United States to Appear at Mediation Without a Representative Having Full Settlement Authority. Signed by Judge Richard A. Lazzara on 7/29/2004. (CCB) (Entered: 07/29/2004) |
| 08/02/2004 | 98 | ORDER appointing Edward C. LaRose as mediator in this action. Mediation to be held August 24, 2004, at 9:00 a.m. Signed by Judge Richard A. Lazzara on 8/2/2004. (Hartman, S) (Entered: 08/02/2004) |
| 08/11/2004 | 99 | Joint MOTION for an Order Approving Rescheduling of Mediation re 98 Order appointing mediator by USA. (Raum, Michael) (Entered: 08/11/2004) |
| 08/11/2004 | 100 | ENDORSED ORDER granting 99 Motion to reschedule mediation to August 23, 2004, at 1:00 p.m.. Signed by Judge Richard A. Lazzara on 8/11/2004. (Hartman, S) (Entered: 08/11/2004) |
| 08/11/2004 | 101 | MEMORANDUM in opposition re 81 Motion for summary judgment, Motion for permanent injunction filed by Gregory T. Mayer. (RFM) (Entered: 08/16/2004) |
| 08/16/2004 | 102 | MEMORANDUM in opposition re 81 Motion for summary judgment, Motion for permanent injunction filed by Legal Tax Newsletter, LC, Gregory T. Mayer, Morton & Oxley, Ltd. (RFM) (Entered: 08/18/2004) |
| 08/16/2004 | 103 | RESPONSE and answer in opposition re 81 Motion for summary judgment filed by Legal Tax Newsletter, LC, Gregory T. Mayer, Morton & Oxley, Ltd. (RFM) (Entered: 08/18/2004) |
| 08/16/2004 | 104 | RESPONSE to statement of undisputed facts filed by Legal Tax Newsletter, LC, Gregory T. Mayer, Morton & Oxley, Ltd. (RFM) (Entered: 08/18/2004) |
| 08/16/2004 | 105 | AFFIDAVIT of Joe Alfred Izen, Jr. re: 103 Memorandum in opposition. (Attachments: #(1) Exhibit A-D, #(2) Exhibit E-L, #(3) Exhibit M-P, #(4) |

| | | |
|---|---|---|
| | | Exhibit Q-T)(RFM) (Entered: 08/18/2004) |
| 08/24/2004 | 106 | STATUS REPORT *Interim Mediation Report* *Report* by Edward C. [illegible] |
| 08/26/2004 | 107 | MOTION to strike 105 Affidavit [illegible] *pursuant to* U.S.C. [illegible] (Raum, Michael) (Entered: 08/26/2004) |
| [illegible] | [illegible] | [illegible] (Attachments: # 1 Reply brief# 2 Exhibit [illegible] Verdict form# 3 Exhibit Judgment in a Criminal Case# 4 Affidavit Second Declaration of Donald Townshend)(Raum, Michael) (Entered: 08/26/2004) |
| 08/27/2004 | 110 | ENDORSED ORDER granting 109 Motion for leave to file reply brief. Signed by Judge Richard A. Lazzara on 8/27/2004. (Hartman, S) (Entered: 08/27/2004) |
| 08/27/2004 | 111 | REPLY to response to motion re 81 Motion for summary judgmentMotion for permanent injunction filed by USA. (Attachments: # 1 Exhibit Jury Verdict Form# 2 Exhibit Judgment in a Criminal Case# 3 Affidavit Second Declaration of Donald Townshend)(Raum, Michael) (Entered: 08/27/2004) |
| 08/27/2004 | 112 | ORDER that defendants shall file an expedited response to motions to strike by 9/3/04. Signed by Judge Richard A. Lazzara on 8/27/2004. (RFM) (Entered: 08/27/2004) |
| 08/30/2004 | 113 | MEDIATION REPORT Hearing held on August 23 and August 30, 2004 Hearing outcome: no settlement(LaRose, Edward) (Entered: 08/30/2004) |
| 09/09/2004 | 114 | RESPONSE in opposition re 108 MOTION to strike 101 Memorandum in opposition *(Declaration of Lou Mayer)* filed by Legal Tax Newsletter, LC, Gregory T. Mayer, Morton & Oxley, Ltd. (Attachments: # 1 memorandum in support)(RFM) (Entered: 09/10/2004) |
| 09/14/2004 | 115 | ORDER granting 107 Motion to strike, denying 108 Motion to strike. Signed by Judge Richard A. Lazzara on 9/14/2004. (ag) (Entered: 09/14/2004) |
| 09/16/2004 | 116 | ORDER denying 81 Motion for summary judgment, denying 81 Motion for permanent injunction. This case shall proceed to a non-jury trial on the November 2004 trial term calendar. Signed by Judge Richard A. Lazzara on 9/16/2004. (ag) (Entered: 09/16/2004) |
| 09/21/2004 | | Set/reset scheduling order deadlines: Bench Trial set for term commencing 11/1/2004 09:00 AM in Courtroom 15 B before Judge Richard A. Lazzara. Final Pretrial Conference set for 10/6/2004 02:30 PM in Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (Cole, R) (Entered: 09/21/2004) |

| | | |
|---|---|---|
| 09/22/2004 | 117 | NOTICE of Appearance by Gregory E. Van Hoey on behalf of USA (Van Hoey, Gregory) (Entered: 09/22/2004) |
| 10/06/2004 | 121 | ORDER granting 120 Motion to extend time to provide information to be included in the joint pretrial statement and to file the defendant's exhibit list to and until 10/6/04 . Signed by Judge Richard A. Lazzara on 10/6/2004. (Cole, R) (Entered: 10/06/2004) |
| 10/06/2004 | 122 | ORDER that defendant Goldston is granted leave to travel on 10/9/04 to 10/23/04 to Paonia, Colorado and Wichita, Kansas. Signed by Judge Richard A. Lazzara on 10/6/2004. (Cole, R) (Entered: 10/06/2004) |
| 10/06/2004 | 123 | Minute Entry for proceedings held before Judge Thomas G. Wilson : PRETRIAL CONFERENCE held on 10/6/2004. Trial governed by pre-trial statement, amended exhibit list due from defendant by 10/13/04, may object an exhibit has not been seen by 10/18/04, may remedy deficiency by 10/28/04, no objection to the lack of address or telephone numbers, bench trial to last 3-4 days. Other issues set forth. (Tape #Digital.) (Williams, Carrie) (Entered: 10/06/2004) |
| 10/06/2004 | 124 | ENDORSED ORDER vacating 122 order to travel. Order in the wrong case. Signed by Judge Richard A. Lazzara on 10/6/2004. (Cole, R) (Entered: 10/06/2004) |
| 10/06/2004 | 125 | PRETRIAL ORDER. Signed by Judge Thomas G. Wilson on 10/6/2004. (Williams, Carrie) (Entered: 10/07/2004) |
| 10/06/2004 | 126 | NOTICE of unavailability of counsel by Gregory T. Mayer, Morton & Oxley, Ltd. (eec ) (Entered: 10/07/2004) |
| 10/13/2004 | 128 | EXHIBIT LIST by Legal Tax Newsletter, LC, Gregory T. Mayer, Morton & Oxley, Ltd.(RFM) (Entered: 10/14/2004) |
| 10/14/2004 | 127 | Minute Entry for proceedings held before Judge Richard A. Lazzara : Telephone Conference held on 10/14/2004. (Court Reporter Claudia Spangler-Fry) (Cole, R) (Entered: 10/14/2004) |
| 10/14/2004 | 130 | AMENDED EXHIBIT LIST by Legal Tax Newsletter, LC, Gregory T. Mayer, Morton & Oxley, Ltd. (RFM) (Entered: 10/15/2004) |
| 10/15/2004 | 129 | TRIAL CALENDAR for trial term commencing 11/01/04 as to Gregory T. Mayer, Legal Tax Newsletter, LC, Morton & Oxley, Ltd. Bench Trial set for term commencing 11/1/2004 09:00 AM in Courtroom 15 B before |

| | | |
|---|---|---|
| | | Judge Richard A. Lazzara.. Signed by Judge Richard A. Lazzara on 10/15/2004. (Cole, R) (Entered: 10/15/2004) |
| 10/21/2004 | 133 | PROPOSED... (Attachments... |
| | | Court Security- Main Entrance . Signed by Judge Richard A. Lazzara on 11/19/2004. (Hartman, S) (Entered: 11/19/2004) |
| 11/22/2004 | 135 | MOTION to amend/correct *Pretrial Statement* by USA. (Attachments: # 1 Amended Pretrial Statement (Amended))(Raum, Michael) (Entered: 11/22/2004) |
| 11/23/2004 | 136 | ENDORSED ORDER granting 135 United States' motion to amend/correct Pretrial Statement. Signed by Judge Richard A. Lazzara on 11/23/2004. (CCB) (Entered: 11/23/2004) |
| 11/23/2004 | 137 | PRETRIAL STATEMENT by USA. (Raum, Michael) (Entered: 11/23/2004) |
| 11/29/2004 | 138 | NOTICE of Hearing: Bench Trial set for 12/13/2004 09:00 AM in Courtroom 15 B before Judge Richard A. Lazzara. (Cole, R) (Entered: 11/29/2004) |
| 12/07/2004 | 139 | TRIAL BRIEF by Gregory T. Mayer. (Izen, Joe) (Entered: 12/07/2004) |
| 12/07/2004 | 140 | TRIAL BRIEF *Amended* by Gregory T. Mayer. (Izen, Joe) (Entered: 12/07/2004) |
| 12/07/2004 | 141 | PROPOSED FINDINGS OF FACT and conclusions of law by Gregory T. Mayer. (Izen, Joe) (Entered: 12/07/2004) |
| 12/13/2004 | 142 | NOTICE of Hearing: Status Conference set for 12/17/2004 11:30 AM in Courtroom 15 B before Judge Richard A. Lazzara. (Cole, R) (Entered: 12/13/2004) |
| 12/13/2004 | 143 | AMENDED NOTICE of Hearing: Status Conference set for 12/17/2004 11:30 AM in Courtroom 15 B before Judge Richard A. Lazzara. (Cole, R) (Entered: 12/13/2004) |
| 12/17/2004 | 144 | Minute Entry for proceedings held before Judge Richard A. Lazzara : Status Conference held on 12/17/2004. Court Reporter: Claudia Spangler-Fry (Cole, R) (Entered: 12/17/2004) |
| 12/17/2004 | 145 | NOTICE of Hearing: Status Conference set for 1/4/2005 08:45 AM in Courtroom 15 B before Judge Richard A. Lazzara. (Cole, R) (Entered: 12/17/2004) |

| 01/04/2005 | 146 | MINUTE ENTRY for proceedings held before Judge Richard A. Lazzara : Status Conference held on... |

| 02/10/2005 | 149 | TRIAL CALENDAR for trial term commencing 2/28/05 Bench Trial set for term commencing 2/28/2005 09:00 AM in Courtroom 15 B before Judge Richard A. Lazzara. Signed by Judge Richard A. Lazzara on 2/10/2005. (Cole, R) (Entered: 02/10/2005) |
| 02/25/2005 | 150 | MOTION for leave to file Supplemental Trial Brief by USA. (Attachments: # 1 Proposed Supplemental Brief)(Raum, Michael) (Entered: 02/25/2005) |
| 02/28/2005 | 151 | ENDORSED ORDER granting 150 Motion for leave to file supplemental trial brief. Signed by Judge Richard A. Lazzara on 2/28/2005. (CCB) (Entered: 02/28/2005) |
| 02/28/2005 | 152 | TRIAL BRIEF *(Supplemental)* by USA. (Raum, Michael) (Entered: 02/28/2005) |
| 02/28/2005 | 153 | Second MOTION to Allow Computers to be Brought into Courthouse by USA. (Van Hoey, Gregory) (Entered: 02/28/2005) |
| 02/28/2005 | 154 | ORDER granting 153 Motion to Allow Computers to be Brought into Court for the week of 3/7/05. The Clerk is directed to forward a copy of this order to Court Security-Main Entrance. Signed by Judge Richard A. Lazzara on 2/28/2005. (Hartman, S) (Entered: 02/28/2005) |
| 03/06/2005 | 155 | WITNESS LIST by Gregory T. Mayer. (Izen, Joe) (Entered: 03/06/2005) |
| 03/07/2005 | 156 | MINUTE ENTRY for proceedings held before Judge Richard A. Lazzara : BENCH TRIAL began on 3/7/2005. Court Reporter: Claudia Spangler-Fry (Cole, R) (Entered: 03/07/2005) |
| 03/08/2005 | 157 | MINUTE ENTRY for proceedings held before Judge Richard A. Lazzara : BENCH TRIAL resumed on 3/8/2005. Court Reporter: Claudia Spangler-Fry (Cole, R) (Entered: 03/08/2005) |
| 03/09/2005 | 158 | MINUTE ENTRY for proceedings held before Judge Richard A. Lazzara : BENCH TRIAL resumed on 3/9/2005. Court Reporter: Claudia Spangler-Fry (Cole, R) (Entered: 03/09/2005) |
| 03/10/2005 | 159 | MINUTE ENTRY for proceedings held before Judge Richard A. |

| | | Lazzara - BENCH TRIAL completed on 3/10/2005. Court Reporter... |
| --- | --- | --- |
| 03/10/2005 | | WITNESS LIST - US ... Entered: 03/... |

| | | NOTICE ... ced in the ... folders ... boxes under seal) (jlh, ) (Entered: 03/14/2005) |
| --- | --- | --- |
| 03/11/2005 | 164 | ORDER granting injunctive relief. Clerk to close case. Signed by Judge Richard A. Lazzara on 3/11/2005. (CCB) (Entered: 03/11/2005) |
| 03/11/2005 | 165 | JUDGMENT in favor of United States of America. Signed by Judge Deputy Clerk on 3/11/2005. (RFM) (Entered: 03/11/2005) |
| 03/21/2005 | 167 | MOTION to alter judgment *In Certain Particulars* by Gregory T. Mayer. (Izen, Joe) (Entered: 03/21/2005) |
| 03/22/2005 | 168 | ORDER denying without prejudice 167 Motion to alter and amend judgment. Signed by Judge Richard A. Lazzara on 3/22/2005. (Hartman, S) (Entered: 03/22/2005) |
| 04/14/2005 | 169 | NOTICE by USA *of Noncompliance* (Raum, Michael) (Entered: 04/14/2005) |
| 04/21/2005 | 170 | RESPONSE re 169 Notice (Other) *of Government's Notice of "Non-Compliance"* filed by Gregory T. Mayer. (Izen, Joe) (Entered: 04/21/2005) |
| 04/21/2005 | 171 | CERTIFICATE of compliance re 164 Order by Gregory T. Mayer. (jmg) (Entered: 04/22/2005) |
| 05/09/2005 | 172 | NOTICE OF APPEAL as to 165 Judgment by USA. (Filing fee waived) (Raum, Michael) Modified on 5/9/2005 (DG, ). (Entered: 05/09/2005) |
| 05/09/2005 | 173 | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 172 Notice of appeal. Transcript information form sent. Notice to counsel sent. (DG, ) (Entered: 05/09/2005) |
| 05/13/2005 | 174 | TRANSCRIPT of non-jury trial 03/07/05 (Volume 1) Court Reporter: Claudia Spangler-Fry re: 172 Notice of appeal (dcb ) (Entered: 05/13/2005) |
| 05/13/2005 | 175 | TRANSCRIPT of non-jury trial 3/8/05 (Volume 2). Court Reporter: Claudia Spangler-Fry re: 172 Notice of appeal (dcb ) (Entered: |

| | | |
|---|---|---|
| | | 05/13/2005) |
| | | Claudia Spangler... re: 172 Notice of appeal... ered: |
| | | ...IFICATION tha... ...e been filed by Claud... ...gl... Fry re: 172 Notice of appeal with District Court on 5/13/05. USCA number: 05-12625-E (DG, ) (Entered: 05/24/2005) |
| 05/24/2005 | 181 | NOTICE of cross appeal re: order 57 and judgment 165 by Gregory T. Mayer. Filing fee $ 255. (Izen, Joe) Modified on 5/25/2005 (DG, ). (Entered: 05/24/2005) |
| 05/25/2005 | | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 181 Notice of cross appeal. Transcript information form sent. Notice to counsel sent.(DG, ) (Entered: 05/25/2005) |
| 05/26/2005 | | USCA appeal fees received $ 255 receipt number T032598 re 181 Notice of cross appeal filed by Gregory T. Mayer. (DG, ) (Entered: 05/27/2005) |
| 05/27/2005 | | TRANSMITTAL to USCA forwarding certified copy of paid appellate receipt re 181 Notice of cross appeal. USCA number: unknown (DG, ) (Entered: 05/27/2005) |
| 06/06/2005 | 183 | MOTION for protective order by Gregory T. Mayer. (Izen, Joe) (Entered: 06/06/2005) |
| 06/07/2005 | 184 | ORDER denying 183 Motion for protective order. Signed by Judge Richard A. Lazzara on 6/7/2005. (Hartman, S) (Entered: 06/07/2005) |
| 06/30/2005 | 185 | ORDER of USCA as to 181 Notice of cross appeal filed by Gregory T. Mayer, 172 Notice of appeal filed by USA, granting the parties' Stipulation to Dismiss the appeal and cross-appeal with prejudice, with the parties bearing their own costs and attorneys' fees. MANDATE: 6/28/05 EOD:6/28/05 USCA number: 05-12625-EE (DG, ) (Entered: 06/30/2005) |
| 07/28/2005 | 186 | Second MOTION for protective order by Gregory T. Mayer. (Izen, Joe) (Entered: 07/28/2005) |
| 07/29/2005 | 187 | ORDER attached denying 186 as unnecessary Defendants' Second Motion for protective order. Signed by Judge Richard A. Lazzara on 7/29/2005. (Hartman, S) (Entered: 07/29/2005) |

| | | |
|---|---|---|
| 01/25/2006 | 188 | PLAINTIFF (PLUS 2 BOXES OF SEALED EXHIBITS) AND [illegible text] in [illegible] that this case was disposed [illegible] than thirty (30) [illegible] ...eds also indic... [illegible] ...e is in poss... [illegible] thirty [illegible] ...ays ago. The records also [illegible] ...erk's Office is [illegible] possession of various exhibits used during the proceedings. Pursuant to Local Rule 5.04, you are notified that you have thirty (30) days to contact the Clerk's Office to arrange for the removal of the exhibits from the custody of the Clerk's Office, or the exhibits will be destroyed, as permitted by Local Rule 5.04. (jlh, ) (Entered: 01/25/2006) |
| 02/28/2006 | 190 | CLERK'S certificate of destruction of PLAINTIFF AND DEFENDANT exhibits and/or exhibit substitutes (jlh, ) (Entered: 02/28/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2006 20:01:55 | | | |
| PACER Login: | ia0005 | Client Code: | Wilson |
| Description: | Docket Report | Search Criteria: | 8:03-cv-00415-RAL-TGW Start date: 1/1/2003 End date: 6/6/2006 |
| Billable Pages: | 10 | Cost: | 0.80 |