Docket# 009382-83
Jerry & Patricia A. Dixon

　　　　　　　　　　　　　　　　　　IJ0063　　　　Izen, Jr. Joe Alfred

No: 02

5222 Spruce Street
Bellaire, TX 77401

- See the Abbreviations List for definitions of certain abbreviations on the docket record.
- See Parties for additional parties and attorneys in a case.

[VIEW/PRINT DOCKET SHEET]

There are 472 index entries for this case.

| Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|
| 04/25/1983 | PETITION Filed:Fee Paid | | R 04/27/1983 | |
| 04/25/1983 | DESIGNATION of Trial at Honolulu, HI | | R 04/27/1983 | |
| 06/13/1983 | ANSWER (C/S 06/10/83). | | | |
| 03/20/1985 | NOTICE of Trial on 06/10/85 at Honolulu, HI. | | B 03/20/1985 | |
| 04/08/1985 | ENTRY OF APPEARANCE by Brian J. Seery | | R 04/10/1985 | |
| 06/10/1985 | HEARING before Judge Goffe at Honolulu, HI | GD 06/10/1987 | | |
| 06/10/1985 | STIPULATION of settlement for tax shelter adjustments. (HON) | | | |
| 06/10/1985 | JOINT MOTION for general continuance | GR 06/10/1985 | B 08/02/1985 | |
| 07/09/1985 | TRANSCRIPT of 6/10/85 received | | | |
| 11/21/1985 | ORDER that case is assigned to Judge Goffe. | | B 11/25/1985 | |
| 08/05/1986 | ORDER case set 2/9/87 in Wailuku, Maui Special session. Parties | | B 08/08/1986 | C |
| 11/17/1986 | STIPULATION to take deposition of Henry Kersting | | | |
| 12/16/1986 | MOTION by petr. for leave to withdraw Brian Seery as counsel | ORD 12/17/1986 | | |
| 12/17/1986 | ORDER that petr's motion filed 12/16/87 is granted in that the | | B 12/19/1986 | C |
| 01/07/1987 | MOTION by Leonard Thomas Bradt & Roger Moseley on behalf of | DN 01/07/1987 | B 01/08/1987 | C |

EXHIBIT
C

| Date | Description | | | |
|---|---|---|---|---|
| 01/09/1987 | ENTRY OF APPEARANCE by Darrell D. Hallett, Robert J. Chicoine & | | | |
| 01/09/1987 | MOTION by petr. for extension of time to to 1/26/87 to file | GR 01/12/1987 | B 01/13/1987 | C |
| 01/12/1987 | MOTION by petr. for leave to amend petition (Amendment to | GR 01/14/1987 | B 01/16/1987 | C |
| 01/12/1987 | MEMORANDUM by Petr's in support of motion for leave to file | | | |
| 01/14/1987 | AMENDMENT TO PETITION | | R 01/16/1987 | |
| 01/20/1987 | ORDER that Resp by 2/9/87 file answer to Amendment to | | B 01/16/1987 | C |
| 01/21/1987 | MOTION by resp. for order compelling Henry Kersting to | ORD 02/10/1987 | | |
| 01/27/1987 | ANSWER TO AMENDMENT TO PETITION. (C/S 1-22-87) | | | |
| 02/02/1987 | ORDER Resp's motion filed 1/21/87 set on 2/9/87 at Maui, HI | | B 02/02/1987 | |
| 02/05/1987 | MEMORANDUM by Henry Kersting in opposition to Resp's motion | | | |
| 02/09/1987 | HEARING before Judge Goffe at Maui, HI (Honolulu) | SUB 02/17/1987 | | |
| 02/09/1987 | JT. MOTION to consolidate 9382-83 17640-83, 4201-84, 15907-84, | ORD 03/05/1987 | | |
| 02/10/1987 | ORDER that Resp's motion filed 1/21/87 is denied. A Copy of | | B 04/06/1987 | C |
| 02/17/1987 | MEMORANDUM by Resp. in support of answer to amendment to | | | |
| 02/17/1987 | MEMORANDUM by Petr. re:issues set for hearing. (Served at | | | |
| 02/17/1987 | STIPULATION OF FACTS w/Exhs. (Evidentiary dispute issue) | | | |
| 02/17/1987 | SECOND STIPULATION OF FACTS w/Exhs. (Evidentiary dispute | | | |
| 03/05/1987 | ORDER that the joint motion to consolidate filed 2/9/87 is | | B 04/06/1987 | C |
| 03/05/1987 | ORDER that the issues with respect to the evidentiary | | B 04/06/1987 | C |
| 03/10/1987 | TRANSCRIPT of 2-9-87 rec'd. (Calendar Call) | | | |
| 03/10/1987 | TRANSCRIPT of 2-10-87 rec'd. (Calendar re-call) | | | |
| 03/10/1987 | TRANSCRIPT of 2-12-87 rec'd. (Calendar re-call) | | | |
| 03/10/1987 | TRANSCRIPT of 2-17-87 rec'd. (HEAR) | | | |
| 03/23/1987 | THIRD STIPULATION OF FACTS (leave to file granted) (Evidentiary | | | |
| 05/15/1987 | MOTION by petr. to extend time in which to | | | |

| Date | Description | | | |
|---|---|---|---|---|
| | file briefs. (S | ORD 05/21/198 | | |
| 05/19/1987 | MOTION by resp. to withdraw stipualtion filed | GR 06/04/1987 | B 06/08/1987 | C |
| 05/21/1987 | ORDER that Petr's motion filed 5-15-87 is granted and the time | | B 05/21/1987 | C |
| 06/08/1987 | BRIEF for resp. (Evidentiary dispute issue) (Per Judge) | | P 06/15/1987 | C |
| 06/12/1987 | BRIEF for petr. (Evidentiary dispute issue) (PM Timely) | | | |
| 07/14/1987 | MOTION by resp. to extend time to 8-10-87 to file Reply Briefs. | GR 07/28/1987 | B 07/29/1987 | C |
| 08/07/1987 | REPLY BRIEF for resp. (Evidentiary dispute issue) | | P 08/14/1987 | C |
| 08/13/1987 | REPLY BRIEF for petr. (Evidentiary dispute issue) | | | |
| 02/11/1988 | ORDER Parties by 4/4/88 file their request for dates for the | | B 02/11/1988 | C |
| 02/11/1988 | T.C. OPINION, Judge Goffe 90 T.C. No. 17, an appropriate | | B 02/11/1988 | C |
| 03/10/1988 | ORDER the Court's Opinion filed 2/11/88 is Amended. | | B 03/11/1988 | C |
| 03/22/1988 | MOTION by Robert J. Chicoine to withdraw. (S-3-18-88) | ORD 04/19/1988 | | |
| 03/28/1988 | RESPONSE by by Resp to Order dtd 2/11/88. (S-3/25/88) | | | |
| 04/05/1988 | MOTION by Darrell Hallett & Robert McCallum to Withdraw. | ORD 04/19/1988 | | |
| 04/13/1988 | ENTRY OF APPEARANCE by Joe Alfred Izen, Jr. for Petr's | | R 04/21/1988 | |
| 04/19/1988 | ORDER Motion filed is Granted & Robert Chicoine is withdrawn. | | B 04/20/1988 | C |
| 04/19/1988 | ORDER Motion filed 4/5/88 is Granted & Darrell D. Hallett & | | B 04/20/1988 | C |
| 04/22/1988 | ORDER the Consolidation is Severed. Petr's by 5/23/88 file | | B 04/22/1988 | C |
| 05/09/1988 | NO OBJECTION Resp to order dtd 4/22/88. (S-5-3-88) | | | |
| 07/01/1988 | ORDER Set for trial at a Special Session on 1/9/89 in San Diego, | | B 07/05/1988 | C |
| 08/25/1988 | MOTION by resp. for order to take the Deposition of Henry F. K. | ORD 08/30/1988 | | |
| 08/30/1988 | ORDER motion filed 8/25/88 is Granted. | | B 09/01/1988 | C |
| 09/08/1988 | ORDER clerk serve by Certified mail copies of mot filed | | B 09/08/1988 | C |
| 09/14/1988 | MOTION by Leonard Thomas Bradt, 4216 Lockefield, Houston, TX | ORD 09/16/1988 | | |
| 09/16/1988 | ORDER Crt's 8/30/88 ord is vacated only insofar as date | | B 09/16/1988 | C |

| Date | Description | | | |
|---|---|---|---|---|
| 09/21/1988 | MOTION by petr. for ext. of time to 11-5-88 to answer Req. for | GR 09/23/1988 | B 09/26/1988 | C |
| 10/07/1988 | ORDER Clerk Return documents Rec'd 10/3/88 & 9/28/88. | | B 10/11/1988 | C |
| 10/11/1988 | MOTION by petr. for reconsideration of setting of | ORD 10/24/1988 | | |
| 10/19/1988 | MOTION by Leonard Thomas Bradt, 4216 Lockefield, Houston, TX | ORD 10/20/1988 | P 10/20/1988 | C |
| 10/19/1988 | OBJECTION by Resp to P/Mot filed 10-11-88. (S-10-18-88) | | | |
| 10/20/1988 | ORDER Motion filed 10-19-88 is denied. | | B 10/20/1988 | C |
| 10/24/1988 | RESPONSE by Resp to Motion filed 10-19-88. (S-10-20-88) (for the | | | |
| 10/24/1988 | ORDER San Diego Tr. cancelled & set 1-9-89 Honolulu, HI Sp. | | B 10/26/1988 | C |
| 11/14/1988 | MOTION by resp. to Extend time to submit Stipulation of fact. | ORD 11/17/1988 | P 11/17/1988 | C |
| 11/17/1988 | ORDER time is Ext. to 12-19-88 to submit stipulation of fact. | | B 11/17/1988 | C |
| 12/08/1988 | MOTION by resp. for Protective Order Re: Req. for Prod. of | GR 12/09/1988 | B 12/09/1988 | C |
| 12/08/1988 | MOTION by resp. for Protective Order Re: interr. | GR 12/09/1988 | B 12/09/1988 | C |
| 12/09/1988 | ORDER Clerk return P/Mot Rec'd. 12/5/88. | | B 12/09/1988 | C |
| 01/09/1989 | TRIAL before Judge Goffe at Honolulu, HI | SUB 01/27/1989 | | |
| 01/09/1989 | MOTION by Leonard Thomas Bradt & Roger S. Moseley on behalf of | DN 01/09/1989 | B 02/15/1989 | C |
| 01/09/1989 | ORDER Resp provide access to Petrs documents seized from | | B 02/15/1989 | C |
| 01/09/1989 | STIPULATION OF FACTS w/Exhs. (HON) | | | |
| 01/09/1989 | SECOND STIPULATION OF FACTS. (HON) | | | |
| 01/10/1989 | JT. MOTION to Conslidate for trial & Opinion. (HON) | ORD 01/10/1989 | | |
| 01/10/1989 | ORDER that 14 cases are consol. for trial & Opinion. Cons for | | B 02/15/1989 | C |
| 01/23/1989 | TRIAL BRIEF for Petr. (Served at session) (HON) | | | |
| 01/27/1989 | ORDER Record is held open 60 days from service of this Ord | | B 02/15/1989 | C |
| 02/02/1989 | TRANSCRIPT of 1-9-89 rec'd. (HEAR) | | | |
| 02/02/1989 | TRANSCRIPT of 1-10-89 rec'd. (Further Hear) | | | |
| 02/03/1989 | TRANSCRIPT of 1-11-89 rec'd. (Further | | | |

| Date | Entry | | |
|---|---|---|---|
| | Hear) | | |
| 02/03/1989 | TRANSCRIPT of 1-11-89 rec'd. (Further Hear) | | |
| 02/03/1989 | TRANSCRIPT of 1-12-89 rec'd. (Further Hear) | | |
| 02/08/1989 | TRANSCRIPT of 1-13-89 rec'd. (Further Hear) | | |
| 02/08/1989 | TRANSCRIPT of 1-17-89 rec'd. (Further Hear) | | |
| 02/08/1989 | TRANSCRIPT of 1-18-89 rec'd. (Further Hear) | | |
| 02/14/1989 | TRANSCRIPT of 1-19-89 rec'd. (Further Hear) | | |
| 02/14/1989 | TRANSCRIPT of 1-20-89 rec'd. (Further Hear) | | |
| 02/14/1989 | TRANSCRIPT of 1-23-89 rec'd. (Further Hear) | | |
| 02/14/1989 | TRANSCRIPT of 1-24-89 rec'd. (Further Hear) | | |
| 02/17/1989 | TRANSCRIPT of 1-25-89 rec'd. (Further Hear) | | |
| 02/17/1989 | TRANSCRIPT of 1-26-89 rec'd. (Further Hear) | | |
| 02/17/1989 | TRANSCRIPT of 1-26-89 rec'd. (Further Hear) | | |
| 02/17/1989 | TRANSCRIPT of 1-27-89 rec'd. (Further hear) | | |
| 02/22/1989 | THIRD STIPULATION OF FACTS. | | |
| 03/27/1989 | ORDER Clerk return Mot Rec'd. 3/24/89. Additional Service on | B 03/28/1989 | C |
| 04/20/1989 | ORDER Brf's due 8/18/89 & 10/17/89. Record closed except | B 04/20/1989 | C |
| 08/21/1989 | BRIEF for petr. (P.M. timely) | B 08/23/1989 | C |
| 08/21/1989 | BRIEF for resp. (P.M. timely) (Per Judge) | B 08/23/1989 | C |
| 08/23/1989 | BRIEF for petr. (atty De Castro) (3 Cases) (per Judge) | B 08/23/1989 | C |
| 10/18/1989 | REPLY BRIEF for resp. (Per Judge) | P 10/23/1989 | C |
| 10/20/1989 | REPLY BRIEF for petr. (P.M. timely) | B 10/23/1989 | C |
| 11/01/1989 | ORDER record in this case is now deemed fully Submitted. | B 11/02/1989 | C |
| 12/11/1989 | NOTICE OF FILING OF BANKRUPTCY by Petr in #17640-83. | R 04/17/1990 | |
| 01/16/1990 | NOTICE by Resp Re: Bankruptcy in #17640-83. (Per Judge) | P 04/17/1990 | C |

| Date | Description | | | |
|---|---|---|---|---|
| 04/12/1990 | NOTICE by Petrs. of scharge of Bankruptcy Proceeding in | | R 04/17/1990 | |
| 04/12/1990 | MOTION by petr. to file Supplemental Brief. | ORD 04/17/1990 | R 04/17/1990 | |
| 04/17/1990 | ORDER Mot to file Supp. Brf. Gr. Resp by 6/4/90 file Supp. Reply | | B 04/17/1990 | C |
| 04/17/1990 | BRIEF for petr. (SUPPLEMENTAL) | | R 04/17/1990 | |
| 06/25/1990 | MOTION by resp. to file Supplemental Brief. C/S | GR 06/26/1990 | B 06/26/1990 | C |
| 06/26/1990 | REPLY BRIEF for resp. (SUPPLEMENTAL) | | P 06/26/1990 | C |
| 08/06/1990 | MOTION by petr. to file Response (Brief) to Suppl. Reply Brf. | GR 08/15/1990 | B 08/17/1990 | C |
| 08/15/1990 | RESPONSE BRIEF by Petrs. to Resp. suppl. reply brf. (Per Judge) | | R 08/17/1990 | |
| 01/23/1991 | MOTION by petr. to reopen evidence (to receive | DN 02/26/1991 | R 01/28/1991 B 02/27/1991 | C |
| 01/28/1991 | ORDER resp by 3/1/91 file obj. to mot to reopen evidence. | | B 01/28/1991 | C |
| 02/26/1991 | OBJECTION by resp. to mot to reopen evidence. C/S | | | |
| 12/11/1991 | MEMORANDUM OPINION, Judge Goffe T.C. Memo. 1991-614 (Decision | | B 12/11/1991 | C |
| 01/24/1992 | MOTION by petr. to reconsider opinion. w/Ex. (Leave Gr.) | DN 01/29/1992 | B 01/30/1992 | C |
| 02/28/1992 | DECISION ENTERED, Judge Goffe | ORD 03/11/1992 | B 02/28/1992 | C |
| 03/11/1992 | ORDER, decision is vacated. | | B 03/11/1992 | C |
| 03/13/1992 | DECISION ENTERED, Judge Goffe | | B 03/13/1992 | C |
| 05/14/1992 | NOTICE OF APPEAL by petr. to U.S.C.A., 9th Cir. Fee Paid. | | R 05/18/1992 | C |
| 05/18/1992 | NOTICE of Filing with copy of notice of appeal sent to Mr. | | B 05/18/1992 | C |
| 05/18/1992 | NOTICE Regarding Record. | | B 05/18/1992 | C |
| 10/04/1993 | CONSOLIDATED RECORD ON APPEAL mailed to Clerk, U.S.C.A. 9th. | | | |
| 12/05/1994 | U.S.C.A. 9th Cir. Judg 12/02/94 Dec. vacated & remanded | | | |
| 12/19/1994 | ORDER that case is assigned to Judge Beghe. further | | B 12/27/1994 | C |
| 12/29/1994 | ORDER, decision entered 3/13/92 is vacated. Parties by 1/30/95 | | B 12/29/1994 | C |
| 02/02/1995 | MOTION by resp. for evidentary hearing. C/S (Leave Gr.) | ORD 09/14/1995 | | |
| 03/08/1995 | RECORD RETURNED on 03/02/95. | | | |

| Date | Entry | | | |
|---|---|---|---|---|
| 06/16/1995 | ORDER set 7/17/95 Los Angeles, CA (Spec.) for pretrial hearing. | | B 06/16/1995 | C |
| 07/17/1995 | HEARING before Judge Beghe at Los Angeles, CA | | | |
| 07/26/1995 | TRANSCRIPT of 7/17/95 rec'd. | | | |
| 07/31/1995 | REPORT by atty. D. O'Donnell. (File Per Judge) | | B 08/02/1995 | C |
| 08/02/1995 | MOTION by resp. to cons. 9382-83, 17646-83, 4201-84, 7323-84, | ORD 09/14/1995 | P 08/02/1995 | C |
| 08/02/1995 | ORDER Robert P. Sticht by 8/16/95 file an obj. to mot to cons. | | B 08/02/1995 | C |
| 08/17/1995 | OBJECTION by Atty. Robert Sticht to Mot. to consolidate. (P.M. | | B 08/22/1995 | C |
| 08/21/1995 | REPORT (SUPPLEMENTAL) by Declan O'Donnell. C/S (p.m.t.) (Per | | | |
| 08/22/1995 | ORDER Resp. by 9-8-95 file response to Atty. Sticht's | | B 08/22/1995 | C |
| 09/08/1995 | RESPONSE by Resp. to Atty. Declan O'Donnell supplemental report. | | | |
| 09/08/1995 | RESPONSE by Resp. to Atty. Sticht's objection to mot. to | | | |
| 09/11/1995 | SUPPLEMENT by Atty. Robert P. Sticht to objections to Mot to | | | |
| 09/12/1995 | SECOND SUPPLEMENTAL REPORT by D. O'Donnell. C/S (Per Judge) | | | |
| 09/13/1995 | MOTION by Atty. Robert Patrick Sticht to strike (in part) | ORD 09/14/1995 | | |
| 09/14/1995 | ORDER set 12-11-95 Los Angeles, CA Spec. for pre-trial hearing. | | B 09/14/1995 | C |
| 09/15/1995 | RESPONSE by Atty. Robert P. Sticht to Atty. D. O'Donnell's | | | |
| 10/04/1995 | MOTION by resp. to disqualify counsel Joe A. Izen, Jr. C/S | ORD 10/17/1995 | | |
| 10/04/1995 | MEMORANDUM OF POINT & AUTHORITIES by Resp. in support of mot to | | | |
| 10/04/1995 | DECLARATION of Henry E. O'Neill in support of mot. to | | | |
| 10/05/1995 | ORDER set 10/20/95 Los Angeles, CA Spec. for hearing on Resp. | | B 10/05/1995 | C |
| 10/13/1995 | RESPONSE by Atty. Sticht to mot. to disqualify counsel. C/S-Resp. | | P 10/16/1995 | C |
| 10/13/1995 | RESPONSE by Atty. Jones to mot. to disqualify counsel. C/S | | | |
| 10/13/1995 | RESPONSE & OBJECTION by Petr's J. & P. Dixon, R. & F. | | | |
| 10/17/1995 | ORDER Mot to disqualify counsel is Dn. (Spec.) Hearing is | | B 10/17/1995 | C |

Blackstone Docket Inquiry

| Date | Entry | | | |
|---|---|---|---|---|
| 10/26/1995 | STIPULATION to deposition of Joseph Alfred Izen, Jr., 5222 | | | |
| 10/26/1995 | STIPULATION to take deposition of Joseph Alfred Izen, Jr., 5222 | | | |
| 10/26/1995 | REPORT by Resp. C/S | | | |
| 10/31/1995 | STIPULATION to take deposition of Joseph Alfred Izen, Jr., 5222 | | | |
| 11/07/1995 | RESPONSE TO REQ. FOR ADMISSIONS by Resp.(C/S 11/06/95) LODGED | | | |
| 11/09/1995 | ORDER Petr's by 12/1/95 file request for admissions. | | B 11/09/1995 | C |
| 11/29/1995 | REQUEST FOR ADMISSIONS by Atty. Sticht on behalf of Petr. C/S | | | |
| 11/29/1995 | RESPONSE TO REQ. FOR ADMISSIONS by Resp.(C/S 11/06/95) | | | |
| 11/30/1995 | ORDER cont. to 1/16/96 Los Angeles, CA (Spec.) for | | B 11/30/1995 | C |
| 12/18/1995 | REPORT by Resp., Atty. Izen & Atty. O'Donnell. C/S (per Judge) | | | |
| 12/27/1995 | REPORT by Atty. Mr. Jones & Mr. Sticht. C/S (Per Judge) | | | |
| 12/28/1995 | ORDER discovery, including mots thereto is to be completed by | | B 12/29/1995 | C |
| 01/16/1996 | HEARING before Judge Beghe at Los Angeles, CA | | | |
| 01/25/1996 | TRANSCRIPT of 1/16/96 rec'd. | | | |
| 02/12/1996 | MOTION by resp. to disqualify counsel Joe Alfred Izen, Jr. C/S | ORD 04/23/1996 | | |
| 02/12/1996 | STIPULATION to take deposition of Henry E. O'Neill, 7119 PJKK | | | |
| 02/12/1996 | STIPULATION to take deposition of Thomas A. Dombrowski, 701 B. | | | |
| 02/12/1996 | STIPULATION to take deposition of Jerry Li, San Francisco, CA. | | | |
| 02/12/1996 | STIPULATION to take deposition of Peter Bakutes, San Francisco, | | | |
| 02/16/1996 | ORDER Attys. Sticht, Jones & Izen by 3/8/96 file response to | | B 02/16/1996 | C |
| 02/21/1996 | STIPULATION to take deposition of William Sims, San Francisco, | | | |
| 03/05/1996 | MOTION by Atty. Sticht to ext. time to 3/11/96 to response to | GR 03/05/1996 | B 03/06/1996 | C |
| 03/07/1996 | STIPULATION to take deposition of John Cravens, Roanoke, TX | | | |
| 03/11/1996 | RESPONSE & OBJECTION by Atty. Izen, Jr. to mot. to disqualify | | | |
| 03/12/1996 | OBJECTION by Atty. Jones to mot. to | | | |

| Date | Entry | | | |
|---|---|---|---|---|
| | disqualify counsel. | | | |
| 03/13/1996 | RESPONSE by Atty. Sticht to mot. to disqualify counsel. C/S | | | |
| 03/13/1996 | MOTION by Atty. Sticht to file mot to enlarge time to file | GR 03/18/1996 | B 03/18/1996 | C |
| 03/13/1996 | ORDER Atty. Jones by 3/19/96 file supplement to obj. filed | | B 03/13/1996 | C |
| 03/13/1996 | STIPULATION to take deposition of John Thompson, Camarillo, CA | | | |
| 03/13/1996 | STIPULATION to take deposition of Kenneth Mcwade, Honolulu, HI | | | |
| 03/13/1996 | STIPULATION to take deposition of Robert Chicoine, Seattle, WA | | | |
| 03/13/1996 | STIPULATION to take deposition of Darrell Hallett, Seattle, WA | | | |
| 03/13/1996 | STIPULATION to take deposition of Chicoine & Hallett, P.S. | | | |
| 03/13/1996 | STIPULATION to take deposition of Maydee Thompson, Camarillo, CA | | | |
| 03/13/1996 | STIPULATION to take deposition of Decastro Law Corporation, Los | | | |
| 03/13/1996 | STIPULATION to take deposition of Brian Seery, Los Angeles, CA | | | |
| 03/13/1996 | STIPULATION to take deposition of Luis Decastro, Los Angeles, CA | | | |
| 03/18/1996 | MOTION by Atty. Sticht to enlarge time to 3/13/96 to file | GR 03/18/1996 | B 03/18/1996 | C |
| 03/18/1996 | MOTION by Atty. Sticht to file stipulation to depose Larry | GR 03/18/1996 | B 03/19/1996 | C |
| 03/18/1996 | STIPULATION to take deposition of Larry Martucci, San Francisco, | | | |
| 03/18/1996 | SUPPLEMENT by Atty. Jones to objection to mot to disqualify | | | |
| 03/19/1996 | MOTION by Atty. Izen to enlarge time to 3/26/96 to file | GR 03/19/1996 | B 03/19/1996 | C |
| 03/26/1996 | SUPPLEMENTAL RESPONSE by Atty. Izen to mot. to disqualify | | | |
| 03/27/1996 | MOTION by Atty. Sticht to file reply to supplemental response | GR 03/29/1996 | B 03/29/1996 | C |
| 03/28/1996 | MOTION by Atty. Jones to file second supplement to mot to | GR 03/29/1996 | B 04/01/1996 | C |
| 03/29/1996 | MOTION by Atty. Sticht to compel appearance of Luis De Castro at | ORD 04/04/1996 | | |
| 03/29/1996 | MOTION by Atty. Sticht to compel appearance of John Thompson & | ORD 04/03/1996 | | |
| 03/29/1996 | MOTION by Atty. Sticht to compel appearance of Chicoine & | ORD 05/13/1996 | | |
| 04/01/1996 | ORDER Atty. Izen by 4/11/96 file status report. In Addition to | | B 04/01/1996 | C |

| Date | Description | | | |
|---|---|---|---|---|
| 04/03/1996 | ORDER mot to compel re: taking of depositions of John & Maydee | | B 04/03/1996 | C |
| 04/04/1996 | ORDER mot to compel re: taking of deposition of Luis Decastro is | | B 04/04/1996 | C |
| 04/05/1996 | MOTION by Atty. Sticht to file mot. for Court ord. permitting | GR 04/08/1996 | B 04/09/1996 | C |
| 04/08/1996 | MOTION by Atty. Sticht for order permitting Dept. of Treasury to | ORD 04/18/1996 | | |
| 04/08/1996 | MOTION by Atty. Sticht to suppl. mot. for order to disclose | GR 04/08/1996 | B 04/09/1996 | C |
| 04/08/1996 | SUPPLEMENT by Atty. Sticht to mot. for order to disclose | | B 04/09/1996 | C |
| 04/10/1996 | MOTION by Atty. Sticht to enlarge time to 4/22/96 to file Petr's | GR 04/11/1996 | B 04/11/1996 | C |
| 04/11/1996 | ORDER Clerk is to substitute new page to suppl. filed 4/8/96. | | B 04/11/1996 | C |
| 04/11/1996 | ORDER by 4/15/96 for IN CAMERA inspection & review, the Office | | B 04/11/1996 | C |
| 04/11/1996 | ORDER Court's OSC dated 4/3/96 is discharged. Add'l. service on | | B 04/11/1996 | C |
| 04/11/1996 | MOTION by Atty. Izen to enlarge time to 4/21/96 to file status | ORD 04/12/1996 | | |
| 04/12/1996 | ORDER Atty. Izen's mot to enlarge time to 4/21/96 to file | | B 04/12/1996 | C |
| 04/12/1996 | MOTION by Atty. Sticht to enforce order directing appearance of | ORD 04/16/1996 | | |
| 04/12/1996 | MEMORANDUM OF POINTS & AUTHORITIES by Resp. on the | | | |
| 04/12/1996 | REPORT by Resp. regarding sitpulation of facts. w/Exh. | | | |
| 04/15/1996 | MOTION by Atty. Samuel M. Huestis, Hewitt & Prout, 4605 | ORD 04/16/1996 | | |
| 04/15/1996 | DECLARATION of Robert M. Nagy, M.D., in support of mot of | | | |
| 04/16/1996 | ORDER nonparty witness Maybee Thompson's mot for protective | | B 04/16/1996 | C |
| 04/16/1996 | RESPONSE by Resp. to Atty. Sticht mot for Court ord. permitting | | | |
| 04/17/1996 | ORDER by 4/19/96 for IN CAMERA inspection & review, the Office | | B 04/17/1996 | C |
| 04/18/1996 | ORDER that so much of mot by Atty. Sticht for Court ord. | | B 04/18/1996 | C |
| 04/22/1996 | REPORT by Atty. Izen in compliance with ord. dtd. | | | |
| 04/22/1996 | ORDER that the Office of Inspector General is to | | B 04/22/1996 | C |
| 04/23/1996 | ORDER Mot. to disqualify Counsel is denied Petr's Robert L. & | | B 04/23/1996 | C |
| 04/23/1996 | MEMORANDUM OF LAW by Atty. Sticht re. | | | |

| Date | Entry | | | |
|---|---|---|---|---|
| | on scope of hearing...id | | | |
| 04/26/1996 | ORDER Atty. Sticht by 5/6/96 submit to the Court a | | B 04/26/1996 | C |
| 04/26/1996 | MOTION by Atty. Izen to compel answers to deposition questions | ORD 09/04/1997 | | |
| 05/02/1996 | ORDER Court's order dtd. 11/30/95 is amended re; Scope of | | B 05/02/1996 | C |
| 05/02/1996 | ORDER Petr. by 5/8/96 file a supplement to their motion to | | B 05/02/1996 | C |
| 05/06/1996 | OBJECTION by atty. Sticht to mot. to compel & production of | | B 05/06/1996 | C |
| 05/06/1996 | ORDER by 5/9/96 Atty. Izen, Atty. Jones, Atty. O'Donnell & Resp. | | B 05/06/1996 | C |
| 05/06/1996 | REPORT by Robert L. & Carolyn S. DuFresne in compliance with | | B 05/07/1996 | C |
| 05/08/1996 | RESPONSE by Resp. to Petr's obj. to mot. to compel & production | | B 05/09/1996 | C |
| 05/09/1996 | ORDER Samuel M. Huestis & Luis C. DeCastro are to file a | | B 05/09/1996 | C |
| 05/10/1996 | MOTION by Atty. O'Donnell to sever Petr. Booth #28950-88 | ORD 05/13/1996 | | |
| 05/13/1996 | HEARING before Judge Beghe at Los Angeles, CA | | | |
| 05/13/1996 | ORDER Atty. Sticht Mot to compel filed 3-29-96 is denied as moot. | | B 07/15/1996 | C |
| 05/13/1996 | ORDER Dkt. No. 28950-88 is severed from consolidated | | B 07/15/1996 | C |
| 05/13/1996 | RESPONSE of Luis C. De Castro to Petr's. Mot to compel. (LOS) | | B 07/15/1996 | C |
| 05/13/1996 | RESPONSE of Samuel M. Huestis for nonparty witness John R. | | B 07/15/1996 | C |
| 05/13/1996 | MOTION by Atty. Huestis to quash subpoena re: Samuel M. | DN 05/24/1996 | B 07/15/1996 | C |
| 05/13/1996 | MOTION by Atty. Huestis to quash subpoena re: John R. Thompson. | DN 05/24/1996 | B 07/15/1996 | C |
| 05/13/1996 | STIPULATION OF FACTS w/Exhs. (LOS) | | | |
| 05/13/1996 | TRIAL MEMORANDUM for Resp. (C/S 4-19-96) (LOS) | | | |
| 05/13/1996 | TRIAL MEMORANDUM for Atty. Sticht. (C/S 4-22-96) (LOS) | | | |
| 05/13/1996 | TRIAL MEMORANDUM for Atty. Jones. (C/S 5-8-96) (LOS) | | | |
| 05/13/1996 | TRIAL MEMORANDUM for Atty. Izen. (C/S 5-3-96) (LOS) | | | |
| 05/13/1996 | DECLARATION of Joe Alfred Izen, Jr (C/S 5-13-96) (Per Judge) | | | |
| 05/14/1996 | TRANSCRIPT of 5-13-96 rec'd. (HEAR) | | | |

| Date | Entry | | |
|---|---|---|---|
| 05/14/1996 | TRANSCRIPT of 5-  -96 rec'd. (HEAR) | | |
| 05/14/1996 | REPLY by Atty. Sticht to Motion to Quash subpoena re:Samuel M. | | |
| 05/14/1996 | REPLY by Atty. Sticht to Motion to Quash subpoena re:John R. | | |
| 05/15/1996 | TRANSCRIPT of 5-14-96 rec'd. (HEAR) | | |
| 05/15/1996 | TRANSCRIPT of 5-14-96 rec'd. (HEAR) | | |
| 05/15/1996 | RESPONSE by Atty. Huestis on behalf of John R. Thompson to | B 07/15/1996 | C |
| 05/16/1996 | TRANSCRIPT of 5-15-96 rec'd. (HEAR) | | |
| 05/16/1996 | TRANSCRIPT of 5-15-96 rec'd. (HEAR) | | |
| 05/17/1996 | SUPPLEMENTAL PRIVILEGE LOG filed by Atty. Huestis on behalf of | B 07/15/1996 | C |
| 05/17/1996 | TRANSCRIPT of 5-16-96 rec'd. (HEAR) | | |
| 05/17/1996 | TRANSCRIPT of 5-16-96 rec'd. (HEAR) | | |
| 05/20/1996 | MEMORANDUM OF LAW by Atty. Izen in opposition to purported | | |
| 05/20/1996 | TRANSCRIPT of 5-17-96 rec'd. (HEAR) | | |
| 05/20/1996 | TRANSCRIPT of 5-17-96 rec'd. (HEAR) | | |
| 05/21/1996 | REPLY by Atty. Sticht to declaration of Joe Alfred Izen, | | |
| 05/21/1996 | TRANSCRIPT of 5-20-96 rec'd. (HEAR) | | |
| 05/21/1996 | TRANSCRIPT of 5-20-96 rec'd. (HEAR) | | |
| 05/22/1996 | FIRST SUPPLEMENTAL STIPULATION OF FACTS w/Exhs. (LOS) | | |
| 05/22/1996 | SECOND SUPPLEMENTAL STIPULATION OF FACTS w/Exhs. (LOS) | | |
| 05/22/1996 | TRANSCRIPT of 5-21-96 rec'd. (HEAR) | | |
| 05/22/1996 | TRANSCRIPT of 5-21-96 rec'd. (HEAR) | | |
| 05/23/1996 | TRANSCRIPT of 5-22-96 rec'd. (HEAR) | | |
| 05/23/1996 | TRANSCRIPT of 5-22-96 rec'd. (HEAR) | | |
| 05/24/1996 | TRANSCRIPT of 5-23-96 rec'd. (HEAR) | | |
| 05/24/1996 | TRANSCRIPT of 5-23-96 rec'd. (HEAR) | | |

| Date | Entry | | |
|---|---|---|---|
| 05/28/1996 | TRANSCRIPT of 5-24-96 rec'd. (HEAR) | | |
| 05/28/1996 | TRANSCRIPT of 5-24-96 rec'd. (HEAR) | | |
| 05/29/1996 | TRANSCRIPT of 5-28-96 rec'd. (HEAR) | | |
| 05/29/1996 | TRANSCRIPT of 5-28-96 rec'd. (HEAR) | | |
| 05/30/1996 | TRANSCRIPT of 5-29-96 rec'd. (HEAR) | | |
| 05/30/1996 | TRANSCRIPT of 5-29-96 rec'd. (HEAR) | | |
| 05/31/1996 | TRANSCRIPT of 5-30-96 rec'd. (HEAR) | | |
| 05/31/1996 | TRANSCRIPT of 5-30-96 rec'd. (HEAR) | | |
| 06/10/1996 | ORDER oral mot for protective order of non-party witness John | B 07/15/1996 | C |
| 06/11/1996 | TRANSCRIPT of 6-10-96 rec'd. (Hear) | | |
| 06/11/1996 | TRANSCRIPT of 6-10-96 rec'd. (HEAR) | | |
| 06/12/1996 | TRANSCRIPT of 6-11-96 rec'd. (HEAR) | | |
| 06/12/1996 | TRANSCRIPT of 6-11-96 rec'd. (HEAR) | | |
| 06/13/1996 | TRANSCRIPT of 6-12-96 rec'd. (HEAR) | | |
| 06/13/1996 | TRANSCRIPT of 6-12-96 rec'd. (HEAR) | | |
| 06/14/1996 | TRANSCRIPT of 6-13-96 rec'd. (HEAR) | | |
| 06/14/1996 | TRANSCRIPT of 6-13-96 rec'd. (HEAR) | | |
| 06/14/1996 | TRANSCRIPT of 6-13-96 rec'd. (HEAR) | | |
| 06/17/1996 | TRANSCRIPT of 6-14-96 rec'd. (HEAR) | | |
| 06/17/1996 | TRANSCRIPT of 6-14-96 rec'd. (HEAR) | | |
| 06/18/1996 | TRANSCRIPT of 6-17-96 rec'd. (HEAR) | | |
| 06/18/1996 | TRANSCRIPT of 6-17-96 rec'd. (HEAR) | | |
| 06/19/1996 | TRANSCRIPT of 6-18-96 rec'd. (HEAR) | | |
| 06/19/1996 | TRANSCRIPT of 6-18-96 rec'd. (HEAR) | | |

| Date | Entry | | | |
|---|---|---|---|---|
| 06/20/1996 | TRANSCRIPT of 6-19-96 rec'd. (HEAR) | | | |
| 06/20/1996 | TRANSCRIPT of 6-19-96 rec'd. (HEAR) | | | |
| 06/24/1996 | MEMORANDUM OF LAW by Atty. Izen re:Rule 145. (C/S 6-24-96) (Per | | | |
| 06/24/1996 | RELEVANCE MEMO. by Atty. Sticht filed & SEALED by order dated | | | |
| 06/25/1996 | TRANSCRIPT of 6-24-96 rec'd. (HEAR) | | | |
| 06/25/1996 | TRANSCRIPT of 6-24-96 rec'd. (HEAR) | | | |
| 06/26/1996 | MOTION by Attys. Izen and Jones to refer matters to the U.S. | DN 06/26/1996 | B 07/15/1996 | C |
| 06/26/1996 | MOTION by Attys. Izen and Jones for attorney's fees and costs. | ORD 07/10/1996 | | |
| 06/26/1996 | MOTION by Attys. Izen and Jones for sanctions. (C/S 6-25-96) | ORD 07/10/1996 | | |
| 06/26/1996 | ORDER certain exhibits are sealed. Atty. Sticht's | | B 07/15/1996 | C |
| 06/26/1996 | TRANSCRIPT of 6-25-96 rec'd. (HEAR) | | | |
| 06/26/1996 | TRANSCRIPT of 6-25-96 rec'd. (HEAR) | | | |
| 06/27/1996 | TRANSCRIPT of 6-26-96 rec'd. (HEAR) | | | |
| 07/10/1996 | ORDER Attys. Izen and Jones' Mots for sanctions and Attorney's | | B 07/15/1996 | C |
| 08/22/1996 | MOTION by Atty. Jones to compel production of documents & | ORD 12/12/1996 | | |
| 09/03/1996 | ORDER Resp. by 9/17/96 file objection to mot. to compel | | B 09/03/1996 | C |
| 09/17/1996 | OBJECTION by Resp. to mot. to compel. | | P 10/11/1996 | C |
| 10/11/1996 | ORDER Resp. by 10/28/96 file supplement to obj. to mot. to | | B 10/11/1996 | C |
| 10/21/1996 | REPORT by Atty. Sticht. (C/S 10/17/96) | | | |
| 10/22/1996 | MOTION by resp. to ext. time to 11/27/96 to file supplement to | GR 10/23/1996 | B 10/24/1996 | C |
| 10/28/1996 | REPORT by Resp. | | P 11/21/1996 | C |
| 10/28/1996 | MOTION by resp. to take additional evidence concerning | ORD 01/30/1997 | P 11/21/1996 | C |
| 10/29/1996 | REPORT by Atty. Jones. (per Judge) | | B 11/21/1996 | C |
| 11/01/1996 | REPORT by Atty. Izen. (per Judge) | | B 11/21/1996 | C |
| 11/13/1996 | MOTION by Atty. Sticht to enforce order to | | B 11/21/1996 | C |

| Date | Entry | Order | Docketed | |
|---|---|---|---|---|
| | stipulate. | ORD 12/10/1996 | | |
| 11/21/1996 | ORDER Atty. Izen by 12/6/96 file response to mot to enforce | | B 11/21/1996 | C |
| 11/21/1996 | ORDER Atty. Sticht by 12/6/96 file response to mot. to take | | B 11/21/1996 | C |
| 11/27/1996 | THIRD SUPPLEMENTAL STIPULATION OF FACTS. (per Judge) | | | |
| 11/27/1996 | FOURTH SUPPLEMENTAL STIPULATION OF FACTS. w/Exh. (per Judge) | | | |
| 11/27/1996 | FIFTH SUPPLEMENTAL STIPULATION OF FACTS. w/Exh. (per Judge) | | | |
| 12/03/1996 | SUPPLEMENT by Resp. to objection to mot to compel documents & | | | |
| 12/09/1996 | OPPOSITION by Atty. Jones to mot. to take additional evidence | | | |
| 12/09/1996 | RESPONSE by Atty. Sticht to mot. to take additional evidence | | | |
| 12/09/1996 | RESPONSE by Atty. Izen to mot. to conduct evidentiary hearing on | | B 12/10/1996 | C |
| 12/10/1996 | ORDER Atty. Sticht's mot to enforce ord. to stipulate is | | B 12/10/1996 | C |
| 12/10/1996 | ORDER Atty. Sticht by 12/23/96 file supplemental response to | | B 12/10/1996 | C |
| 12/12/1996 | ORDER Atty. Jones's mot to compel documents & things is Gr. | | B 12/12/1996 | C |
| 12/23/1996 | MOTION by Atty. Sticht for additional time to 1/6/97 to | GR 12/26/1996 | B 12/26/1996 | C |
| 01/07/1997 | MOTION by Atty. Sticht to file Supl. Response. (Supl. Response | GR 01/09/1997 | B 01/10/1997 | C |
| 01/07/1997 | MOTION by Sticht to file Response to Atty. Jones's opposition. | GR 01/09/1997 | B 01/10/1997 | C |
| 01/07/1997 | MOTION by Sticht to file Response to Atty. Isen's response. | GR 01/09/1997 | B 01/10/1997 | C |
| 01/09/1997 | SUPPLEMENTAL RESPONSE by Sticht to mot. mot. re: add'l. | | B 01/10/1997 | C |
| 01/09/1997 | RESPONSE by Sticht to Izen's response re: add'l. evidence. | | B 01/10/1997 | C |
| 01/09/1997 | RESPONSE by Sticht to Jones's opposition to mot. re: add'l. | | B 01/10/1997 | C |
| 01/22/1997 | REPORT by Resp. re: status. (Per Judge) (Serve Per Judge) | | P 01/30/1997 | C |
| 01/27/1997 | REPLY by Izen to Supplemental Response to mot. re: add'l. | | P 01/30/1997 | C |
| 01/28/1997 | AFFIDAVIT by Jones In Support of Reply to Supplemental Response | | | |
| 01/30/1997 | ORDER Sticht by 2-14-97 file report. Parties by 2-28-97 | | B 01/30/1997 | C |
| 02/10/1997 | DECLARATION of Henry Kersting In Support of Test Case and | | B 02/10/1997 | C |

| Date | Description | | | |
|---|---|---|---|---|
| 02/14/1997 | MOTION by petr. Sticht to ext. time to 2-19-97 to file report. | GR 02/14/1997 | B 02/14/1997 | C |
| 02/19/1997 | REPORT by Sticht. (C/S 2-18-97) | | | |
| 02/19/1997 | MOTION by petr. Sticht to strike declaration of Henry Kersting. | ORD 03/07/1997 | | |
| 02/28/1997 | MOTION by resp. to ext. time to 3-31-97 to file amendment to | GR 03/03/1997 | B 03/03/1997 | C |
| 03/07/1997 | DECLARATION of L.T. Bradt. In Support of Test and Non-Test | | B 03/07/1997 | C |
| 03/07/1997 | ORDER Clerk file declaration of L.T. Bradt. Mot. to strike dn. | | B 03/07/1997 | C |
| 03/12/1997 | MOTION by petr. Izen to compel compliance with Order dated | ORD 06/12/1997 | B 06/12/1997 | C |
| 03/14/1997 | MOTION by petr. Sticht for order granting additional time. (Per | ORD 03/17/1997 | B 03/17/1997 | C |
| 03/17/1997 | ORDER report or stipulation due 3-31-97. Mot. for add'l. time | | B 03/17/1997 | C |
| 03/31/1997 | REPORT by Sticht. (C/S 3-30-97) | | | |
| 04/03/1997 | RESPONSE by Resp. to Order dated 1/30/97. (C/S 3/31/97) (Per | | | |
| 04/28/1997 | MOTION by resp. to release witnesses from Court's 5-2-96 | ORD 06/12/1997 | P 06/12/1997 | C |
| 04/28/1997 | RESPONSE by Atty. Izen to Sticht's report. (File Per | | B 06/12/1997 | C |
| 06/12/1997 | ORDER Resp. mot. to release witnesses from exclusion ord. | | B 06/12/1997 | C |
| 06/12/1997 | ORDER set 8-18-97 Los Angeles, CA Spec. for further evidentiary | | B 06/12/1997 | C |
| 07/21/1997 | MOTION by Atty. Izen to recon. 6/12/97 order. (C/S 7-14-97) | ORD 07/25/1997 | | |
| 07/24/1997 | MOTION by L.T. "Butch" Bradt, 6303 Feldspar, Houston, TX | ORD 07/25/1997 | R 07/25/1997 | |
| 07/25/1997 | ORDER mot. to recon. 6/12/97 ord. is dn. Henry Kersting's mot. | | B 07/25/1997 | C |
| 08/07/1997 | SECOND MOTION by L.T. "Butch" Bradt on behalf of Henry | | | |
| 08/11/1997 | REPORT by Atty. Sticht re:Subpoena issued to Henry | | | |
| 08/11/1997 | REPORT by Atty. Sticht re:Joseph A. Peterman corrrespondence. | | | |
| 08/12/1997 | REPORT by Resp. (C/S 8-8-97) (Per Judge) | | | |
| 08/14/1997 | MOTION by Atty. Sticht to file mot. for order permitting DOT | GR 08/18/1997 | B 08/22/1997 | C |
| 08/18/1997 | HEARING before Judge Beghe at Los Angeles, CA | SUB 08/18/1997 | | |
| 08/18/1997 | MOTION by Atty. Sticht for order permitting | | | |

| Date | Entry | | | |
|---|---|---|---|---|
| | DOT to disclose | ORD 08/18/1997 | B 08/22/1997 | C |
| 08/18/1997 | FIRST SUPPLEMENTAL REPORT re:Joseph A. Peterman | | | |
| 08/18/1997 | ORDER mot. filed 8-18-97 by Atty. Sticht is gr. in that DOT by | | B 08/22/1997 | C |
| 08/28/1997 | TRANSCRIPT of 8-18-97 rec'd (HEAR) | | | |
| 08/28/1997 | TRANSCRIPT of 8-18-97 rec'd (HEAR) | | | |
| 08/29/1997 | SUPPLEMENT by Atty. Izen to Motion to compel filed 4-26-96. | | B 09/04/1997 | C |
| 09/04/1997 | ORDER Izen's mot. to compel filed 4-26-96 as supplemented is dn. | | B 09/04/1997 | C |
| 09/17/1997 | REPORT by Petr. Sticht. (C/S 9-16-97) (Per Judge) | | | |
| 09/22/1997 | MOTION by resp. to release witness Henry O'Neill from | ORD 10/24/1997 | | |
| 10/06/1997 | SIXTH SUPPLEMENTAL STIPULATION OF FACTS w/Exs. (Per Judge) | | | |
| 10/10/1997 | MOTION by petr. Sticht to reopen record. (Dcl. of Richard B. | ORD 11/24/1997 | | |
| 10/15/1997 | ORDER any response to mot. to reopen record be filed by | | B 10/15/1997 | C |
| 10/24/1997 | ORDER the 9-22-97 mot. is gr. in that the 5-2-96 order is no | | B 10/24/1997 | C |
| 11/07/1997 | RESPONSE by Izen to motion to reopen record. (C/S 11-4-97) | | | |
| 11/07/1997 | RESPONSE by Sticht to 10-15-97 order. (C/S 11-6-97) (Per Judge) | | | |
| 11/10/1997 | RESPONSE by Resp. to motion to reopen record. (p.m.t.) (C/S | | | |
| 11/24/1997 | ORDER Sticht's mot. to reopen record is denied. Sticht, Izen | | B 11/24/1997 | C |
| 12/05/1997 | REPORT by atty. Sticht. (C/S 12/4/97) | | | |
| 12/08/1997 | REPORT by Atty. Jones. w/Ex. (C/S 12-5-97) (Leave gr.) | | | |
| 12/10/1997 | ORDER the exhibits which accompained the 12-8-97 report | | B 12/10/1997 | C |
| 12/11/1997 | REPORT by Atty. Izen. (p.m.t.) (Serve Per Judge) | | B 12/15/1997 | C |
| 01/12/1998 | MOTION by Atty. Jones to enlarge time to 1-30-98 for brfs. (C/S | GR 01/12/1998 | B 01/13/1998 | C |
| 01/30/1998 | BRIEF by Atty. Sticht. (C/S 1-29-98) | | | |
| 01/30/1998 | BRIEF for resp. | | P 02/03/1998 | C |
| 02/02/1998 | BRIEF by Atty. Izen. (p.m.t.) (C/S 1-30-98) | | | |

| Date | Entry | | | |
|---|---|---|---|---|
| 02/02/1998 | BRIEF by Atty. Jones (Leave gr.) | | B 02/03/1998 | C |
| 02/05/1998 | ORDER parties submit directly to chambers certain computer disks. | | B 02/05/1998 | C |
| 02/26/1998 | MOTION by Atty. Sticht to ext. time to 6-15-98 for R.Brfs. | ORD 02/27/1998 | | |
| 02/27/1998 | ORDER 2-26-98 mot. gr. in that R.Brfs. due 5-29-98. | | B 02/27/1998 | C |
| 04/09/1998 | MOTION by Atty. Izen to take judicial notice. w/Ex. | ORD 03/30/1999 | B 04/14/1998 | C |
| 04/14/1998 | ORDER parties by respond to 4-9-98 mot. by incorporating | | B 04/14/1998 | C |
| 05/18/1998 | NOTICE of Change of Address for Samuel M. Huestis, Atty. for | | | |
| 05/28/1998 | MOTION by Atty. Jones to ext. time to 6-8-98 for R.Brfs. | GR 05/28/1998 | B 05/28/1998 | C |
| 06/02/1998 | REPLY BRIEF for resp. w/Disks. (3 Vols) | | P 06/17/1998 | C |
| 06/09/1998 | REPLY BRIEF by Atty. Sticht. (p.m.t.) | | B 06/17/1998 | C |
| 06/09/1998 | MOTION by Atty. Sticht for release from piggyback | ORD 03/30/1999 | | |
| 06/09/1998 | MOTION by Atty. Sticht for release from piggyback | ORD 03/30/1999 | | |
| 06/09/1998 | MOTION by Atty. Sticht for release from piggyback | ORD 03/30/1999 | | |
| 06/09/1998 | MOTION by Atty. Sticht to sever case & for entry of decision or | ORD 03/30/1999 | | |
| 06/10/1998 | REPLY BRIEF by Atty. Jones w/Appendix. (Leave gr.) | | B 06/17/1998 | C |
| 06/17/1998 | ORDER responses to 6-9-98 motions be filed by 7-7-98. | | B 06/17/1998 | C |
| 06/17/1998 | REPLY BRIEF by Atty. Izen. (p.m.t.) | | B 06/17/1998 | C |
| 07/07/1998 | OBJECTION by Resp. to 6-9-98 mot. re:Hubers. (C/S 7-6-98) | | | |
| 07/07/1998 | OBJECTION by Resp. to 6-9-98 mot. re:Eggers. (C/S 7-6-98) | | | |
| 07/07/1998 | OBJECTION by Resp. to 6-9-98 mot. re:Rogers. (C/S 7-6-98) | | | |
| 07/07/1998 | OBJECTION by Resp. to 6-9-98 mot. re:Rinaldis. (C/S 7-6-98) | | | |
| 07/10/1998 | OPPOSITION by Atty. Jones to motions filed 6-9-98. (C/S | | | |
| 07/20/1998 | MOTION by Atty. Sticht to strike certain matter from 7-10-98 | DN 08/06/1998 | B 08/07/1998 | C |
| 08/27/1998 | ORDER Atty's Sticht, Izen, Jones & Mr Huestis by 9-30-98 file a | | B 08/28/1998 | C |
| 09/21/1998 | REPORT by Atty. Sticht. (C/S 9-17-98) | | | |

| Date | Entry | | | |
|---|---|---|---|---|
| 09/21/1998 | REPORT by Samuel M. Huestis. (C/S 9-15-98) | | | |
| 09/21/1998 | NOTICE by Resp. of no objection to liftig of protective orders. | | | |
| 09/24/1998 | REPORT by Atty. Jones filed. (C/S 9-22-98) | | | |
| 03/30/1999 | MEMORANDUM OPINION, Judge Beghe T.C. Memo. 1999-101 | | B 03/30/1999 | C |
| 03/30/1999 | ORDER the Court's 6-10-96 & 6-26-96 protective orders are | | B 03/30/1999 | C |
| 03/30/1999 | DECISION ENTERED, Judge Beghe | ORD 06/24/1999 | B 03/30/1999 | C |
| 04/14/1999 | TRANSCRIPT of 4-5-99 rec'd. (Conf Call) | | | |
| 06/24/1999 | MOTION by Attys., Izen & Jones for atty. fees & costs. | ORD 03/31/2000 | R 06/25/1999 | |
| 06/24/1999 | MOTION by Attys., Izen & Jones for sanctions. | ORD 03/31/2000 | R 06/25/1999 | |
| 06/24/1999 | MEMORANDUM by Atty., Izen in support of mot. for sancts. | | R 06/25/1999 | |
| 06/24/1999 | ORDER, 3-30-99 decision is vacated. Clerk file Petr. | | B 06/25/1999 | C |
| 07/29/1999 | OBJECTION by resp. to mot. for atty. fees & costs and to mot. | | | |
| 08/12/1999 | ORDER Resp. by 9-17-99 file & serve on counsel for the | | B 08/12/1999 | C |
| 08/30/1999 | MOTION by Atty. Izen to enlarge time to 9-27-99 to file | ORD 08/31/1999 | | |
| 08/31/1999 | ORDER time for Petr. to file & serve supplements to mots. for | | B 08/31/1999 | C |
| 09/07/1999 | MOTION by resp. to ext. time to 9/27/99 to file suppl. to objs. | GR 09/08/1999 | B 09/08/1999 | C |
| 09/27/1999 | SUPPLEMENT by Atty., Jones to mot. for sancts. w/Ex. (Per | | B 10/25/1999 | C |
| 09/30/1999 | SUPPLEMENT by Resp. to his objs. to mots for atty. fees & sanct. | | P 10/25/1999 | C |
| 10/01/1999 | SUPPLEMENT by Atty. Izen to mot. for sanct. Afft. Att'd. (p.m.t.) | | R 10/25/1999 | |
| 10/06/1999 | MOTION by resp. to substitute pages of 9-30-99 supplement. | ORD 10/25/1999 | | |
| 10/25/1999 | ORDER Mr. Izen & Mr. Jones by 11-17-99 file further | | B 10/25/1999 | C |
| 11/18/1999 | ADDITIONAL SUPPLEMENT by Atty. Jones to mot for sancts. w/Exs. | | B 11/26/1999 | C |
| 11/23/1999 | RESPONSE by Atty. Izen to 10-25-99 order. w/Aff. (p.m.t.) | | | |
| 11/26/1999 | ORDER time ext. to 12-10-99 for Mr. Izen to complete his | | B 11/26/1999 | C |

| Date | Entry | | | |
|---|---|---|---|---|
| 12/15/1999 | MOTION by resp. for leave to file further supplement by 1-21-00 | GR 12/15/1999 | B 12/16/1999 | C |
| 12/15/1999 | SUPPLEMENTAL RESPONSE by Atty. Izen to 10-25-99 order. | | P 12/17/1999 | C |
| 12/17/1999 | ORDER response to this order be rec'd & filed by 1-14-00 by | | B 12/17/1999 | C |
| 01/14/2000 | MOTION by Atty. Izen to enlarge time to 2-13-00 to file | ORD 01/18/2000 | | |
| 01/18/2000 | ORDER Mr. Izen's 1-14-00 mot. is Gr., in that, by 2-14-00 Mr. | | B 01/18/2000 | C |
| 02/22/2000 | FURTHER RESPONSE AND SUPPLEMENTATION OF FACTS by | | | |
| 02/28/2000 | AFFIDAVIT of Atty. Izen in support of further response of | | R 03/16/2000 | |
| 02/28/2000 | FURTHER SUPPLEMENT by Resp. to Objections to Motion for fees | | | |
| 03/31/2000 | MEMORANDUM OPINION, Judge Beghe T.C. Memo. 2000-116 | | B 03/31/2000 | C |
| 03/31/2000 | ORDER 9382-83, 17646-83, 4201-84, 15907-84, 40159-84, 22783-85, | | B 03/31/2000 | C |
| 03/31/2000 | DECISION ENTERED, Judge Beghe | | B 03/31/2000 | C |
| 05/01/2000 | MOTION by Atty. Sticht to recon. op. (C/S 4-30-00) | ORD 05/05/2000 | | |
| 05/05/2000 | ORDER mot. to recon. op. denied. | | B 05/05/2000 | C |
| 06/29/2000 | NOTICE OF APPEAL by petr. to U.S.C.A., 9th Cir. (Appeals | | B 07/06/2000 | C |
| 07/06/2000 | NOTICE of Filing with copy of Not. of App. sent to the parties. | | B 07/06/2000 | C |
| 03/11/2003 | ENTRY OF APPEARANCE by Henry Binder. | | R 03/18/2003 | |

[Top Of Page]