U.S. District Court

EASTERN DISTRICT OF CALIFORNIA (Sacramento)

CIVIL DOCKET FOR CASE #: 97-CV-1166

USA v. Estate Preservation, et al

Filed: 06/23/97
Assigned to: Senior Judge Milton L Schwartz
Jury demand: Defendant
Referred to: Magistrate Judge Gregory G Hollows
Demand: $0,000
Nature of Suit: 870
Lead Docket: 97-CV-17
Jurisdiction: US Plaintiff
Dkt# in other court: None
Cause: 26:7402 IRS: Petition to Enforce IRS Summons

---

```
USA                              Paul L Seave
    plaintiff                    [COR LD NTC]
                                 United States Attorney
                                 501 I Street
                                 Suite 10-100
                                 Sacramento, CA 95814
                                 916-554-2700
                                 Charles P Hurley
                                 NOT ED-CA ADMITTED
                                 [COR LD NTC]
                                 U S Department of Justice
                                 Office of Special Litigation
                                 P O Box 7238
                                 Ben Franklin Station
                                 Washington, DC 20044
                                 202-272-6835
  v
ESTATE PRESERVATION SERVICES,    Charles Scott Grace
  a Trust                        [COR LD NTC]
    defendant                    Law Offices of Scott Grace
                                 608B E Boronda Road
                                 Salinas, CA 93906-3129
                                 408-449-9326
                                 Joe Alfred Izen, Jr
                                  [term 10/03/00]
                                 PRO HAC VICE
                                 [COR LD NTC]
                                 Joe A Izen Attorney at Law
                                 5222 Spruce Street
                                 Bel Aire, TX 77401
                                 713-668-8815
ESTATE PRESERVATION SERVICES     Charles Scott Grace
  NI                             (See above)
    defendant                    [COR LD NTC]
                                 Joe Alfred Izen, Jr
                                  [term 10/03/00]
                                 (See above)
                                 [COR LD NTC]
ROBERT L HENKELL                 Robert L Henkell
    defendant                    [COR LD NTC] [PRO SE]
```

EXHIBIT
D

|  |  |
|---|---|
|  | 31 Camino Heights Drive |
|  | Camino, CA 95709 |
|  | 530-644-6622 |
| CHARLES SCOTT GRACE | Charles Scott Grace |
| defendant | [term 12/04/97] |
|  | (See above) |
|  | [COR LD NTC] |
|  | Stephen James Russell |
|  | [COR LD NTC] |
|  | Stephen J Russell and |
|  | Associates |
|  | 511 Silver Lake Drive |
|  | Danville, CA 94526 |
|  | 925-838-0500 |
|  | FTS 838-8550 |
| WILLIAM L SEFTON | Spencer T Malysiak |
| defendant | [term 12/03/98] |
|  | [COR LD NTC] |
|  | Law Offices of Spencer T |
|  | Malysiak |
|  | 11335 Gold Express Drive |
|  | Suite 105 |
|  | Gold River, CA 95670-4491 |
|  | 916-858-2205 |
|  | FTS 858-2654 |
|  | Jon Robert Vaught |
|  | [COR LD NTC] |
|  | 80 Swan Way |
|  | Suite 340 |
|  | Oakland, CA 94621 |
|  | 415-638-6100 |
| SANDRA E JEFFRIES, | Kathleen A Meehan |
| individually and in her | [COR LD NTC] |
| capacity as Trustee of the | Baker Manock and Jensen |
| Maxine Bryan Trust | Fig Garden Financial Center |
| movant | 5260 North Palm Avenue |
|  | Suite 421 |
|  | Fresno, CA 93704-2209 |
|  | 559-432-5400 |
| STEVEN E BRYAN | Kathleen A Meehan |
| movant | (See above) |
|  | [COR LD NTC] |

## DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 3/97 | 1 | COMPLAINT for permanent injunction and other, fee status waived, assigned to Honorable David F. Levi referred to Magistrate Judge Peter A. Nowinski (mc) [Entry date 06/24/97] [2:97cv1166] |
| /97 | 2 | MOTION for preliminary injunction by plaintiff USA (mc) [Entry date 06/24/97] [2:97cv1166] |
| 3/97 | 3 | MEMORANDUM by plaintiff USA in support of motion for preliminary injunction [2-1] (mc) [Entry date 06/24/97] [2:97cv1166] |
| 3/97 | 4 | DECLARATION in support of motion for preliminary injunction |

|   |   |   |
|---|---|---|
|   |   | [2-1] (mc) [Entry date 06/24/97] [2:97cv1166] |
| 6/23/97 |   | LODGED order by plaintiff USA (mc) [Entry date 06/24/97] [2:97cv1166] |
| 7/8/97 | 5 | RETURN OF SERVICE executed upon defendant Estate Preserv Inc on 7/7/97 (bb) [Entry date 07/09/97] [2:97cv1166] |
| 7/8/97 | 6 | RETURN OF SERVICE executed upon defendant Estate Preservation Service on 7/7/97 (bb) [Entry date 07/09/97] [2:97cv1166] |
| 7/8/97 | 7 | RETURN OF SERVICE unexecuted attempted as to defendant Robert L Henkell on 7/7/97 (bb) [Entry date 07/09/97] [2:97cv1166] |
| 7/17/97 | 8 | RETURN OF SERVICE executed upon defendant William L Sefton on 7/9/97 (bb) [Entry date 07/21/97] [2:97cv1166] |
| 7/29/97 | 9 | NOTICE by plaintiff USA of hearing motion for preliminary injunction by plaintiff USA [2-1] HEARING SET FOR 9:00 9/12/97 (bb) [Entry date 07/29/97] [2:97cv1166] |
| 7/29/97 | 10 | APPLICATION by plaintiff USA for oral examination of witnesses at hearing on motion for preliminary injunction (bb) [Entry date 07/29/97] [2:97cv1166] |
| 7/28/97 | 11 | ANSWER by dfts Estate Preservation, Estate Preserv Inc, Robert L Henkell, Charles Scott Grace (mc) [Entry date 07/30/97] [2:97cv1166] |
| 7/28/97 | 12 | RESPONSE by dfts Estate Preservation, Estate Preserv Inc, Robert L Henkell, Charles Scott Grace to motion for preliminary injunction by plaintiff USA [2-1] (mc) [Entry date 07/30/97] [2:97cv1166] |
| 8/1/97 | 13 | MOTION to consolidate cases by plaintiff USA motion TO BE HEARD by Honorable David F Levi (dmb) [Entry date 08/04/97] [2:97cv1166] |
| 8/1/97 |   | LODGED Order on pltf's motion to consolidate cases by plaintiff USA (dmb) [Entry date 08/04/97] [2:97cv1166] |
| 8/1/97 | 14 | ANSWER to complaint by defendant William L Sefton; jury demand (dmb) [Entry date 08/04/97] [2:97cv1166] |
| 8/4/97 | 15 | NOTICE by plaintiff USA of related case(s) 2:96-cv-2228 MLS GGH & 2:97-cv-17 MLS GGH (dmb) [Entry date 08/04/97] [2:97cv1166] |
| 8/14/97 | 16 | RETURN OF SERVICE executed upon defendant Charles Scott Grace on 8/8/97 (dmb) [Entry date 08/18/97] [2:97cv1166] |
| 8/18/97 | 17 | ORDER by Senior Judge Milton L. Schwartz ORDERING motion to consolidate cases by plaintiff USA [13-1] GRANTED; case 96-CV-2228 is the lead case Case reassigned to Senior Judge Milton L. Schwartz; motion for preliminary injunction by plaintiff USA TO BE HEARD by Senior Judge Milton L. Schwartz, Case referred to Magistrate Judge Gregory G Hollows (cc: all counsel) (chl) [Entry date 08/18/97] [2:97cv1166] |
| 8/19/97 | 18 | BRIEF IN OPPOSITION by plaintiff USA to pltf's motion to consolidate (dmb) [Entry date 08/20/97] [2:97cv1166] |
| 8/19/97 | 19 | NOTICE OF DOCUMENT SUBPOENAS ISSUED by plaintiff USA (bm) [Entry date 08/20/97] [2:97cv1166] |
|   | 20 | AMENDED NOTICE by plaintiff USA in 2:97-cv-01166 of |

|   |   |   |
|---|---|---|
| | | deposition of ... Jenson (cld) [Entry date 09/... [2:97cv1166] |
| ...97 | | RESERVICE of DOCUMENT(S) Related Case Order [37-1] in 2:96-cv-02228, [48-1] in 2:97-cv-00017, [17-3] in 2:97-cv-01166 (cc: all counsel) (ndd) [Entry date 09/05/97] [2:96cv2228 2:97cv1166 2:97cv17] |
| ... | | CORRECTED NOTICE by plaintiff USA in 2:97-cv-01166 regarding depositions [20-1] of Sharon Jenson, James Handy, Daniel Hockenberger and Robert Henkell (cld) [Entry date 09/09/97] [2:97cv1166] |
| ...97 | 22 | MINUTES of pltf's preliminary injunction before Senior Judge Milton L Schwartz: motion for preliminary injunction by plaintiff USA [2-1] HEARING CONTINUED TO 9:00am on 12/16/97; order to be prepared by the court; briefs to be filed by 10/10/97; opposition by 11/25/97; response by 12/5/97 (dmb) [Entry date 09/11/97] [2:97cv1166] |
| ...97 | 23 | NOTICE by plaintiff USA in 2:97-cv-01166 of taking depositions (bb) [Entry date 09/23/97] [2:97cv1166] |
| 10/2/97 | 24 | ORDER by Judge Edward J. Garcia ORDERING that the court directs the parties to pursue the request by way of a formal motion to consolidate brought pursuant to FRCP 42(a), noticed for hearing in accordance with LR 78-230 and placed on the court's regular civil law and motion calendar; the court hereby allows Joe Alfred Izen Jr to appear pro hac vice for Estate Preservation, Estate Preserv Inc, Robert L Henkell in 2:97-cv-01166; the court will allow Mr Grace to continue as local counsel for dfts Estate Preservation SErvices, a Trust, Estate Preservation Serv, Inc and Robert L Henkell, with the understanding that Mr Izen will be responsible for rendering final decisions with respect to the representation of these dfts; US' motion for preliminary injunction [2-1] SET for 12/16 and 12/17/97 9:00; briefing schedule as follows: gov't opening brief due 10/10/97; dfts' opposition brief due 11/25/97; gov't reply due 12/5/97; gov't is directed to present any and all evidence supporting its entitlement to a preliminary injunction by affidavit and/or declaration (see order for details) (cc: all counsel) (ndd) [Entry date 10/02/97] [2:97cv1166] |
| 10/7/97 | -- | LODGED motion to enlarge time within which to file response to government's motion to dismiss by dfts Estate Preservation Services Trust and Estate Preserv Inc (bb) [Entry date 10/09/97] [2:97cv1166] |
| 10/10/97 | 25 | MEMORANDUM by plaintiff USA in 2:97-cv-01166 in support of Motion for Preliminary Injunction [2-1] (kdc) [Entry date 10/14/97] [2:97cv1166] |
| 10/...97 | 26 | EXHIBITS, Vol I by plaintiff USA in 2:97-cv-01166 regarding supplementtal memorandum in support of motion for TRO [25-1] (rgd) [Entry date 10/14/97] [2:97cv1166] |
| 10/...97 | 27 | EXHIBITS, Vol II by plaintiff USA in 2:97-cv-01166 regarding supplemental memorandum of motion for preliminary injunction [2-1] (rgd) [Entry date 10/14/97] [2:97cv1166] |
| 10/...97 | 28 | EXHIBITS, Vol III by plaintiff USA in 2:97-cv-01166 regarding memorandum in support of motion for TRO [2-1] (rgd) [Entry date 10/14/97] [2:97cv1166] |
| 10/...97 | 29 | SUPPLEMENTAL MEMORANDUM by pltf USA in 2:97-cv-01166 in support of motion for preliminary injunction [2-1] (mc) [Entry date 10/14/97] [2:97cv1166] |

| Date | # | Description |
|---|---|---|
| 10/24/97 | | LODGED Document lodged [0-0] VACATED in 2:97-cv-... lodged [0-0] VACATED in 2:97-cv-00017; not to be signed, see minute order of 10/9/97 (chl) [Entry date 10/27/97] [2:96cv2228 2:97cv1166 2:97cv17] |
| 10/24/97 | 30 | CORRECTED SUPPLEMENTAL MEMORANDUM by plaintiff USA in 2:97-cv-01166 in support of motion for preliminary injunction [29-1] (gk) [Entry date 10/27/97] [2:97cv1166] |
| 10/24/97 | 31 | APPLICATION for leave to file instanter corrected copy of supplemental memorandum by plaintiff USA in 2:97-cv-01166 (gk) [Entry date 10/27/97] [2:97cv1166] |
| 10/24/97 | | LODGED Order granting application for leave to file an amended supplemental memorandum by plaintiff USA in 2:97-cv-01166 (gk) [Entry date 10/27/97] [2:97cv1166] |
| 10/29/97 | 32 | APPLICATION by plaintiff USA for leave to file instanter corrected copy of supplemental memorandum (ljr) [Entry date 10/30/97] [2:97cv1166] |
| 11/5/97 | 33 | CONTINUED NOTICE of taking depositions and request for documents by defendant William L Sefton (chl) [Entry date 11/06/97] [2:97cv1166] |
| 11/6/97 | 34 | ORDER by Senior Judge Milton L. Schwartz ORDERING application by USA for leave to file a corrected supplemental memorandum is [32-1] GRANTED (cc: all counsel) (rgd) [Entry date 11/06/97] [2:97cv1166] |
| 11/18/97 | 35 | NOTICE by plaintiff USA in 2:97-cv-01166 of motion for protective order (cld) [Entry date 11/19/97] [2:97cv1166] |
| 11/18/97 | 36 | MOTION for protective order by plaintiff USA in 2:97-cv-01166 motion TO BE HEARD by Senior Judge Milton L. Schwartz; Motion Hearing Set For 1/23/98 at 9:00 (cld) [Entry date 11/19/97] [2:97cv1166] |
| 11/18/97 | 37 | MEMORANDUM by plaintiff USA in 2:97-cv-01166 in support of motion for protective order [36-1] (cld) [Entry date 11/19/97] [2:97cv1166] |
| 11/25/97 | 38 | NOTICE by defendants in 2:97-cv-01166 regarding lodging of deposition of Dennis Brown, Vicky Vandervelt, Christopher Gerhart and Leah Bass (gm) [Entry date 11/26/97] [2:97cv1166] |
| 11/25/97 | 39 | PROOF OF SERVICE by defendants in 2:97-cv-01166 of substitution of attorney (gm) [Entry date 11/26/97] [2:97cv1166] |
| 11/25/97 | 40 | OBJECTIONS by defendant in 2:97-cv-01166 to admission of plaintiff's evidence (gm) [Entry date 11/26/97] [2:97cv1166] |
| 11/25/97 | 41 | RESPONSE (OPPOSITION) by defendant in 2:97-cv-01166 to motion for protective order by plaintiff USA [36-1] (gm) [Entry date 11/26/97] [2:97cv1166] |
| 11/25/97 | 42 | DECLARATION of C Scott Grace in opposition to plaintiff's motion for preliminary injunction [36-1] (gm) [Entry date 11/26/97] [2:97cv1166] |
| 11/25/97 | 43 | DECLARATION of William Sefton in opposition to plaintiff's motion for preliminary injunction [36-1] (gm) [Entry date 11/26/97] [2:97cv1166] |
| 11/25/97 | | LODGED order denying plaintiff's motion for preliminary |

|  |  |  |
|---|---|---|
|  |  | injunction against defendants Sefton and Grace by defendants in 2:97-cv-01166 (gm) [Entry date 11/26/97] [2:97cv1166] |
| 11/25/97 | 44 | CONTROVERTING AFFIDAVIT of Robert L Henkell filed pursuant to special status conference order entered 10/2/97 (de) [Entry date 11/26/97] [2:97cv1166] |
| 12/2/97 | 45 | MOTION to strike govt's corrected supplemental memorandum in support of motion for preliminary injunction by dft Robert L Henkell; motion TO BE HEARD by Senior Judge Milton L Schwartz (dmb) [Entry date 12/04/97] [2:97cv1166] |
| 12/2/97 | -- | LODGED Proposed Order granting dft's motion to strike by defendant Robert L Henkell (dmb) [Entry date 12/04/97] [2:97cv1166] |
| 12/4/97 | 46 | ORDER by Senior Judge Milton L. Schwartz: substituting attorney Stephen James Russell as counsel for dft C Scott Grace in 2:97cv1166 (cc: all counsel) (dd) [Entry date 12/04/97] [2:97cv1166] |
| 12/8/97 | 47 | BRIEF by USA in 2:97-cv-01166 in opposition to plt's motion to consolidate (ndd) [Entry date 12/09/97] [2:97cv1166] |
| 12/9/97 | 48 | NOTICE of hearing; motion for preliminary injunction HEARING CONTINUED to February 3-4, 1998 at 9:00 (mc) [Entry date 12/10/97] [2:97cv1166] |
| 1/29/98 | 49 | REQUEST to excuse a subpoena in a civil case by Stan N Capito (chl) [Entry date 01/30/98] [2:97cv1166] |
| 1/30/98 | 50 | MEMORANDUM by defendant in opposition to govt's motion for preliminary injunction [48-2] (gk) [Entry date 02/02/98] [2:97cv1166] |
| 2/3/98 | 51 | NOTICE by defendant William L Sefton of association of attorney Spencer T Malysiak (mp) [Entry date 02/04/98] [2:97cv1166] |
| 2/3/98 | 52 | MINUTES before Senior Judge Milton L. Schwartz motion for protective order by plaintiff USA [36-1]; parties discussed logistics; further HEARING SET FOR 9:00 2/17/98; government call witness sworn and testifies; cross; recess until 2/4/98 at 9:00; C/R Susan Vaughn (mp) [Entry date 02/06/98] [2:97cv1166] |
| 2/4/98 | 53 | MINUTES before Senior Judge Milton L. Schwartz motion for protective order by plaintiff USA [36-1]; continued cross of witness Sainsbury; redirect, re-cross; court addresses underlying complaint; witness Henkle, direct, cross; exhibits 3-9 introduced; exhibits A-B introduced; exhibits RLH 1-10 moved and admitted; exhibits RLH A-B moved and admitted; court addresses possible conflict in representation of dfts, court addresses Henkle to clarify terms used during testimony; court in recess; HEARING SET FOR 9:00 2/17/98 C/R Kacy Parker (mp) [Entry date 02/06/98] [2:97cv1166] |
| 2/10/98 | 54 | DESIGNATION of Deposition Testimony by plaintiff USA (gk) [Entry date 02/11/98] [2:97cv1166] |
| 2/17/98 | 55 | DESIGNATION OF DEPOSITION of Rodger K. Paulson taken on the following date(s) 01/13/98 (kb) [Entry date 02/17/98] [Edit date 02/18/98] [2:97cv1166] |
| 2/17/98 | 56 | MINUTES of Preliminary Injunction Hearing before Senior Judge Milton L Schwartz: witness Stan Capito; cross exam of Capito; atty Mehan (for witness Sandra Jeffries) addresses court; noon recess; court resumes; Robert Henkell recalled; |

|  |  |  |
|---|---|---|
|  |  | re-direct of Sefton by atty Hurley; court recess 2/18/98 at 9:00am (dmb) [Entry date 02/18/98] [2:97cv1166] |
| 2/18/98 | 57 | MINUTES of law and motion before Senior Judge Milton L. Schwartz: motion for preliminary injunction by plaintiff USA [2-1] HEARING CONTINUED TO 9:00am on 3/24/98 C/R Mildred Butler/Capitol (rp) [Entry date 02/23/98] [2:97cv1166] |
| 3/18/98 | 58 | REPORTER'S TRANSCRIPT of pltf's motion for preliminary injunction on 2/3/98 before MLS; by C/R Susan Vaughan, no 9673 (pb) [Entry date 03/18/98] [2:97cv1166] |
| 3/24/98 | 62 | MINUTES of 3/24/98 hearing on preliminary injunction before Senior Judge Milton L. Schwartz; C/R Shelly Gulli, Capitol Reporters (rp) [Entry date 03/26/98] [2:97cv1166] |
| 3/25/98 | 59 | TRANSCRIPT of 2/17/98 hearing on proceedings by C/R Balinda Dunlap (gm) [Entry date 03/26/98] [2:97cv1166] |
| 3/25/98 | 60 | TRANSCRIPT of 2/18/98 hearing on preliminary injunction by C/R Mildred Butler (gm) [Entry date 03/26/98] [2:97cv1166] |
| 3/25/98 | 61 | TRANSCRIPT of 2/4/98 hearing on preliminary injunction, Vol II by C/R Kacy L Parker (gm) [Entry date 03/26/98] [2:97cv1166] |
| 4/24/98 | 63 | BRIEF by plaintiff USA re: availability of jury trial (km) [Entry date 04/27/98] [2:97cv1166] |
| 4/24/98 | 64 | BRIEF by defendant William L Sefton regarding availability of jury trial (gm) [Entry date 04/28/98] [2:97cv1166] |
| 4/27/98 | 65 | BRIEF by defendant Charles Scott Grace regarding availability of jury trial (km) [Entry date 04/28/98] [2:97cv1166] |
| 4/30/98 | 66 | BRIEF by defendants in support of of dfts' right to trial by jury (mp) [Entry date 05/04/98] [2:97cv1166] |
| 4/98 | 67 | BRIEF by defendants in support of defendnats' right to trial by jury (gm) [Entry date 05/05/98] [2:97cv1166] |
| 5/98 | 68 | BRIEF regarding conscious avoidance doctrine in Civil Cases by defendant William L Sefton in (km) [Entry date 05/06/98] [2:97cv1166] |
| 5/98 | 69 | BRIEF regarding viability of certain trusts by defendant William L Sefton (km) [Entry date 05/06/98] [2:97cv1166] |
| 5/98 | 70 | BRIEF regarding director reliance on expert advice by defendant William L Sefton (km) [Entry date 05/06/98] [2:97cv1166] |
| 5/98 | 71 | MEMORANDUM OF LAW by defendant Estate Preservation, Estate Preserv Inc, Robert L Henkell in support of the oral argument (km) [Entry date 05/06/98] [2:97cv1166] |
| 5/98 | 72 | MINUTES of preliminary injunction hearing before Senior Judge Milton L. Schwartz: William Sefton recalled; witness Joe Izen examined; Judge examines Sefton; USA motion for preliminary injunction submitted for decision; parties to file findings of fact and conclusions of law by 6/30/98; court to set further status conference after issuing a decision on the motion; C/R Casey Parker (dd) [Entry date 05/08/98] [2:97cv1166] |
| 5/98 | 73 | TRANSCRIPT of 5/5/98 before MLS hearing on motion for |

| | | |
|---|---|---|
| | | preliminary injunction by C/R Kacy L Parker (ljr) [Entry date 07/07/98] [2:97cv1166] |
| 6/98 | 74 | TRANSCRIPT of 5/5/98 before MLS  hearing on motion for preliminary injunction  by C/R Kacy L Parker (ljr) [Entry date 07/07/98] [2:97cv1166] |
| 10/98 | | LODGED Proposed Findings of Fact and Conclusions of Law of by plaintiff USA  (pb) [Entry date 07/10/98] [2:97cv1166] |
| 10/98 | 75 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by defendant Charles Scott Grace (ch1) [Entry date 07/13/98] [2:97cv1166] |
| 7/10/98 | 76 | PROPOSED FINDINGS of fact and conclusions of law submitted on behalf of dft William L Sefton (ljr) [Entry date 07/15/98] [2:97cv1166] |
| 7/10/98 | 77 | PROPOSED FINDINGS of fact and conclusions of law (gk) [Entry date 07/15/98] [2:97cv1166] |
| 13/98 | | LODGED Order for entry of finding of facts and conclusion of law and order denying govt's application for preliminary injunction by Estate Preservation, Estate Preserv Inc, Robert L Henkell (gk) [Entry date 07/16/98] [2:97cv1166] |
| 13/98 | 78 | MOTION for entry of Findings of FActs and Conclusions of Law and order denying govt's appl for preliminary injunction by defendant (gk) [Entry date 07/16/98] [2:97cv1166] |
| 13/98 | 80 | PROPOSED FINDINGS of fact and conclusions of law by dft Robert L Henkell (gk) [Entry date 07/17/98] [2:97cv1166] |
| 16/98 | 79 | PROOF OF SERVICE by defendant Charles Scott Grace  of their findings of facts and conclusions of law [77-1] (gm) [Entry date 07/16/98] [2:97cv1166] |
| 27/98 | 81 | LETTER to court from counsel for defendant William L Sefton requesting the court issue an order denying the preliminary injunction due to pltf's failure to file and serve the proposed findings of fact and conclusions of law by 7/10/98 (dd) [Entry date 07/28/98] [2:97cv1166] |
| 30/98 | 82 | NOTICE by counsel for dft Charles Scott Grace of change of address to Center Plaza Building, 2333 San Ramon Valley Blvd, Suite 475, San Ramon CA 94583 (ms) [Entry date 07/30/98] [2:97cv1166] |
| 11/98 | 83 | NOTICE OF MOTION AND MOTION to quash or modify subpoenas pursuant to the right to financial privacty act and FRCP 45 by movant Sandra E Jeffries, movant Steven E Bryan motion TO BE HEARD by Senior Judge Milton L. Schwartz; Motion Hearing Set For 11/13/98 at 9:00 (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 1/98 | 84 | MEMORANDUM OF POINTS AND AUTHORITIES by movant Sandra E Jeffries, movant Steven E Bryan in support of motion to quash or modify subpoenas [83-1] (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 1/98 | 85 | REQUEST for Judicial notice by movant Sandra E Jeffries, movant Steven E Bryan (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 1/98 | 86 | DECLARATION of Sandra E Jeffries [83-1] (ljr) [Entry date 09/01/98] [2:97cv1166] |
| 1/98 | 87 | DECLARATION of Steven E Bryan [83-1] (ljr) [Entry date 09/01/98] [2:97cv1166] |

| Date | # | Description |
|---|---|---|
| 9/10/98 | 88 | BRIEF IN OPPOSITION by plaintiff to motion to quash or modify subpoenas [83-1] (chl) [Entry date 09/11/98] [2:97cv1166] |
| 9/10/98 | 89 | DECLARATION of Charles Hurley in support of opposition to motion to quash subpoenas [88-1] (chl) [Entry date 09/11/98] [2:97cv1166] |
| 9/10/98 | 90 | AMENDED MOTION ( terminating original motion 83 ) to quash by movant Sandra E Jeffries, and Steven E Bryan Motion Hearing Set for 11/19/98 at 10:00 (rb) [Entry date 09/11/98] [2:97cv1166] |
| 9/16/98 | 91 | ORDER by Magistrate Judge Gregory G. Hollows ORDERING he court finds that Steven Bryan and Sandra Jeffries as individuals are customers of a financial institution; the court finds that the trust and the representative trustees of the trust are not persons whose records can be subpoenaed pursuant to RFPA; motion to quash by movant Sandra E Jeffries, and Steven E Bryan [90-1] DEFERRED until further order of the court; the government's previously filed opposition and declaration is deemed filed as of this date with the court to issue its RFPA ruling within 7 days; 11/19/98 hearing date is VACATED (cc: all counsel) (rp) [Entry date 09/16/98] [2:97cv1166] |
| 9/21/98 | 92 | ORDER by Magistrate Judge Gregory G. Hollows ORDERING motion to quash by movant Sandra E Jeffries, and Steven E Bryan [90-1] GRANTED (cc: all counsel) (gm) [Entry date 09/21/98] [2:97cv1166] |
| 9/23/98 | 93 | LETTER to court from counsel for plaintiff USA enclosing a courtesy copy of the brief in opposition to motion to quash or modify subpoenas (dd) [Entry date 09/24/98] [2:97cv1166] |
| 10/2/98 | 94 | REQUEST by plaintiff for reconsideration by the District Court of Magistrate Judges Ruling (chl) [Entry date 10/05/98] [2:97cv1166] |
| 10/2/98 | 95 | BRIEF by plaintiff in support of request for reconsideration by District Court of Magistrate Judge ruling [94-1] (chl) [Entry date 10/05/98] [2:97cv1166] |
| 10/5/98 | 96 | MEMORANDUM OF DECISION AND ORDER by Senior Judge Milton L. Schwartz ORDERING that the court has subject matter jurisdiction over this action; pltf is entitled to a preliminary injunction, pending trial and judgment in this court or further orders herein; because the court finds that the government is entitled to injunctive relief under section 7408(a), the court need not address the government's alternative contention that it is entitled to injunctive relief under section 7402(a) (cc: all counsel) (ms) [Entry date 10/06/98] [Edit date 10/06/98] [2:97cv1166] |
| 10/5/98 | 97 | PRELIMINARY INJUNCTION by Senior Judge Milton L. Schwartz pursuant to the Memorandum of Decision and Order filed 10/5/98 [96-1], dfts (1) Estate Preservation Services (2) Estate Preservation Services Inc (3) Robert L Henkell (4) Charles Scott Grace and (5) William L Sefton, and their respective officers, directors, employees, attorneys, and agents are hereby enjoined and restrained, pending trial and judgment in this court or further orders herein, from organizing, promoting, marketing or selling "Asset Preservation Trusts," "Estate Management Trusts," and any other abusive tax shelter, plan or arrangement which advises or encourages taxpayers to attempt to violate |

|  |  |  |
|---|---|---|
|  |  | internal revenue law or unlawfully evade the assessment or collection of their federal tax liabilities (cc: all counsel) (ms) [Entry date 10/06/98] [Edit date 10/06/98] [2:97cv1166] |
| 10/9/98 | 98 | OPPOSITION by movants Sandra Jeffries, and Steven Bryan to request for reconsideration by the District Court of Magistrate Judge's ruling [94-1] (rb) [Entry date 10/13/98] [2:97cv1166] |
| 10/13/98 |  | LODGED Document VACATED - Order on motion to strike lodged 12/2/97 (km) [Entry date 10/13/98] [2:97cv1166] |
| 10/13/98 |  | LODGED Document lodged 7/13/98 VACATED - not to be signed (km) [Entry date 10/13/98] [2:97cv1166] |
| 11/3/98 | 100 | INTERLOCUTORY APPEAL by dfts Estate Preservation, Estate Preserv Inc order granting the US applicaiton for preliminary injunction by MLS dated 10/5/98; receipt #188873 (ljr) [Entry date 11/09/98] [Edit date 11/09/98] [2:97cv1166] |
| 11/4/98 | 99 | INTERLOCUTORY APPEAL by defendant Charles Scott Grace to order filed 10/5/98 granting the US appl for preliminary injunction and the memorandum in support thereof; receipt #188778 (mll) [Entry date 11/05/98] [Edit date 11/09/98] [2:97cv1166] |
| 11/9/98 | 102 | TRANSCRIPT of 5/5/98 hearing on Motion for Preliminary Injunction by C/R Kacy L Parker (km) [Entry date 11/12/98] [2:97cv1166] |
| 11/10/98 | 101 | MAILED case information/docket fee payment notice, copy of Notice of Appeal to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (mll) [Entry date 11/10/98] [2:97cv1166] |
| 11/17/98 |  | NOTIFICATION by 9th Circuit of Appellate Docket Number 98-17149 (seal) [Entry date 11/17/98] [2:97cv1166] |
| 11/19/98 | 103 | MAILED case information/docket fee payment notice, copy of Notice of Appeal as to Robert L. Henkell, Estate Preservation Serv., et al., to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (ljr) [Entry date 11/19/98] [2:97cv1166] |
| 11/19/98 | 104 | CERTIFICATE OF RECORD transmitted to 9th Circuit [100-1] (notice sent) (ljr) [Entry date 11/19/98] [2:97cv1166] |
| 11/23/98 | 105 | NOTICE OF MOTION and motion to be relieved as counsel by defendant William L Sefton motion TO BE HEARD by Senior Judge Milton L. Schwartz ; (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 | 106 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant William L Sefton in support of motion to be relieved as counsel [105-1] (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 | 107 | EX PARTE by defendant William L Sefton application for order shortening time for motion to be relieved as counsel (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 |  | LODGED order relieving Spencer T. Malysiak as counsel by defendant William Sefton (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/23/98 |  | LODGED order shortening time for serving motion to be relieved as counsel by defendant William Sefton (ljr) [Entry date 11/24/98] [2:97cv1166] |

| Date | Doc# | Description |
|---|---|---|
| 11/23/98 | 108 | DECLARATION of Spencer T. Malysiak in support of motion to be relieved as counsel [105-1] (ljr) [Entry date 11/24/98] [2:97cv1166] |
| 11/25/98 | 109 | NOTIFICATION by 9th Circuit of Appellate Docket Number 98-17220 as to Robert L Henkel, Estate Preservation Serv (ljr) [Entry date 11/30/98] [2:97cv1166] |
| 12/3/98 | | LODGED substitution of atty by defendant William L Sefton (mll) [Entry date 12/03/98] [2:97cv1166] |
| 12/3/98 | 110 | ORDER by Senior Judge Milton L. Schwartz ORDERING withdrawing attorney Spencer T Malysiak for William L Sefton and substituting attorney Jon Robert Vaught (cc: all counsel) (mll) [Entry date 12/03/98] [2:97cv1166] |
| 12/3/98 | 111 | INTERLOCUTORY APPEAL by defendant William L Sefton to the Preliminary Injunction and the Memorandum of Decision and Order [97-1] [96-1] of Honorable Milton L Schwartz filed on 10/5/98 (mll) [Entry date 12/03/98] [2:97cv1166] |
| 12/3/98 | -- | LODGED Document order relieving Spencer T. Malysiak as counsel (not to be signed) (ljr) [Entry date 12/04/98] [2:97cv1166] |
| 12/3/98 | -- | LODGED Document order shortening time for serving motion to be relieved as counsel (ljr) [Entry date 12/04/98] [2:97cv1166] |
| 12/3/98 | 113 | RECEIPT of $105 for defendant William L Sefton re appeal fee (ljr) [Entry date 12/04/98] [2:97cv1166] |
| 12/3/98 | 114 | NOTICE by defendant Charles Scott Grace of withdrawal of notice of appeal by dft Grace [99-1] (ljr) [Entry date 12/04/98] [2:97cv1166] |
| 12/4/98 | 112 | MAILED case information/docket fee payment notice, copy of Notice of Appeal to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (mll) [Entry date 12/04/98] [2:97cv1166] |
| 12/11/98 | 115 | ORDER by Senior Judge Milton L. Schwartz ORDERING the order granting the motion to quash is AFFIRMED [90-1] (cc: all counsel) (ljr) [Entry date 12/11/98] [2:97cv1166] |
| 12/15/98 | -- | NOTIFICATION by 9th Circuit of Appellate Docket Number, 98-17297 (mll) [Entry date 12/16/98] [2:97cv1166] |
| 12/17/98 | 116 | TRANSCRIPT DESIGNATION and Ordering Form for dates 2/3/98, 2/4/98, 2/17/98, 2/18/98, 3/24/98, 3/25/98 and 5/5/98 re appeal [100-1] (ljr) [Entry date 12/21/98] [2:97cv1166] |
| 1/99 | 117 | NOTICE by counsel for defendant Charles Scott Grace of change of address to 511 Silver Lake Drive, Danville, CA 94526 (rb) [Entry date 08/30/99] [2:97cv1166] |
| 9/99 | | CLERK'S record on appeal transmitted to 9th Circuit original case file volumes 3 expandos 6 and certified copy of docket mailed to 9th Circuit (cc: all counsel) (rb) [Entry date 09/15/99] [2:97cv1166] |
| 9/99 | -- | NOTICE regarding receipt of district court files by CA 9th (gm) [Entry date 09/21/99] [2:97cv1166] |
| 9/99 | 118 | ORDER from 9th Circuit appeal; appellant C Scott Grace's response to the Court's 9/17/99 order to show cause, entitled "Conformation of withdrawal of Appeal", is so construed as a motion to voluntarily dismiss his appeal [99-1], so construed, the motion is granted; Appeal number 98-17149 only is DISMISSED (cc: all parties) (rb) |

|  |  |  |
|---|---|---|
| | | [Entry date ?,9] [2:97cv1166] |
| 3/17/00 | 119 | ORDER from 9th Circuit the decision of the District Court [111-1] is AFFIRMED (gm) [Entry date 03/20/00] [2:97cv1166] |
| 3/30/00 | | NOTICE regarding return of case file from CA 9th (gm) [Entry date 03/30/00] [2:97cv1166] |
| 4/18/00 | 120 | NOTICE of hearing scheduling conference for 9:00 9/15/00 (cc: ) (gm) [Entry date 04/19/00] [2:97cv1166] |
| 9/15/00 | 121 | MINUTES before Senior Judge Milton L. Schwartz further scheduling conf for 9:00 3/9/01; govt to file SJ motion filing ddl set for 11/3/00; dfts opposition ddl 12/4/00; govt's reply ddl 1/4/00; hearing date for 1/19/01; atty Eizen will file motion to w/draw w/i 7 days (ljr) [Entry date 09/18/00] [2:97cv1166] |
| 9/19/00 | 122 | SCHEDULING CONFERENCE ORDER by Senior Judge Milton L. Schwartz further status conference for 9:00 3/9/01 (cc: all counsel) (ljr) [Entry date 09/19/00] [2:97cv1166] |
| 9/25/00 | 123 | MOTION to withdraw attorney by Joe Izen for dfts Robert L Henkell, Estate Preservation, Estate Preserv Inc motion TO BE HEARD by Senior Judge Milton L. Schwartz ; (ndd) [Entry date 09/26/00] [2:97cv1166] |
| 9/25/00 | -- | LODGED Order granting Motion to withdraw attorney by dfts Estate Preservation, Estate Preserv Inc, Robert L Henkell (ndd) [Entry date 09/26/00] [2:97cv1166] |
| 10/3/00 | 124 | ORDER by Senior Judge Milton L. Schwartz ORDERING dfts motion to withdraw attorney Joe Alfred Izen Jr for Estate Preservation is GRANTED (cc: all counsel) (mll) [Entry date 10/03/00] [2:97cv1166] |
| 11/3/00 | 125 | ENTRY of Appearance by Don Dowie (ndd) [Entry date 11/06/00] [2:97cv1166] |
| 11/3/00 | 126 | MOTION for summary judgment by plaintiff USA motion TO BE HEARD by Senior Judge Milton L. Schwartz ; (ndd) [Entry date 11/06/00] [2:97cv1166] |
| 11/3/00 | 127 | MEMORANDUM OF POINTS AND AUTHORITIES by plaintiff USA in support of Motion for summary judgment [126-1] (ndd) [Entry date 11/06/00] [2:97cv1166] |
| 11/3/00 | 128 | US' STATEMENT of Undisputed Material Facts in support of Motion for summary judgment [126-1] (ndd) [Entry date 11/06/00] [2:97cv1166] |
| 11/7/00 | 129 | MOTION for summary judgment by plaintiff USA TO BE HEARD by Honorable David F. Levi; Motion Hearing SET For 9:00 1/19/01 (dc) [Entry date 11/08/00] [2:97cv1166] |
| 11/9/00 | 130 | AMENDED NOTICE by plaintiff USA of hearing motion for summary judgment by plaintiff USA [126-1] HEARING SET FOR 9:00 1/19/01 () (khl) [Entry date 11/13/00] [2:97cv1166] |
| 12/4/00 | | LODGED proposed order re injunctive relief by plaintiff (us) [Entry date 12/04/00] [2:97cv1166] |
| 12/4/00 | 131 | RESPONSE by defendant Robert L Henkell to statement of undisputed facts [128-1] (ea) [Entry date 12/05/00] [2:97cv1166] |
| 12/4/00 | 132 | OBJECTIONS by defendant Robert L Henkell to motion for summary judgment [126-1] (ea) [Entry date 12/05/00] [2:97cv1166] |

| Date | # | Description |
|---|---|---|
| 12/5/00 | 133 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION by defendant William L Sefton to motion for summary judgment by plaintiff USA [126-1] (as) [Entry date 12/06/00] [2:97cv1166] |
| 12/5/00 | 134 | DECLARATION of William L Sefton in support of opposition to motion for summary judgment [133-1] (as) [Entry date 12/06/00] [2:97cv1166] |
| 12/5/00 | 135 | DECLARATION of Steve McNulty in support of opposition to motion for summary judgment [133-1] (as) [Entry date 12/06/00] [2:97cv1166] |
| 12/5/00 | 136 | DECLARATION of Howard Emirhanian in support of opposition to motion for summary judgment [133-1] (as) [Entry date 12/06/00] [2:97cv1166] |
| 12/5/00 | 137 | DECLARATION of L G Marlette Jr in support of opposition to motion for summary judgment [133-1] (as) [Entry date 12/06/00] [2:97cv1166] |
| 12/5/00 | 138 | RESPONSE by defendant William L Sefton to USA's statement of undisputed facts in support of summary judgment [128-1] (as) [Entry date 12/06/00] [2:97cv1166] |
| 12/6/00 | 139 | RESPONSE by defendant Charles Scott Grace to motion for summary judgment by plaintiff USA [126-1] (as) [Entry date 12/07/00] [2:97cv1166] |
| 12/6/00 | 140 | DECLARATION of Stephen J Russell in clarification of unintentional but significant misstaement of facts by the US (as) [Entry date 12/07/00] [2:97cv1166] |
| 12/6/00 | 141 | PROOF OF SERVICE by defendant Charles Scott Grace of [140-1], [139-1] (as) [Entry date 12/07/00] [2:97cv1166] |
| 1/3/01 | 142 | US' REPLY re motion for summary judgment [126-1] (ndd) [Entry date 01/04/01] [2:97cv1166] |
| 1/10/01 | 143 | NOTICE: from C Lydon motion for summary judgment by plaintiff USA [126-1] HEARING RESET FOR 9:30 1/19/01 (ndd) [Entry date 01/11/01] [2:97cv1166] |
| 1/11/01 | 144 | RESPONSE by defendant Robert L Henkell to US' Reply re summary judgement [142-1] (ndd) [Entry date 01/12/01] [2:97cv1166] |
| 1/18/01 | 145 | RESPONSE by defendant Charles Scott Grace to motion for summary judgment by plaintiff USA [126-1] (ndd) [Entry date 01/19/01] [2:97cv1166] |
| 1/18/01 | 146 | DECLARATION of Stephen J Russell in clarification of unintentional but significant misstatment of facts by US [145-1] (ndd) [Entry date 01/19/01] [2:97cv1166] |
| 1/19/01 | 147 | PROOF OF SERVICE by defendant Charles Scott Grace of [146-1], [145-1] (ndd) [Entry date 01/19/01] [2:97cv1166] |
| 1/19/01 | 148 | MINUTES before Senior Judge Milton L. Schwartz motion for summary judgment by plaintiff USA [126-1] SUBMITTED; plt to file statement by 1/29/01 specifically regarding its requests regarding Grace and Sefton C/R L Howard (ndd) [Entry date 01/22/01] [2:97cv1166] |
| 01/30/01 | 149 | LETTER to court from counsel for USA enclosed full transcript of the portion of the preliminary injunction held on 3/24/98 (ndd) [Entry date 02/01/01] [2:97cv1166] |

| Date | Doc # | Description |
|---|---|---|
| 1/31/01 | 150 | LETTER to court from counsel for USA re settlement possibilities with dfts Sefton and Grace pursuant to court's verbal order of 1/19/01 (ndd) [Entry date 02/02/01] [2:97cv1166] |
| 1/13/01 | 151 | BRIEF REPLY LETTER to court from counsel for defendant Charles Scott Grace in response to the 1/26/01 ltr submitted by the US at the special request of Honorable MLS (ea) [Entry date 02/14/01] [2:97cv1166] |
| 2/20/01 | 152 | LETTER to court from counsel for plaintiff USA re Mr. Russell letter (hk) [Entry date 02/21/01] [2:97cv1166] |
| 2/22/01 | 153 | ORDER by Senior Judge Milton L. Schwartz ORDERING that dfts and all in active concert and participation w/them are permanently enjoined from directly/indirectly organizing, promoting, marketing or selling Asset Preservation trusts (see order for specific details); FURTHER ORDERED that dft Robert L Henkell is required to contact all taxpayers; FURTHER ORDERED that dft Henkell is directed to turn over to the United States any records in his possession; FURTHER ORDERED that the described section 6700 penalty assessments are reduced to judgment against dft Robert L Henkell in the amount of $1,254,000 and against dft Estate Preservation Services of $1,254,000 separately (cc: all counsel) (seal) [Entry date 02/22/01] [2:97cv1166] |
| 2/22/01 | 154 | JUDGMENT entered against dft Robert L Henkell in the amount of $1,254,000 and against dft Estate Preservation Services, a Trust, in the amount of $1,254,000 separately by Senior Judge Milton L. Schwartz pursuant to order entered 2/22/01 [153-1] (cc: all counsel) (as) [Entry date 02/22/01] [2:97cv1166] |
| 2/26/01 | 155 | LODGED Document Order submitted 12/1/00 [0-0] VACATED (bd) [Entry date 02/26/01] [2:97cv1166] |
| 2/26/01 | 156 | REQUEST for clarification of court order of 2/22/01 by defendant Robert L Henkell (ndd) [Entry date 02/27/01] [2:97cv1166] |
| 3/12/01 | 157 | MOTION to extend time to respond to request for clarification of court's 2/22/01 order by plaintiff USA motion TO BE HEARD by Senior Judge Milton L. Schwartz ; (ndd) [Entry date 03/13/01] [2:97cv1166] |
| 3/12/01 | 158 | MEMORANDUM OF POINTS AND AUTHORITIES by plaintiff USA in support of Motion to extend time to respond to motion for clarification [157-1] (ndd) [Entry date 03/13/01] [2:97cv1166] |
| 3/12/01 | 159 | AFFIDAVIT of Don Dowie in support of US' Motion to extend time to respond to motion for clarification [157-1] (ndd) [Entry date 03/13/01] [2:97cv1166] |
| 3/12/01 | | LODGED Order permitting to file a response to motion for clarification by plaintiff USA (ndd) [Entry date 03/13/01] [2:97cv1166] |
| 3/16/01 | 160 | ORDER by Senior Judge Milton L. Schwartz ORDERING that US shall have until 3/17/01 to file a response to dft' request for clarification [156-1] is GRANTED (cc: all counsel) (ndd) [Entry date 03/19/01] [2:97cv1166] |
| 3/19/01 | 161 | MOTION to stay ruling on request for clarification by plaintiff USA motion TO BE HEARD by Senior Judge Milton L. Schwartz (ndd) [Entry date 03/20/01] [2:97cv1166] |

| Date | Doc # | Entry |
|---|---|---|
| 3/19/01 | 162 | BRIEF by USA in support of Motion to stay ruling on request [161-1] and ... (ndd) [Entry date 03/20/01] [2:97cv1166] |
| 3/19/01 | 162 | ... and RESPONSE by USA to Request for clarification [156-1] (ndd) [Entry date 03/20/01] [2:97cv1166] |
| 3/19/01 | | LODGED Order granting US' motion to stay ruling (ndd) [Entry date 03/20/01] [2:97cv1166] |
| 3/19/01 | 163 | ORDER by Senior Judge Milton L. Schwartz ORDERING that motion to stay ruling on request for clarification by plaintiff USA [161-1] GRANTED; US shall have until 60 days from the date of this order to file a response to Henkell's request; the US may take discovery for the purpose of determining Henkell's ability to comply with the affirmative portions of the injunction, as that injunction is presently written; Case STAYED as to 5/19/01 (cc: all counsel) (ndd) [Entry date 03/21/01] [2:97cv1166] |
| 4/10/01 | 164 | TRANSCRIPT of 1/19/01 hearing on by C/R Laurie A Howard (kdc) [Entry date 04/11/01] [2:97cv1166] |
| 4/23/01 | 165 | NOTICE OF APPEAL by defendant William L Sefton from District Court decision re order [153-1] ( fee status paid receipt# 202 5503 ) (hk) [Entry date 04/24/01] [2:97cv1166] |
| 4/27/01 | 166 | RESPONSE by defendant Robert L Henkell to government's request for interrogatories and for production of documents as post-judgment discovery (ea) [Entry date 04/30/01] [2:97cv1166] |
| 4/30/01 | 167 | MAILED case information/docket fee payment notice, copy of Notice of Appeal and appealed 2/22/01 judgment [154-1] to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (hk) [Entry date 04/30/01] [2:97cv1166] |
| 5/2/01 | 168 | CERTIFICATE OF SERVICE by defendant William L Sefton in re Notice of Appeal [165-1] (mml) [Entry date 05/04/01] [2:97cv1166] |
| 5/8/01 | 169 | NOTICE OF APPEAL by defendant William L Sefton from District Court decision re judgment [154-1], re order [153-1] ( ) (ndd) [Entry date 05/09/01] [2:97cv1166] |
| 5/9/01 | 171 | LETTER to court from Donald Dowie, US Dept of Justice Tax Division enclosing a copy of their letter to Robert L Henkell transmitting to him the Estate Preservation Services' client list (ea) [Entry date 05/10/01] [2:97cv1166] |
| 5/9/01 | -- | NOTIFICATION by 9th Circuit of Appellate Docket Number 01-15878 (ea) [Entry date 05/10/01] [2:97cv1166] |
| 5/9/01 | 170 | MAILED case information/docket fee payment notice, copy of Notice of Appeal and appealed 2/22/01 judgment [154-1] to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (ndd) [Entry date 05/10/01] [2:97cv1166] |
| 5/10/01 | 172 | NOTICE by defendant Robert L Henkell of compliance re: court order of 2/22/01 [153-1] (kdc) [Entry date 05/11/01] [2:97cv1166] |
| 5/30/01 | | LODGED proposed order regarding an extension to respond to dft's request dft by plaintiff USA (ak) [Entry date 06/01/01] [2:97cv1166] |
| 5/30/01 | 173 | NOTICE OF MOTION AND MOTION to extend time to respond to |

| | | |
|---|---|---|
| | | motion for clarification by plaintiff USA motion HEARD by Senior Judge Milton L. Schwartz ; Motion hearing not noticed (ak) [Entry date 06/01/01] [2:97cv1166] |
| 06/01 | 174 | MEMORANDUM OF POINTS AND AUTHORITIES by plaintiff USA in SUPPORT of motion to extend time to respond to motion for clarification by plaintiff USA [173-1] (ak) [Entry date 06/01/01] [2:97cv1166] |
| 06/01 | 175 | DECLARATION of Don Dowie in support of pltf's motion for extension of time [173-1] (ak) [Entry date 06/01/01] [2:97cv1166] |
| 6/01 | 176 | ORDER by Senior Judge Milton L. Schwartz ORDERING motion to extend time to respond to motion for clarification by plaintiff USA [173-1] is GRANTED; ORDER that the United States shall have until June 8, 2001 to file a response to Henkell's request is [0-0] GRANTED (cc: all counsel) (ea) [Entry date 06/06/01] [Edit date 06/06/01] [2:97cv1166] |
| 6/8/01 | 177 | NOTICE OF MOTION AND MOTION for modification of permanent injunction by plaintiff USAmotion TO BE HEARD by Senior Judge Milton L. Schwartz; Motion Hearing Set For 9:00 9/14/01 (ea) [Entry date 06/11/01] [2:97cv1166] |
| 6/8/01 | 178 | BRIEF by plaintiff USA in support of motion for modification of permanent injunction [177-1] (ea) [Entry date 06/11/01] [2:97cv1166] |
| 6/8/01 | -- | LODGED Order re: modifying the permanent injunction by plaintiff USA (ea) [Entry date 06/11/01] [2:97cv1166] |
| 6/11/01 | -- | ABSTRACT OF JUDGMENT issued as to Robert L Henkel in the amount of $1,254,000 (cc: all counsel) (pb) [Entry date 06/12/01] [2:97cv1166] |
| 6/21/01 | 179 | NOTICE by C Lydon of hearing motion for modification of permanent injunction [177-1] HEARING RESET and ACCELERATED from 9/14/01 FOR 9:00 8/17/01 (kf) [Entry date 06/22/01] [2:97cv1166] |
| 6/26/01 | -- | LODGED Order re motion to accept notice of compliance by dft Robert L Henkell (kf) [Entry date 06/27/01] [Edit date 04/17/02] [2:97cv1166] |
| 6/26/01 | 180 | RESPONSE by defendant Robert L Henkell to motion for modification of permanent injunction by plaintiff USA [177-1] (kf) [Entry date 06/27/01] [2:97cv1166] |
| 6/26/01 | 204 | MOTION to accept notice of compliance by defendant Robert L Henkell motion TO BE HEARD by Senior Judge Milton L. Schwartz ; Motion Hearing Set For 8/17/01 9:00am (ndd) [Entry date 04/17/02] [2:97cv1166] |
| 6/26/01 | | LODGED Document: Proposed Order re Motion to accept notice of compliance lodged on 6/26/01 (NOT TO BE SIGNED PER JUDGE) (ndd) [Entry date 04/17/02] [2:97cv1166] |
| 8/1/01 | 181 | RESPONSE by plaintiff USA to Henkell's motion to accept notice of compliance (hk) [Entry date 08/01/01] [2:97cv1166] |
| 8/1/01 | 182 | REPLY by plaintiff USA to response to motion for modification of permanent injunction by plaintiff USA [177-1] (hk) [Entry date 08/01/01] [2:97cv1166] |
| 8/14/01 | 183 | NOTICE of lodging of 5/10/01 depostion of Robert L Henkell by plaintiff USA (bd) [Entry date 08/15/01] [2:97cv1166] |
| 8/17/01 | 184 | MINUTES of motion hearing before Senior Judge Milton L. |

|  |  |  |
|---|---|---|
|  |  | Schwartz; motion to modify permanent injunction by USA [177-1] and motion to accept note of compliance SUBMITTED; Government to submit to court no later than 8/31/01 a proposed notice for publication; pltf has until 9/14/01 to respond C/R Sandra von Halnel (bd) [Entry date 08/20/01] [2:97cv1166] |
|  | 185 | LETTER to court from counsel for plaintiff USA regarding a draft proposed notice and asking the court to hold its ruling on the motion for modification in abeyance until the gov't completes its Rule 69 judgment collection discovery (ndd) [Entry date 09/05/01] [2:97cv1166] |
| 9/13/01 | 186 | RESPONSE by defendant Robert L Henkell to motion for modification of permanent injunction by plaintiff USA [177-1] (ea) [Entry date 09/14/01] [2:97cv1166] |
| 10/16/01 | 187 | NOTICE of hearing by CRD: the USA is seeking to stay proceedings including the court's ruling on the submitted motion to modify the permanent injunction; hearing to review the request to stay set for 9:00 11/16/01; the hearing will be conducted at the same time as the hearing on the pending motion ( cc: all counsel) (ea) [Entry date 10/18/01] [2:97cv1166] |
| 10/22/01 | 188 | NOTICE by plaintiff regarding motion to compel responses to post-judgment discovery requests (daw) [Entry date 10/23/01] [2:97cv1166] |
| 10/22/01 | 189 | MOTION to compel responses to post-judgment discovery requests by plaintiff; Motion Hearing Set for 10:00 11/15/01 (daw) [Entry date 10/23/01] [2:97cv1166] |
| 10/22/01 | 190 | Joint STATEMENT by plaintiff regarding post judgment discovery disagreements in support of Motion to compel [189-1] (daw) [Entry date 10/23/01] [2:97cv1166] |
| 10/25/01 | 191 | ORDER by Gregory G Hollows Magistrate Judge ORDERING the parties are directed to file their joint statements no later than 5 court days before the scheduled hrg; the filing ddl for the joint statement is 11/8/01 [189-1] (cc: all counsel) (ljr) [Entry date 10/25/01] [2:97cv1166] |
| 10/30/01 | 192 | RESPONSE by defendant Robert L Henkell to motion to compel responses to post-judgment discovery requests by plaintiff [189-1] (mdp) [Entry date 10/31/01] [2:97cv1166] |
| 10/31/01 | 193 | RESPONSE by defendant Robert L Henkell to motion to compel responses to post-judgment discovery requests by plaintiff [189-1] (ps/GGH for insufficient copies) (daw) [Entry date 11/01/01] [Edit date 11/01/01] [2:97cv1166] |
| 11/13/01 | -- | ORDER by Gregory G Hollows Magistrate Judge ORDERING re motion response to USA's motion to compel responses to post-judgment discovery requests [193-1] with insufficient copies APPROVED as filed (mdk) [Entry date 11/13/01] [2:97cv1166] |
| 11/15/01 | 194 | MINUTES of proceedings before Magistrate Judge Gregory G. Hollows motion to compel responses to post-judgment discovery requests by plaintiff [189-1] GRANTED; Court instructs dft to answer pltf questions within 30 days; appearances by Donald Dowie and Bob Henkell; Court to issue order (daw) [Entry date 11/16/01] [2:97cv1166] |
| 11/16/01 | 195 | MINUTES of proceeding before Senior Judge Milton L. Schwartz hearing re request for stay set for 9:00 4/19/02 C/R Gloria Yett (hk) [Entry date 11/19/01] [2:97cv1166] |
| 11/30/01 | 196 | MEMORANDUM ORDER by Gregory G Hollows Magistrate Judge |

|  |  |  |
|---|---|---|
|  |  | ORDERING mot[ion] compel responses to post-judgment discovery requests by plaintiff [189-1] GRANTED; dft Henkell was directed to respond, within 30 days, without objection, to the post judgment discovery propounded by plt USA; the request of the US for sanctions was denied, without prejudice to its renewal in the event of further proceedings pertaining to the discovery at issue (cc: all counsel) (ndd) [Entry date 11/20/01] [2:97cv1166] |
| 11/01 | 197 | ORDER by Senior Judge Milton L. Schwartz ORDERING that pltf's request for additional time for discovery until 4/18/02 at 9:00 a.m., at which time the court will hold a hrg to determine Robert L. Henkell's ability to comply with pltf's discovery; from the date of this order to the hrg date of 4/18/02, further action on pltf's currently pending motion to modify the permanent injunction is stayed (cc: all counsel) (hk) [Entry date 11/21/01] [2:97cv1166] |
| 12/3/01 | 198 | COMPLIANCE WITH COURT ORDER REGARDING REQUIRED RESPONSES TO MISSING INTERROGATORIES AND THE PRODUCTION OF MISSING DOCUMENTS AS REQUESTED BY THE GOVERNMENT UNDER RULE 69 by defendant Robert L Henkell (pw) [Entry date 12/04/01] [2:97cv1166] |
| 12/4/01 | 199 | NOTICE OF MOTION to Modify Injunction by plaintiff USA Motion TO BE HEARD by Senior Judge Milton L Schwartz Motion Hearing Set For 4/18/02 at 9:00 (mml) [Entry date 12/05/01] [2:97cv1166] |
| 12/4/01 | -- | LODGED Order (proposed) to obtain 150 days to conduct post-judgment collection discovery by plaintiff USA (mml) [Entry date 12/10/01] [2:97cv1166] |
| 12/12/01 | -- | LODGED Document: order proposed lodged on 12/4/01 (NOT TO BE SIGNED PER JUDGE) (seal) [Entry date 12/13/01] [2:97cv1166] |
| 1/22/02 | 200 | ORDER from 9th Circuit: This appeal is stayed until February 19, 2002 (hk) [Entry date 01/22/02] [2:97cv1166] |
| 4/10/02 | 201 | UNOPPOSED MOTION to withdraw motion to modify or amend injunction by plaintiff USA motion TO BE HEARD by Senior Judge Milton L. Schwartz; Motion Hearing Set For April 18, 2002 (hk) [Entry date 04/11/02] [2:97cv1166] |
| 4/10/02 | 202 | BRIEF by plaintiff USA in support of unopposed motion [201-1] (hk) [Entry date 04/11/02] [2:97cv1166] |
| 4/10/02 | -- | LODGED order to withdraw motion by plaintiff USA (hk) [Entry date 04/11/02] [2:97cv1166] |
| 4/16/02 | 203 | ORDER by Senior Judge Milton L Schwartz ORDERING: Motion for Modification of Permanent Injunction by plaintiff USA [177-1] WITHDRAWN (cc: all counsel) (mml) [Entry date 04/16/02] [2:97cv1166] |
| 4/16/02 | 205 | COURT NOTICE: from CRD in light of the court's 4/16/02 order granting pltf's motion to withdraw its motion to modify the permanent injunction, motion to accept notice of compliance by dft Robert L Henkell [204-1] is MOOT (cc: all counsel) (ljr) [Entry date 04/17/02] [2:97cv1166] |
| 4/17/02 | -- | LODGED Document: order (proposed) lodged on 6/8/01 (NOT TO BE SIGNED PER JUDGE) (ljr) [Entry date 04/17/02] [2:97cv1166] |
| 04/02 | 206 | MAIL returned [203-1] addressed to defendant Charles Scott Grace; Marked: Forward time expired; 608B E Boronda Rd, Salinas, CA 93906-3129 (nac) [Entry date 04/23/02] |

| Date | Doc# | Entry |
|---|---|---|
| 4/25/02 | | RESERVICE of DOCUMENT(S) Order [203-1] addressed to plaintiff and defendants (ds) [Entry date 04/25/02] [2:97cv1166] |
| 5/1/02 | | RESERVICE of DOCUMENT(S) by CRD notice of court [205-1] addressed to plaintiff USA, defendant Estate Preservation, defendant Estate Preserv Inc, defendant Robert L Henkell, defendant Charles Scott Grace, defendant William L Sefton, movant Sandra E Jeffries, movant Steven F. Bryan (hk) [Entry date 05/02/02] [2:97cv1166] |
| 5/2/02 | 207 | MAIL returned [205-1] addressed to defendant Estate Preserv Inc (hk) [Entry date 05/03/02] [2:97cv1166] |
| 7/22/02 | 208 | ORDER from 9th Circuit: appellant's motion to dismiss this appeal is granted; the parties shall bear their own costs and atty's fees on appeal; a certified copy of this order shall serve as the mandate of this court (hk) [Entry date 07/22/02] [2:97cv1166] |

Case Flags:
TERMED
REFER

END OF DOCKET: 2:97cv1166

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2003 10:41:50 | | | |
| PACER Login: | ia0005 | Client Code: | Henkel |
| Description: | docket report | Search Criteria: | 2:97cv01166 |
| Billable Pages: | 25 | Cost: | 1.75 |