## 4-8. ADVOCATE

### Rule 4-3.1 Meritorious Claims and Contentions

### Comment

### Rule 4-3.2 Expediting Litigation

A lawyer shall make reasonable efforts to expedite litigation consistent with the interests of the client.

### Comment

### Rule 4-3.3 Candor Toward the Tribunal

**(a) False Evidence; Duty to Disclose.** A lawyer shall not knowingly:

### Comment

EXHIBIT
K

### Rule 4-3.4  Fairness to Opposing Party and Counsel

A lawyer shall not:

Rule 4-3.5  Impartiality and decorum of the tribunal

**Comment**

Rule 4-3.6  Trial Publicity

**Comment**

Rule 4-3.7  Lawyer as witness

**Comment**

Rule 4-3.8  Special responsibilities of a prosecutor

**Comment**