```
PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764

(808) 962-0025

Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

Attorneys for Defendant
Stephen B. Wilson
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | CR. NO. CR05-00342 HG |
| vs. | § | INDICTMENT |
| STEPHEN B. WILSON, | § | [26 U.S.C. § 7201] |
| Defendant. | § | PROPOSED ORDER |

### ORDER ON ORDER TO SHOW CAUSE

BEFORE the Court on this the ____ day of _____, 2006, came on to be heard the Response of the Defendant, Stephen B. Wilson's counsel pro hac vice, Joe Alfred Izen, Jr. and the Court, after due consideration of same, is of the opinion that relief SHOULD / SHOULD NOT BE GRANTED. It is therefore;

ORDERED that Joe Alfred Izen, Jr. IS / IS NOT discharged from the Order to Show Cause. It is further;

ORDERED that Joe Alfred Izen, Jr. SHALL PROCEED / SHALL NOT PROCEED as counsel for Defendant, Stephen B. Wilson, pro hac vice.

SIGNED on this the ____ day of _____, 2006.

_____
JUDGE PRESIDING

