

NO. 1001 / 03768

Central Institute of Forensic Science
Ministry of Justice
Nonthaburi 11120 Thailand
Tel:(66) 2 502 8300 Fax:(66) 2 502 8301

12th October 2005

To Whom It May Concern:

Stephen B. Wilson, M.D., F.A.C.O.G., is the Medical Consultant for the Missing Persons Identification Center of the Central Institute Forensic Science, a division of the Royal Thai Ministry of Justice, from May, 2005 to the present.

Prior to this time, he was a volunteer physician during the Tsunami Disaster in Phang-Nga, Thailand, from December 29, 2004 to February 3, 2005, under the service of the Ministry of Justice and the Royal Thai Army.

During the Tsunami Disaster Dr. Wilson participated in almost every phase of Disaster Victim Identification for the Kingdom of Thailand. His major contribution was formulating the diagnostic criteria to distinguish dimorphic and anthropometric criteria to distinguish the sexes and the races of human remains in advanced stages of decomposition, including completely skeletalized remains. He also led forensic and pathology teams in the examination and accurate recording of each of the deceased. He led a team that gathered DNA specimens from the remains that produced no cross-over contamination despite the severely restricted field conditions of that rural disaster area. He also assisted the dental teams as an assistant in gathering of dental data. His participation in every aspect of the processing of human remains resulted in his participating in the development of the continuous quality assurance system uniquely developed by myself. As a result he personally examined every single one of the more than 3,500 human remains in the Phang-Nga disaster area.

Dr. Wilson worked continuously under my direct supervision from December 29, 2004, until the end of Phase I of the disaster on February 3, 2005. He shared with me and the entire staff the extensive hardships of the severely limited living conditions under which the entire Kingdom of Thailand responded to the largest mass disaster ever recorded.

Since then he has worked extensively with the staff of CIFS in their forensic projects, foreign liaison, and training and evaluation. He took the lead in developing the forms for the institute, namely the antemortem, postmortem, crime scene, and missing persons by studying the methods of the United States (including military JPAC, the Dept. of Justice NCIC, DMORT, and FEMORS), Australia (Federal Police), and Interpol (Disaster Victim Identification). He continues to be a valued volunteer member of the staff, one of two retired physicians who generously contribute their time and expertise.

Sincerely yours,

(Khunying Porntip Rojanasunan)
M.D., Forensic Pathologist
Director General
Central Institute of Forensic Science,
Ministry of Justice,
Thailand

Exhibit "A"