

NO.1001/09162

Ministry of Justice
Solfware Park Building
Changwattana Rd.
Nonthaburi 11120 Thailand
Telephone: +662 502 6879

12th October 2005

To Whom It May Concern:

Dr. Stephen Wilson has been active with the training and education activities of the Central Institute of Forensic Sciences (CIFS), a division of the Ministry of Justice of the Kingdom of Thailand.

In July of this year, he accompanied me to Salt Lake City, Utah, to meet with Sorenson Genomics to follow up on the DNA specimens from the tsunami disaster. Along with the Dr. Chumsak Prueksapong and Dr. Porntip Rojanasunan, the Director and the Assistant Director of the CIFS respectively, we also met with the Attorney Generals Office, the FBI, and the Utah State Police. After that week he continued on to Washington D.C. to join members of the CIFS staff to attend the Forensic Anthropology course sponsored by the Smithsonian Institute and the Armed Forces Institute of Pathology (AFIP). This review course of the state of the art of the identification of human remains validated the criteria he led in developing for the victims of the tsunami disaster.

In August the four of us accompanied the Minister of Justice on official visits to Interpol and PST, the state police laboratory, in Lyon, France. Along with members of the Royal Thai Police and the Royal Thai Army, he was trained in Disaster Victim Identification (DVI) by the Australian Federal Police, the lead agency in this region.

In September, he and Dr. Porntip accompanied the Prime Minister and the Minister of Foreign Affairs on an official visit to the United Nations General Session in New York, followed by a visit to Washington DC where the Prime Minister met with the US President and other administrative officials. Dr. Wilson was part of the forensic team lead by Dr. Porntip that was offered in assistance to the relief efforts of hurricane Katrina.

During this most recent trip, the forensic team met with DNA experts from the 9/11 terrorist attack including Bode DNA Group, and had extensive meetings with the DEA, AFIP and the Secret Service.

He is in liason with the US embassy staff in Bangkok on behalf of CIFS, including representatives of the US State Department and the FBI legal attaches.

Exhibit "B"

Dr. Wilson is also involved with the close cooperation CIFS has developed with other countries, especially with Australia's Federal Police and the Victoria Institute of Forensic Medicine.

Later this month in October Dr. Porntip and Dr. Wilson will each be making a presentation to the Asia Disaster Preparedness Center of the World Health Organization, which is a major conference of state officials from all the countries affected by the tsunami.

We look forward to Dr. Wilson's continued voluntary association with the Ministry of Justice in general and to CIFS in particular. He has made significant contributions to our ongoing efforts at improving to international forensic standards, and especially with our relationships with foreign government agencies.

Sincerely yours,

*Manit Suthaporn*

Manit   Suthaporn
Deputy Permanent Secretary for Justice