# copy

NO.1001/ 3121

The Central Institute of
Forensic Science Thailand
Nontaburi 11120
Telephone: 662 502 8610

31 August B.E. 2549(2006)

Dear Ms. Ellie Asasaki,
Senior U.S. Probation Officer

With reference to your enquiry dated the 14th August, 2006 on the status of Dr. Stephen B. Wilson: I do hereby verify that Dr. Wilson has been a valued member – en gratis – of the Central Institute of Forensic Science (CIFS), The Royal Thai Ministry of Justice since the 26th December, 2004.

Following the occurrence of the tsunami on the 26th, the ensuing melee and extreme conditions necessitated international cooperation during the victim identification process; with over 50 participating nations. Dr. Wilson was of great value in both the development of the identification protocol for the Thai staffs and as a key liaison with international organizations and volunteers.

Dr. Wilson remained on site at Wat Yanyao throughout the entire period the CIFS was mobilized until the end of February, 2005.

Following official handover, ongoing attempts to verify the remains via DNA profiling achieved few successes. Dr. Wilson was key in the liaison with Sorensen Genomics, whose expertise in the profiling of DNA from degraded samples and from mitochondrial sources provided alternative avenues to conventional means.

Through his agency, in March of 2005 a delegation from the Ministry of Justice led by Deputy Permanent Secretary Manit Sutaporn was able to visit and cement humanitarian support from Sorensen Genomics culminating in the successful development of full DNA profiles from a large number of stored degraded samples.

Concurrently, Dr. Wilson organized a training visit for 9 members of the CIFS to Washington DC on the key subject of Forensic Anthropology necessary in the determination of the identity of latterly recovered remains exhibiting extreme decay. Through his agency and personal financial contribution the CIFS was able to benefit from this extra budgetary capacity augmentation.

During the period from March to July, 2005; Dr. Wilson assisted the CIFS in the laying of the groundwork for the Missing Persons Identification Centre (MPIC) focusing on the development of a standardized DVI protocol based upon the Interpol and DMORT templates.

Exhibit "C"

2

In August, 2005 Dr. Wilson accompanied a high ranking delegation from the Ministry to the Interpol Headquarter in Lyon and assisted myself and the former Director of the CIFS: Dr. Chumsak Pruksapong during our discussion with the Police Technique et Scientifique.

During the latter half of 2005, Dr. Wilson continued to assist the MPIC in its planning towards the exhumation of unidentified remains buried in both recorded paupers' cemeteries and in alleged mass burial sites.

Subsequent to Hurricane Katrina, Dr. Wilson accompanied the Prime Minister, myself and a team from the CIFS to extend Thailand's assistance to the recovery and identification processes.

As of January, 2006 Dr. Wilson has received official appointment as the Foreign Affairs Adviser to the MPIC and has continued in his work towards the promulgation of a functioning human identification laboratory. The Institute remains confident in his ability to further the course of its work and anticipates his resumption of duty in the near future.

Mass disaster, Uttaradidt, flood.

I trust this short summary of key events prove sufficient for the purpose of the US Hawaii Probation Office. Should you require additional details, please find me at your disposal.

Yours Sincerely

Khunying Porntip Rojanasunan
Acting Director
The Central Institute
of Forensic Science Thailand

Ms. Ellie Asasaki
Senior U.S. Probation Officer
Room C-110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0110
Tel. (808) 541 - 1283
Fax (808) 541 – 2110