

NO.1001/ 3125

The Central Institute of
Forensic Science Thailand
Nontaburi 11120
Telephone: 662 502 8610

1 September 2549(2006)

To Whom It May Concern:

This letter follows my previous letter of last year and states that Dr. Stephen Wilson continues to volunteer his services as medical consultant to the Missing Persons Identification Center of the Central Institute of Forensic Science (CIFS), Ministry of Justice, Kingdom of Thailand. His status with us remains unchanged.

Besides his on-going staff responsibilities, he recently took part in the following activities. Prior to his stay in the United States these last two months, he worked with us at the flood relief effort of Uttaratidt in northern Thailand, a mass disaster on a human scale larger than the damage done in New Orleans by Hurricane Katrina. He also arranged the visits of US forensic experts to work with this institute and to address the national forensic symposium. Furthermore, he helped to arrange our staff attendance at the Australian national forensic symposium (Syndney) in July. He also attended, with me, the briefing and symposium on missing persons at the US embassy in Bangkok, sponsored by the US State Department.

Yours Sincerely

Khunying Porntip Rojanasunan
Acting Director
The Central Institute
of Forensic Science Thailand

Exhibit "D"