

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

September 12, 2006

PHS Indian Health Center
P.O. Box 368
Kayenta, Arizona 86033

Stephen Wilson MD
10443 Wilshire Blvd #902
Los Angeles CA 90024

Dear Dr. Wilson,

I welcome your offer to volunteer your services as a physician in Ob/Gyn to the outpatient clinic of the Indian Health Service at Kayenta, AZ. This clinic has a significant load of high risk obstetrics from, among other conditions, gestational diabetes. Your prenatal work here would directly benefit my institution, as well as the IHS hospitals of Tuba City and Chinle, where our patients give birth.
Your services would be highly valued here. Kayenta is one of the most traditional areas of the reservation, where the Navajo culture is most intact. Many of our patients continue to live in their traditional ways, living in primitive dwellings without water or electricity and speaking only Navajo. Our clinic is one of the smaller ones on the reservation. There are 11 physicians. Although we don't do routine deliveries here, the family practitioners run a busy prenatal care clinic, with a significant share of high-risk patients. We also do end up doing a delivery in the ER once or twice a month. Presently, both prenatal providers are going on maternity/paternity leave, so we certainly could you help in the prenatal clinics/women's health clinics.

To finalize this agreement, we await completion of the documentation required by the Indian Health Service, and granting of clinical privileges by our Medical Executive committee.
We look forward to working with you.

Yours,

Carlos Lerner, MD
Medical Chief of Staff
Acting Clinical Director
Kayenta Health Center
Indian Health Service, Navajo Area

Exhibit "E"