# PAUL J. SULLA, JR.
## Attorney at Law
P.O. Box 425
Laupahoehoe, HI 96764
(808)962-0025 phone   (808)962-0024 fax



**LETTER OF TRANSMITTAL**

Date: September 26, 2006

TO:   Clerk
      U.S. District Court
      300 Ala Moana Blvd, Room C-338
      Honolulu, HI  96850

FROM: PAUL J. SULLA, JR.

RE:   United States of America v. Stephen B. Wilson
      Civil No. CR05-00342 HG

**ITEMS BEING TRANSMITTED FOR FILING (original plus two copies):**

1.  DEFENDANT, STEPHEN B. WILSON'S, MOTION FOR COMMUNITY SERVICE IN LIEU OF INCARCERATION PURSUANT TO 18 U.S.C. §3563(b)(2)-(10) and (12)-22 and §3583(d)(3) WITH SUPPORTING MEMORANDUM OF LAW; EXHIBIT A, B, C; CERTIFICATE OF CONFERENCE; CERTIFICATE OF SERVICE;

2.  DEFENDANT, STEPHEN B. WILSON'S, STATEMENT OF SENTENCING POSITION AND OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT; CERTIFICATE OF SERVICE.

Please return all file-stamped copies to this office in the stamped, self-addressed envelope provided for your convenience.

Sincerely,

*Cindy Richardson*
*for*
Paul J. Sulla

Enclosure: (7)