**ORIGINAL**

PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

Attorneys for Defendant
Stephen B. Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 7 2006

at __1__ o'clock and __30__ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CR. NO. CR05-00342 HG |
| VS. | § § | INDICTMENT |
| STEPHEN B. WILSON, | § § | [26 U.S.C. § 7201] |
| Defendant. | § | |

**DEFENDANT, STEPHEN B. WILSON'S, STATEMENT OF SENTENCING POSITION AND OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

COMES NOW, the Defendant, Stephen B. Wilson ("WILSON"), and files his Statement of Sentencing Position and Objections to the Presentence Investigation Report and would show the Court the following:

**FACTUAL BACKGROUND PRIOR TO THE FILING OF
DEFENDANT'S OBJECTIONS**

1

1.   Defendant's counsel, Paul J. Sulla, received a copy of the Proposed Presentence Report from the United States Probation Office in Honolulu, Hawaii on or about September 1, 2006.

2.   The Defendant's Objections to the Proposed Presentence Report along with Defendant's Statement of Position as to sentence are set out below.  Any objections are stated in the chronological order in which the objectionable matter appears in the pages of the Report.

### DEFENDANT'S SPECIFIC STATEMENT OF POSITION ON SENTENCING AND/OR OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

1.   Page 17, Paragraph 78 -- Defendant objects to the Probation Officer's recommendation or statement that "since the applicable guideline range is in Zone D of the Sentencing Table, the minimum term shall be satisfied by a sentence of imprisonment. U.S.S.G. § 5C1.1(f).  Any prohibition contained in the Sentencing Guidelines which purports to prohibit probation or limit supervised release is now advisory only and not mandatory.

2

2. Page 18, Paragraph 83 -- Defendant objects to the statement contained in the Proposal Presentence Report that "since the applicable guideline range is in Zone D of the Sentencing Table, the Defendant is not eligible for probation pursuant to U.S.S.G § 5BA.1, Application, Note 2." Any prohibition of probation or limitation of supervisory release currently contained in the United States Sentencing Guidelines is advisory and not mandatory.

3. Page 19, Paragraph 3 -- Defendant objects to the Probation Officer's recommendation that the Defendant "...not be permitted to leave the District of Hawaii until he has satisfied his outstanding tax obligations with the IRS...." The Defendant Wilson should be allowed to leave the District of Hawaii, subject to reporting to the United States Probation Office, in order to perform humanitarian medical services as part of the terms of supervised release. Defendant's physical presence in the District of Hawaii is not necessary in order for the Defendant to litigate the amount of taxes and to settle and/or pay his back taxes with the IRS.

## CONCLUSION

The Defendant requests this Court to consider the objections contained herein and sentence Defendant Wilson in conformity therewith.

Respectfully submitted,

_____
PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Leslie Osborne, Jr., AUSA, Room 6100 PJKK Federal Building, 300 Ala Moana Blvd., Box 50183, Honolulu, HI 96850 by U.S. Mail, postage prepaid, on this the 26th day of September, 2006.

_____
Paul J. Sulla

4