PAUL J. SULLA #53⬚⬚
P. O. Box 425
Laupahoehoe, HI 96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 2 2006

at 2 o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR. NO. CR05-00342 HG |
| VS. | ) | INDICTMENT |
| STEPHEN B. WILSON, | ) | [26 U.S.C. ' 7201] |
| Defendant. | ) | |

### DEFENDANT, STEPHEN WILSON'S, MOTION FOR DOWNWARD DEPARTURE IN SENTENCING WITH SUPPORTING MEMORANDUM OF LAW

TO THE HONORABLE DISTRICT JUDGE OF SAID COURT:

COMES NOW, the Defendant Stephen Wilson ("Wilson"), and files this his Motion for Downward Departure by this Court in Sentencing and, in support of said Motion, would respectfully show unto the Court the following:

1. Defendant Wilson is currently scheduled to be sentenced on the 26th day of October, 2006.

2. Defendant Wilson is currently 52 years old. He has no prior "criminal history." This Court should take into account the fact that Wilson reached the age of fifty two years without being charged with any crime. Recidivism is much less likely in first

1

time offenders of advanced age. This Court should take these two factors into account and depart downwardly based there on at Wilson's sentencing.

3. Defendant Wilson has been performing humanitarian service over the past year for the Kingdom of Thailand donating his services without remuneration. Where a Defendant shows proof of rehabilitation before pleading guilty and before sentencing, the Court should depart downwardly in his sentence.

4. Defendant Wilson has a serious medical condition which has required him to adhere to an ongoing treatment and physical rehabilitation program, under the care of his private doctors. Wilson still suffers from complications of poliomyelitus which he acquired while still a child. This Court should downwardly depart in Wilson's sentence based on his medical condition and the need not to disrupt his already in place plan of treatment.

5. The United States has announced its intention to "pursue restitution" through administrative audit and review and litigation with the Defendant. Resolution of the Defendant's proper tax liabilities will be expedited if Defendant is at liberty to participate in the Government's efforts to audit and/or litigate the proper amount of taxes which the Defendant owes. This Court should downwardly depart when sentencing the Defendant so that Defendant will be able to have the amount of his taxes determined

and begin a payment plan.

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE IN SENTENCING

I.

1. **DEFENDANT WILSON'S LACK OF ANY PRIOR CRIMINAL HISTORY AND HIS AGE AT THE TIME OF INDICTMENT MERITS DOWNWARD DEPARTURE.**

Departure is warranted because the Guidelines failed to consider the length of time a Defendant refrains from commission of the first crime and the Defendant has reached an advanced age without engaging in Criminal Conduct. Advanced Age of a Defendant makes recidivism less likely. U.S. V. Ward, 814 F.Supp. 23 (E.D. Va. 1993).

2. **DEFENDANT WILSON'S NEED TO REMAIN FREE FROM INCARCERATION TO EFFECTIVELY LITIGATE THE AMOUNT OF HIS TAXES WITH THE IRS AND TO THEREBY MAKE RESTITUTION MERITS DOWNWARD DEPARTURE.**

Departure should be granted if freedom from incarceration is necessary to allow Defendant to be "better able to provide restitution." U.S. v. Menyweather, 431 F.3d 692, 702 (C.A. 9, 2005)

3. **THE TOTALITY OF THE CIRCUMSTANCES OF THIS CASE MERITS DOWNWARD DEPARTURE.**

Defendant Wilson has lost his regular medical practice which

3

he maintained in Hawaii during the years at issue. He has pursued humanitarian work for the past several years without compensation and has transformed his previous life into one of public service. It is highly unlikely Defendant will ever be involved in any tax controversy in the future in light of his age and the public service he is performing. Under these circumstances this case is exceptional as defined by USSG 5K2.0(c) and the unusual nature of the case, standing alone, is a ground for downward departure.

4.  **DOWNWARD DEPARTURE IS AUTHORIZED IF IT ALLOWS THE DEFENDANT TO PERFORM ALTERNATIVE SERVICE AND WOULD AID IN THE DEFENDANT'S REHABILITATION.**

    Here Departing Downward would allow Defendant Wilson the best opportunity to serve the public while undergoing a supervised alternative service. U.S. v. Martin, 827 F.Supp. 232 (S.D.N.Y., 1993).

5.  **WILSON'S ATTEMPTED COOPERATION WITH THE I.R.S. WARRANTS DOWNWARD DEPARTURE.**

.LS2
    When a criminal Defendant attempts to cooperate with the I.R.S. Downward Departure is warranted even if the Government decides not to use the information that the Defendant provides. U.S. v. Tenzer, 213 F.3d 34 (2d Cir., 2000) and

4

U.S. v. Jaber, 362 F.Supp.2d. 365 (D. Mass., 2005).

6. **WILSON'S PREVIOUS GOOD WORKS WARRANT DOWNWARD DEPARTURE.**
   The good works of a Defendant completed prior to sentencing warrant downward departure. U.S. v. Acosta, 846 F.Supp. 278 (S.D.N.Y., 1994).

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendant Wilson prays that this Honorable Court entertain this Motion and, after due consideration of same, that this Court enter an Order and Judgment: (1) Downwardly Departing in the sentence of Defendant Wilson, as prayed for herein; and (2) Granting Defendant Wilson such other and further relief, both in law and in equity, to which the Defendant may show himself to be justly entitled.

    Respectfully submitted,

    _____
    PAUL J. SULLA #5398
    P. O. Box 425
    Laupahoehoe, HI  96764
    (808) 962-0025

5

## CERTIFICATE OF CONFERENCE

Mr. Leslie Osborne, Jr. OPPOSES this motion.

_____
Paul J. Sulla

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Leslie Osborne, Jr., AUSA, Room 6100 PJKK Federal Building, 300 Ala Moana Blvd., Box 50183, Honolulu, HI 96850 by electronic filing and/or U.S. Mail, postage prepaid, on this the 11th day of October, 2006.

_____
Cindy Richardson

WILSONM4.DND/TK386