PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR. NO. CR05-00342 HG |
| VS. | INDICTMENT |
| STEPHEN B. WILSON, | [26 U.S.C. ' 7201] |
| Defendant. | |

**DEFENDANT, STEPHEN WILSON'S, SUPPLEMENT TO MOTION FOR ENTRY OF ORDER APPROVING ALTERNATIVE SERVICE IN LIEU OF INCARCERATION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

COMES NOW, the Defendant, Stephen Wilson ("WILSON"), and files this his Supplement to his Motion for Entry of an Order Approving Alternative Service In Lieu of Incarceration and, in support of the previously-filed Motion, and as a supplement thereto, would show the Court the following:

1.  Defendant Wilson has previously filed a Motion requesting that this Court approve one of two alternative plans for Alternative Service to be performed in Lieu of Incarceration.

1

2.  One of these plans calls for Wilson to conduct forensic Medical Work in the Kingdom of Thailand in aid of the Thai government's efforts to identify the corpses of Tsunami victims so that they can be shipped home or accorded a decent burial and to bring to justice jihadists who have committed terroristic murders in the south of the country.

3.  Attached hereto and marked Exhibits A and B are true and correct copies of Letters from the Thai Ministries in charge of the forensic program attesting to the value of Defendant Wilson's efforts which have been ongoing for over a year.

4.  Defendant Wilson moves this Court to consider the attached letters as a supplement to Wilson's previous filings requesting Alternative Service.

5.  Defendant Wilson stands ready to continue to assist the Thai Government on a humanitarian basis, without charge, and urges the Court to grant the Alternative Service he has requested which will assist the Thai government.

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendant Wilson prays that this Court entertain this Supplement, and, after due consideration of same, that this Court enter a Order and Judgment: (1) Approving Defendant Wilson's request for Alternative Service which will allow Wilson to continue to assist the Thai government; and (2) Granting Wilson such other and further relief, both in law, and

in equity, to which he may show himself to be justly entitled.

                                            Respectfully submitted,

                                            _____
                                            PAUL J. SULLA #5398
                                            P. O. Box 425
                                            Laupahoehoe, HI  96764
                                            (808) 962-0025

3