September 2, 2006

Paul Sulla, Esq.
POB 425
Laupahoehoe, HI 96764

Dear Mr. Sulla,

I am writing on behalf of your client Dr. Stephen B. Wilson. CR. NO. CR05-00342 HG.

To the Honorable United States District Judge
In the United States District Court
For the District of Hawaii

Thailand has an ongoing terrorist Islamic separatist movement in the southernmost three provinces whose targeting of foreigners and Thai civilians has spread recently to three more adjacent provinces. The bombing and beheading also targets schoolteachers, policemen, civil servants and Buddhist monks.

Thailand is an ally of the United States in the war against terrorism. Due to security concerns, foreign government officials who may wish to assist Thailand in dealing with this jihad may not travel in this area, despite the danger of the movement becoming regional.

For his humanitarian work in the tsunami and his ongoing free voluntary services for the Ministry of Justice, Dr. Wilson has been trusted by members of the Army, National Police and the central government. He is the only foreigner I know of who has been cleared by all three to visit these dangerous areas in his official capacity with the Central Institute of Forensic Science (CIFS), the scientific investigation branch akin to that of the FBI of the United States.

This work allows him to act as an independent observer of the efforts that burden both our countries. The CIFS investigates the human remains in that strife-torn area irregardless of who is suspected to have perpetrated the murder. In the south, CIFS personnel are unarmed, wear bullet proof vests and are protected by the Army. This work for human rights is endorsed by Asian Human Rights and the United Nations.

Exhibit "A"

In the past year alone Dr. Wilson was under abduction threat. Instead of fleeing Thailand, he agreed to remain while we negotiated to stabilize the situation. Your permission would allow him to continue to serve the United States interests in Thailand and this region, without remuneration and at the direct risk of his personal safety.

I humbly ask you to consider allowing him to serve both our countries in this crucial effort.

Very Truly Yours,

Piyalarp Wasuwat, Colonel
Royal Thai Army
315 Ratchawithi Rd
Ratchathewi Bangkok
10400
Thailand

Exhibit "A", p. 2