October 4, 2006

Re: Stephen B. Wilson
CR. NO. CR05-00342 HG.

To the Honorable United States District Judge
In the United States District Court
For the District of Hawaii

Your Honor,

Dr. Wilson is the most experienced investigator in Thailand, and perhaps the world, in the field of Forensic Anthropology in separating the human remains according to the races. His large volume of cases comes from his work with the over 5000 deceased at the tsunami, the largest natural disaster in recorded history.

His continued expertise comes from his human rights work with the Central Institute of Forensic Science of the Ministry of Justice. Dr. Wilson works with their Missing Persons Identification Center which investigates the killings in the southern three provinces of Thailand where an ongoing Jihad kills civilians and monks, as well as school teachers and policemen.

Just last month a bomb blast in the city of Hat Yai killed a Canadian tourist. Forensic Anthropology can single out the age, race and sex of human remains despite advanced stages of decomposition and destruction.

The United States has a strong interest in this aspect of the War Against Terrorism, and a very strong interest in the affairs of its ally Thailand. Dr. Wilson has shared his findings and observations with the United States Embassy in Bangkok, the Royal Thai Army, the Royal Thai Police, and the Ministry of Justice. At his own expense, he also traveled with the Minister of Justice to INTERPOL in Lyon, France. He also traveled with the Prime Minister to assist your country recovering from Hurricane Katrina.

His continued work in this capacity will continue to serve the interests of the United States in Thailand.

Yours,

Pramote Imwattana, Colonel
Director of Personnel Division
Royal Thai Army
Medical Dept. Headquarters
Bangkok, Thailand

Exhibit "B"