CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Leslie Osborne, Jr., AUSA, Room 6100 PJKK Federal Building, 300 Ala Moana Blvd., Box 50183, Honolulu, HI 96850 by electronic filing and/or U.S. Mail, postage prepaid, on this the 11th day of October, 2006.

_____
Gary Charles Zamber

4