

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*  (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  *FAX (808) 541-2958*
*Honolulu, Hawaii 96850*

October 6, 2006

Paul Sulla, Jr., Esq.
P.O. Box 425
Laupahoehoe, HI 96764

      Re:  USA v. Stephen B. Wilson
           Cr. No. 05-00342 HG

Dear Mr. Sulla:

    The United States is prepared to prove the additional income tax due and owing that would be pertinent at the time of your client's sentencing. In the interest of saving the Court's time, we invite you to stipulate to the following figures at the sentencing hearing.

|                              | 1998         | 1999        |
|------------------------------|--------------|-------------|
| Federal Income Tax: Additional Due: | $112,240.60 | $74,386.00 |
| State of Hawaii Income Tax: Additional Due: | $28,158.68 | $16,463.69 |
| State of Hawaii GET: Additional Due: | $25,151.34 | $20,727.29 |

    Please let me know your decision on or before Friday, October 20, 2006.

                              Very truly yours,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By
                              LESLIE E. OSBORNE, JR.
                              Assistant U.S. Attorney

LEO:gp

cc:  Brian Kon, Special Agent
     Internal Revenue Service-CI

                        Exhibit "A"