PAUL J. SULLA, JR. #5398
P. O. Box 425
Laupahoehoe, HI 96764
(808) 962-0021

Attorney for Defendant
Stephen B. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. CR05-00342 HG |
| VS. | INDICTMENT |
| STEPHEN B. WILSON, | [26 U.S.C. § 7201] |
| Defendant. | |

### DEFENDANT, STEPHEN B. WILSON'S AFFIDAVIT IN SUPPORT OF SUPPLEMENT MOTION FOR DOWNWARD DEPARTURE IN SENTENCING

NOW COMES the defendant, Steven B. Wilson and under oath deposes and says as follows:

1. I am defendant in the above-captioned matter and recently returned to Honolulu for sentencing that had been scheduled for October 26, 2008.

2. While in Honolulu I took the opportunity to review my old office records and to see if I could locate any state tax records for the years 1999 and 1998. I was unsuccessful in locating any relevant records.

This document consists of 3 pages, each initialed by the attorney of record.

Notary initials

3. I recently learned that state tax obligations were being used in determination of the tax loss for the sentencing guidelines. Although I am uncertain about the state income tax, I am quite certain that all general excise tax were paid by the bookkeeper during the entire time I operated WHCI.

4. I contacted the Department of Taxation for the State of Hawaii by personally going to their service window at the state office building on Punchbowl Street, Honolulu, seeking to locate the state tax records showing the amount of WHCI income and general excise taxes that had been paid for the years 1998 and 1999. I was told they were unable to locate the WHCI records. The Department of Taxation apparently has gaps in its old records due to data processing changes over the years.

5. They were also unable to locate the records, withholding numbers for state income taxes of employees and the general excise number for the S-corporation business entity known as Women's Health Care Inc. that I operated before WHCI. However, they were able to find the withholding and the general excise tax numbers for the even older business entity I had operated known as Burgos Infertility Ob/Gyn Corp as well as those for the most recent business entity from which I retired known as dba Stephen B. Wilson, M.D.

SW

6. Therefore I was unable to locate from my own records or by the records of the State of Hawaii whether or not the general excise taxes were paid for 1998 and 1999 although it is my recollection that the excise tax would have been paid in the normal course of my office's business practice.

Signed under the pains and penalties of perjury this 6 day of November, 2006.

_____
STEPHEN B. WILSON

United States Embassy
Bangkok, Thailand

Kingdom of Thailand
Bangkok Metropolis } ss s
Embassy of the United States
of America

I, _____Faith E. Shehane, Consular Associate of the United States of America_____, a Notary Public for said United States Embassy, do hereby certify that Stephen B. Wilson personally appeared before me and signed the foregoing.

NOV - 6 2006

Witness my hand and seal this _____ day of _____, 2006.

_____
Notary Public
Faith E. Shehane
Consular Associate of the
United States of America
My Commission Expires
Indefinite