PAUL J. SULLA #5398
P.O. Box 425
Laupahoehoe, HI 96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00342 HG |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF PAUL J. |
| ) | SULLA IN SUPPORT OF |
| ) | DEFENDANT STEPHEN WILSON'S |
| ) | SUPPLEMENTAL MOTION FOR |
| ) | DOWNWARD DEPARTURE IN |
| ) | SENTENCING; EXHIBIT A, B & |
| ) | C; CERTIFICATE OF SERVICE |
| ) | |
| STEPHEN B. WILSON ) | |
| ) | Date:  November 21, 2006 |
| Defendant. ) | Time:  10:30 a.m. |
| ) | Chief Judge Helen Gillmor |

**DECLARATION OF PAUL J. SULLA IN SUPPORT OF DEFENDANT STEPHEN WILSON'S SUPPLEMENTAL MOTION FOR DOWNWARD DEPARTURE IN SENTENCING; EXHIBIT A, B & C; CERTIFICATE OF SERVICE**

1.  I represent Defendant Stephen B. Wilson in the above matter and will appear in place of Joseph A. Izen Jr. at the hearing on sentencing scheduled for November 21, 2006.

2. Dr. Wilson was able to obtain a letter concerning his activities in Thailand from the United States Embassy located in Bangkok, Thailand. A true and correct copy of a attached letter from Terry Dan, Counselor for Narcotic Affairs is attached hereto and marked Exhibit A.

3. From reliable medical sources Dr Wilson was able to prepare a brief summary of Post-Polio Syndrome, a generative disease that that he has been diagnosis and under treatment for since 2000. A true and correct copy of this summary of Post-Polio Syndrome is attached hereto and marked Exhibit B.

4. From reliable medical sources Dr. Wilson was able to prepare a brief summary of Herpes simplex keratitis, a viral infection he is afflicted with that is the leading cause of blindness in the USA. A true and correct copy of this summary of Herpes simplex keratitis is attached hereto and marked Exhibit C.

5. The letter from the US Embassy <u>Exhibit A</u> has just been made available after some delay. It is relevant to Dr. Wilson recent conduct and corroborates his prior letters from Thai officials. It is being offered in support of the Defendant's plea for a sentence providing for his Probation conditioned upon his continued humanitarian service in Thailand.

6. The summaries concerning Post-Polio syndrome and Herpes simplex keratitis are offered to further inform the Court concerning the Defendant's: (1) medical condition requiring specialized treatment and (2) being more vulnerable to abuse and predation in support of his motion for a downward departure from the sentencing guidelines.

    Signed under the pains of penalty and perjury.

_____
Paul J. Sulla