

**Narcotics Affairs Section**
Embassy of the United States of America
Bangkok, Thailand

November 15, 2006

Ms Diana S. Arima-Linscott
U.S. Pretrial Services
U.S. District Court – District of Hawaii
300 Ala Moana Blvd., Rm 7-222
Honolulu, HI 96850

Dear Ms Arima-Linscott;

I am writing you at the request of Dr. Stephen Wilson regarding his status in Thailand.

My office maintains ongoing contact with the Central Institute of Forensic Science at the Thai Ministry of Justice and has provided assistance to that office. U.S. support in recent years has included sending personnel of the Institute to the U.S. on brief trips in order to take advanced forensics training seminars as well as to consult with U.S. military and law enforcement law enforcement and forensic science authorities, as well as training of technicians at the International Law Enforcement Academy in Bangkok, which is funded by the United Statse.

I have been aware for nearly a year of Dr. Wilson's role as an unpaid professional advisor to the Institute. I know that he joined Acting Institute Director Dr. Pornthip Rojanasunan and her deputy Dr. Thaveerap Tantiwongse in May of this year at an Embassy hosted digital video conference with the U.S. National Center for Missing and Exploited Children that my office funded. I am also aware that Dr. Wilson traveled with the then-Prime Minister of Thailand and senior Institute officials to the United States soon after Hurricane Katrina struck New Orleans. The Thai delegation's intent was to provide forensic autopsy assistance to U.S. authorities, although that activity ultimately did not take place due to U.S. legal considerations.

I was advised by senior Institute managers today that Dr. Wilson retains his advisor role there, and is specifically working on Missing Persons initiatives.

I hope this information is helpful to you and the Court. Please let me know if I may be of further assistance.

Sincerely,

*Terry Daru*
Terry Daru
Counselor for Narcotics Affairs

*GPF Witthayu Building, Tower One, Suite 801A*
*93/1 Wireless Road, Bangkok, Thailand 10330; Tel: 66-02-205-5505 Fax: 66-02-205-5540*

Exhibit A