**Polio was the killer disease that struck fear into a whole generation in the 1950s. Now it's back in the form of Post-Polio Syndrome.**

For many of us polio is a distant memory and some people even think 'it doesn't exist anymore'.

For years most of these polio survivors lived active lives, their memory of polio long forgotten, their health status stable. By the late '70s, polio survivors were noting new problems of fatigue, pain, and additional weakness. By the mid-'80s, health professionals and policymakers recognized these new problems as being real and not "only in the patients' minds."

**Post-Polio Syndrome (PPS) describes a range of new symptoms that occur 20 - 40 years after the original onset of the polio infection.**

**Decades after recovering much of their muscular strength, survivors of paralytic polio are reporting unexpected fatigue, pain and weakness.**

**Experts believe that the cause of this new syndrome is the degeneration of motor neurons.**

**PPS is caused by the death of individual nerve terminals in the motor units that remain long after the original polio attack.**

**The onset of Post-Polio Syndrome is usually gradual and takes place over several years. It can also be very unpredictable.**

The current consensus of opinion explaining post-polio symptoms focuses on the nerve cells and their corresponding muscle fibers. When the poliovirus destroyed or injured motor neurons, muscle fibers were orphaned and paralysis resulted. Polio survivors who regained movement did so because nerve cells recovered to a certain extent. Further recovery is attributed to the ability of non-affected neighboring nerve cells to "sprout" and reconnect to the orphaned muscles. Survivors living for years with this restructured neuromuscular system are now experiencing the consequences – overworked surviving nerve cells and overworked muscles and joints, compounded by the effects of growing older.

The cause is unknown. However, the new weakness of PPS appears to be related to the degeneration of individual nerve terminals in the motor units that remain after the initial illness. A motor unit is a nerve cell (or neuron) and the muscle fibers it activates. The poliovirus attacks specific neurons in the brainstem and the anterior horn cells of the spinal cord. In an effort to compensate for the loss of these neurons, ones that survive sprout new nerve terminals to the orphaned muscle fibers. The result is some recovery of movement and enlarged motor units.

Years of high use of these enlarged motor units adds stress to the neuronal cell body, which then may not be able to maintain the metabolic demands of all the new sprouts, resulting in the slow deterioration of motor units. Restoration of nerve function may occur in some fibers a second time, but eventually nerve terminals malfunction and permanent weakness occurs. This hypothesis is consistent with PPS's slow, stepwise, unpredictable course.

Some research suggests that the normal aging process also plays a role. After the age of 60, most people have a decrease in the number of motor neurons in their spinal cords. Persons who have not had polio can lose a considerable number of motor neurons as they age without experiencing any serious muscle weakness. However, among polio survivors who already have

Exhibit B

lost a considerable number of motor neurons, this age-related loss may contribute to new muscle weakness. Both overuse and underuse of muscles also may contribute to muscle weakness.

Through years of studies, scientists at the National Institute of Neurological Disorders and Stroke and at other institutions have shown that the weakness of PPS is a very slowly progressing condition marked by periods of stability followed by new declines in the ability to carry out usual daily activities.

Amongst the symptoms of Post-Polio Syndrome are muscle weakness, breathing difficulties, and general fatigue.

### Symptoms

- Unaccustomed fatigue – either rapid muscle tiring or feeling of total body exhaustion
- New weakness in muscles, both those originally affected and those seemingly unaffected
- Pain in muscles and/or joints
- Sleeping problems
- Breathing difficulties
- Swallowing problems
- Decreased ability to tolerate cold temperatures
- Decline in ability to conduct customary daily activities such as walking, bathing, etc.

**These general symptoms are experienced in varying degrees, and their progression can be insidious. They should not be dismissed simply as signs of aging alone. Current research indicates that the length of time one has lived with the residuals of polio is as much of a risk factor as chronological age. It also appears that individuals who experienced the most severe original paralysis with the greatest functional recovery are having more problems now than others with less severe original involvement.**

Pain syndromes associated with the late effects of polio include muscle (myogenic) pain and cramping. Fasciculations, often described as a crawling sensation, are exacerbated by physical activity, stress, and sometimes cold weather.

Unaccustomed or disabling fatigue is one of the most common symptoms expressed by polio survivors and occurs for multiple reasons. Some polio survivors describe fatigue as a decrease in stamina, in endurance, and in the ability to perform repetitive actions (rapid muscle fatiguability), either measured in ambulatory distance or in the performance of upper extremity tasks. Others report a more global sense of tiredness, describing sleepiness, decreased attentiveness, and forgetfulness. Many require more than normally expected amounts of sleep, and frequently feel refreshed by a nap. Many polio survivors also describe a major decrease in stamina following illness, surgery, or trauma (Yarnell, 1988).

Strength and endurance testing studies indicate that survivors who report new symptoms indeed do have greater residual weakness, reduced work capacity, and recover strength after activity less readily than asymptomatic polio survivors (Agre & Rodriguez, 1990). Gait analysis of survivors indicates that weakened muscles are required to work longer and with greater intensity to compensate for paralyzed muscles elsewhere in the lower extremities (Perry et al., 1987).

Exhibit B
2 of 3

> Chronic musculoskeletal pain, frequently a complaint of survivors, can cause fatigue and irritability and can also lead to deconditioning and disordered sleep (Yarnell, 1988). Disturbed sleep contributes to daytime sleepiness and fatiguability.
>
> As they age, their limbs become more sensitive to pain as the temperature decreases (Owen, 1985). When polio survivors were cooled in the laboratory from 86º F to 68º F, motor nerves functioned as if they were at 50º F, and survivors lost 75% of their hand muscle strength (Bruno et al., 1985).
>
> Consequently, as the outside temperature drops, the capillaries do not contract and warm blood flows to the surface of the skin resulting in excessive loss of heat and cooling of the limbs. Cold also chills tendons and ligaments (like putting a rubber band in the freezer), making them stiff and movement of weak muscles more difficult.
>
> Respiratory problems contribute to fatigue. Polio survivors may have obstructive or central sleep apnea causing daytime sleepiness and fatigue. Survivors with increased respiratory muscle weakness may develop carbon dioxide ($CO_2$) retention due to shallow breathing, especially at night. $CO_2$ narcosis leads to fatigue and sleepiness during the day resulting in napping during conversations or periods of mild relaxation
>
> Dealing with additional disability is emotionally draining for many and can lead to depression with decreased attention and concentration, or distractibility (Backman, 1987). Sadness and/or grieving for lost function, as well as depression, can cause fatigue.
>
> Finally, there is the theory that some polio survivors have fatigue as a result of having had polioencephalitis. These individuals may experience a sense of central fatiguability (decreased attention and concentration and memory loss) due to involvement of various brain structures including the reticular activating system (Bruno et al., 1991).

Frequently, symptoms occur in muscles affected by the original polio. Sometimes they also appear in muscles that were not previously affected by the polio attack.

Other complications associated with Post-Polio Syndrome include neuropathies, trapped nerves, arthritis, and muscle atrophy - known as Post-Polio Muscular Atrophy (PPMA).

**At present there is no way of preventing Post-Polio Syndrome.**

**Presently, no intervention has been found to stop the deterioration of surviving neurons.** But physicians recommend that polio survivors get the proper amount of sleep, maintain a well-balanced diet, avoid unhealthy habits such as smoking and overeating, and follow an exercise program as discussed above. Proper lifestyle changes, the use of assistive devices, and taking certain anti-inflammatory medications may help some of the symptoms of PPS.

Exhibit B
3 of 3