**Herpes simplex keratitis is a leading cause of blindness in the USA**, and is caused predominantly by HSV-1. In older children and adults, 78–98% of cases are due to HSV-1, whereas neonates with keratitis are much more likely to have infection with HSV-2.



Recurrent corneal infection by the herpes simplex virus (HSV) is a common cause of blindness in otherwise healthy individuals. Various manifestations of this disease range from benign blepharitis, conjunctivitis, and epithelial keratitis to vision-threatening stromal disease and uveitis.

Following primary infection with HSV, the virus is demonstrable in its latent form in the sensory nerve ganglion. Reactivation of this virus in the trigeminal ganglion and its neuronal spread into the cornea has been widely accepted as the mechanism for recurrent ocular herpetic infections.

**Herpes simplex virus infection of the eye is an important cause of corneal blindness.** It is the recurrence of the disease which results in ocular morbidity because of HSV antigen retention, recruitment of immune cells into a normally avascular structure, and consequent anatomic and physiologic disruption of the cornea through an immune inflammatory reaction.

In adults, the recurrence rates of HSV are about 25% within a year and 33% within 2 years. Various nonspecific factors such as trauma, fever, psychological

*Exhibit C*
*1 of 3*

stress and climatic changes are implicated as precipitating factors.

Little is conclusively known about the genesis of ocular herpes simplex virus infection and recurrences. Varied manifestations could be attributed to virulence of virus strains and altered immune response to the virus.

> Data of 40 patients (32 males and 8 females) with an average age of 43.9 years (range 11-72 years) were retrieved from our records. Age distribution: 52.5% of the patients belonged to age group 31-50 years. Onset of the disease was spontaneous in 62.5% and a trigger for recurrence was known in 37.5%. Major precipitating factors were: history of minor ocular trauma in 20%; fever in 15%; and exanthematous skin eruptions in 2.5% cases. Bilateral herpetic keratitis was seen in 15% of patients. The average age of the bilateral cases was 40 years. None of the cases showed simultaneous onset. The clinical manifestations were similar in all those with bilateral disease.
>
> The likelihood of a recurrence of ocular herpetic infection: At one year after the initial episode there is a 37.5% incidence of a recurrence and at 2 years, it is 50%. By 10 years the cumulative incidence of recurrence is 95%. Among the individuals with a first episode of recurrence the cumulative incidence for a second was 36.6% by 1 year, 63.6% by 2 years and 100% by 5 years. The recurrence rate is seen to rise with the number of episodes. The trend was towards shorter intervals between episodes with an increasing number of recurrences.
>
> In our study the average age of patients was 43.9 years with 67.5% of patients in the age group of 31-60 years. This was comparable with other studies which show a higher incidence of herpetic keratitis at 40-60 years.
>
> Men were found to have the disease 4 times more often than women. Epidemiological surveys have also demonstrated an increased proportion of men developing the disease.
>
> Bilateral disease was seen in 15% of the cases. Other series had reported between 3% and 19% incidence of bilateral HSV corneal disease. Average age of patients developing bilateral disease was 40 years and none of them showed simultaneous involvement of the eyes. The disease was of spontaneous onset in 62.5% of the cases. A definite history of trauma could be elicited in 20% of the cases; 15% had fever as a precipitating factor.
>
> Saini JS, Agarwala R. Clinical pattern of recurrent herpes simplex keratitis. Indian J Ophthalmol 1999;47:11-14

Exhibit C
2 of 3

## VIROPTIC Ophthalmic Solution, 1% Sterile (trifluridine ophthalmic solution)

Continuous administration of VIROPTIC for periods exceeding 21 days should be avoided because of potential ocular toxicity.

DESCRIPTION: VIROPTIC is the brand name for trifluridine (also known as trifluorothymidine, $F_3TdR, F_3T$), an antiviral drug for topical treatment of epithelial keratitis caused by herpes simplex virus.

Intraocular penetration of trifluridine occurs after topical instillation of VIROPTIC into human eyes. Decreased corneal integrity or stromal or uveal inflammation may enhance the penetration of trifluridine into the aqueous humor.

VIROPTIC has not been shown to be effective in the prophylaxis of herpes simplex virus keratoconjunctivitis and epithelial keratitis bywell-controlled clinical trials.

INDICATIONS AND USAGE: VIROPTIC Ophthalmic Solution, 1% (trifluridine ophthalmic solution) is indicated for the treatment of primary keratoconjunctivitis and recurrent epithelial keratitis due to herpes simplex virus, types 1 and 2.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** *Mutagenic Potential*: Trifluridine has been shown to exert mutagenic, DNA-damaging and cell-transforming activities in various standard *in vitro* test systems, and clastogenic activity in *Vicia faba* cells. It did not induce chromosome aberrations in bone marrow cells of male or female rats following a single subcutaneous dose of 100 mg/kg, but was weakly positive in female, but not in male, rats following daily subcutaneous administration at 700 mg/kg/day for 5 days. **Although the significance of these test results is not clear or fully understood, there exists the possibility that mutagenic agents may cause genetic damage in humans.**

*Oncogenic Potential:* Lifetime carcinogenicity bioassays in rats and mice given daily subcutaneous doses of trifluridine have been performed. Rats tested at 1.5, 7.5, and 15 mg/kg/day had **increased incidences of adenocarcinomas of the intestinal tract and mammary glands, hemangiosarcomas of the spleen and liver, carcinosarcomas of the prostate gland, and granulosa-thecal cell tumors of the ovary.**

Mice were tested at 1, 5, and 10 mg/kg/day; those given 10 mg/kg/day trifluridine had **significantly increased incidences of adenocarcinomas of the intestinal tract and uterus.**

Those given 10 mg/kg/day also had a **significantly increased incidence of testicular atrophy** as compared to vehicle control mice.

*Exhibit C*
*3 of 3*