PAUL J. SULLA #5398
P.O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Attorney for Defendant
Stephen B. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00342 HG |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| STEPHEN B. WILSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, on this 17th day of November, 2006, that a true and correct copy of DECLARATION OF PAUL J. SULLA IN SUPPORT OF DEFENDANT STEPHEN WILSON'S SUPPLEMENTAL MOTION FOR DOWNWARD DEPARTURE IN SENTENCING; EXHIBIT A, B & C; was faxed and mailed, first class, postage prepaid to:

Leslie E. Osborne, Jr.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI  96850
Facsimile (808) 541-2958

1

DATED:   November 17, 2006 at Laupahoehoe, Hawaii.

By _____
Paul J. Sulla
Attorney for Defendant
Stephen B. Wilson

2