# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 21, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00342HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. STEPHEN B. WILSON |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr., AUSA |
| | Mr. Brian Kon, Case Agent, IRS |
| ATTYS FOR DEFT: | Paul J. Sulla, Esq. |
| U.S.P.O.: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | November 21, 2006 | TIME: | 11:00 - 12:30 |
| | | MOTIONS | 45 minutes |

COURT ACTION:   SENTENCING TO COUNT 1 OF THE INDICTMENT -
DEFENDANT STEPHEN B. WILSON'S MOTION FOR
COMMUNITY SERVICE IN LIEU OF
INCARCERATION -
DEFENDANT STEPHEN B. WILSON'S MOTION FOR
DOWNWARD DEPARTURE -

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.
Defendant Stephen B. Wilson's Motion for Community Service in Lieu of
   Incarceration is DENIED.
Defendant Stephen B. Wilson's Motion for Downward Departure is DENIED.
Allocution by the defendant.

ADJUDGED:

   IMPRISONMENT of 18 months.

   SUPERVISED RELEASE of 3 years, upon the following conditions:

1.   That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.  Since the defendant does not have a recent history of substance abuse, and the offense is not drug related, it is recommended that the Court waive the mandatory drug test condition.

6. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

7. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

8. That the defendant cooperate with the Internal Revenue Service and State of Hawaii Department of Taxation and arrange for the payment of delinquent taxes, interest and penalties, and the timely filing of tax returns and/or corrected amended tax returns.

9. That the defendant shall not be permitted to leave the United States until he has satisfied his outstanding tax obligation to the IRS.

10. That the defendant shall provide to the Probation Office a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income, all expenses of the defendant, and any business owned, in whole or in part, by the defendant.

11. The defendant is required to have employment to the extent that he is able to work physically, and that employment has to be compensated employment, so he can earn money to pay his obligations.  If there is a paying  opportunity in some other location in the United States where there is adequate supervision, the Court will consider his transfer of supervision to that district.

12. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.

MITTIMUS: That the defendant shall surrender for service of sentence at the FDC-Honolulu by 2:00 p.m. on November 27, 2006.

RECOMMENDATION: That the defendant receive medical treatment for his medical condition which is Herpetic Simplex Kerato Conjunctivitis and Post Polio Syndrome.

Government's Oral Motion to Dismiss Count 2 is GRANTED.

Submitted by: Mary Rose Feria, Courtroom Manager