

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 05-00342 HG |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | |
| Stephen B. Wilson, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Helen Gillmor Chief United States District Judge in the above-entitled case, Passport Number 203876102 issued at National Passport Center, on February 9, 2001 to the above-named defendant, was surrendered to the custody of the Clerk of court on November 22, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    July 24, 1955

Place of Birth:   Philippines

Dated at Honolulu, Hawaii on November 22, 2006.

SUE BEITIA, Clerk

By:_____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                              Owner of Passport

PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE
# DISTRICT OF HAWAII

## PASSPORT RECEIPT

NAME  Stephen B. Wilson                PASSPORT NUMBER  203876102

DATE REC'D  11/22/06                   COUNTRY OF ORIGIN  U.S.A.

CRIMINAL NO.  05-00342 HG              EXPIRATION DATE  2/8/2011

DEFENDANT'S
SIGNATURE   S Wilson

OFFICER'S
SIGNATURE   

*PASSPORTS RETAINED BY THE U.S. PRETRIAL SERVICES OFFICE MUST BE SECURED IN THE ADMINISTRATIVE SAFE AND LOGGED.*

☐ *PASSPORT SECURED AND LOGGED / DATE _____ BY _____*

---

DATE RETURNED _____        REC'D BY _____

                                       REC'D FROM _____

PURPOSE RETURNED _____

ADDRESS (if mailed) _____

☐ *RETURNED PASSPORT LOGGED / DATE _____ BY _____*