ORIGINAL

```
PAUL J. SULLA #5398
P. O. Box 425
Laupahoehoe, HI  96764
(808) 962-0025

Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

Attorneys for Defendant
Stephen B. Wilson
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2006

at ___ o'clock ___ min. ___ M
SUE ___ CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | CR. NO. CR05-00342 HG |
| VS. | § | INDICTMENT |
| STEPHEN B. WILSON, | § | [26 U.S.C. § 7201] |
| Defendant. | § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

NOTICE is hereby given that Joe Alfred Izen, Jr., an interested party and counsel in this case, hereby gives notice that he appeals the interlocutory findings, conclusions, and order, which granted his Motion for Leave to Appear Pro Hac Vice in this Court, within ten days of the November 27, 2006 entry of final judgment and sentence, to the United States Court of Appeals for the Ninth Circuit at San Francisco, California.

```
                                      Respectfully submitted,


                                      _____
                                      Joe Alfred Izen, Jr.
                                      5222 Spruce Street
                                      Bellaire, Texas  77401
                                      (713) 668-8815
                                      (713) 668-9402 FAX
                                      ATTORNEY PRO HAC VICE
                                      FOR DEFENDANT
```

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Leslie Osborne, Jr., AUSA, Room 6100 PJKK Federal Building, 300 Ala Moana Blvd., Box 50183, Honolulu, HI 96850 by U.S. Mail, postage prepaid, on this the 4th day of December, 2006.

```
                                      _____
                                      Joe Alfred Izen, Jr.
```

IZENWIL.NOA/TK388