# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 237640 |
| Trans | 143175 |

Received From: JOE ALFRED IZEN, JR. *(Alfred)*

Case Number:

Reference Number: CR 05-342HG

|  |  |  |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | Total | 455.00 |
| | | Tend | 455.00 |
| | | Due | 0.00 |

12/06/2006 12:17:18 PM    Deputy Clerk: et/DT