# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:** U.S.A. vs. STEPHEN B. WILSON

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00342HG

II   **DATE NOTICE OF APPEAL FILED:** 12/06/06

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 12/06/06   **AMOUNT:** $455.00

   **NOT PAID YET:**   **BILLED:**

   **U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:      Clerk, U.S. Court of Appeals                       Date: January 4, 2007

FROM:   Clerk, U.S. District Court, Hawaii

SUBJECT:  New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:    U.S.A. vs STEPHEN B. WILSON

U.S.D.C CASE NO.    CR 05-00342HG

U.S.D.C. JUDGE:     Helen Gillmor

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED:   08/11/05

APPEALED ORDER FILED:     11/27/06

NOTICE OF APPEAL FILED:    12/06/06

---

## COUNSEL INFORMATION

APPELLANT:  
Paul J. Sulla & Joe Alfred Izen, Jr.  
P.O. Box 425  
Laupahoehoe, HI 96764

APPELLEE:  
Leslie E. Osborne Jr., AUSA  
Office of the U.S. Attorney  
300 Ala Moana Blvd., Ste. 6100  
Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: Retained Counsel

     (e.g. C.J.A., Public Defender, Other.)

---

## DEFENDANT INFORMATION

ADDRESS:

F/P GRANTED: __

NO OF DAYS OF TRIAL: __

CUSTODY: ✓

BAIL: __

COUNSEL WAIVED: __

COURT REPORTER(S): Stephen Platt, Cynthia Fazio ESR

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

January 4, 2007

Leslie E. Osborne Jr., AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

IN RE:     U.S.A v. STEPHEN B. WILSON
CR NO.     CR 05-00342HG

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 12/06/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By   Laila M. Geronimo
     Deputy

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf
      Paul J. Sulla & Joe Alfred Izen, Jr.
         with copy of instructions for criminal appeals
         Transcript Desig. & Ordering Form
         with instructions and a copy of the
         docket sheet