AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:05CR00342-001
DEFENDANT: STEPHEN B. WILSON

Judgment - Page 2 of 6



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 18 MONTHS.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive medical treatment for his medical condition which is Herpetic Simplex Kerato Conjunctivitis and Post Polio Syndrome.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[✔]  The defendant shall surrender for service of sentence at the FDC - Honolulu:
    [✔] before 2:00 p.m. on 11/27/2006.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 08 2007
at 4 o'clock and 15 min.␣M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on 18 DEC 2006 to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rothman
UNITED STATES MARSHAL
WARDEN

By  J. Lumin
Deputy U.S. Marshal
Legal Tech