IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10030    U.S. District Court Case No. CR-05-00342-HG

Short Case Title: US v. Wilson

Date Notice of Appeal Filed by Clerk of District Court: 12/6/06

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 2 0 2007
at 2 o'clock and 59 min P M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

(X) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____    Estimated date for completion of transcript _____

Print Name of Attorney: Joe Alfred Izen, Jr.    Phone Number: 713-668-8815

Signature of Attorney: _Joe Alfred Izen Jr._

Address: 5222 Spruce Street, Bellaire, TX 77401

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia
(U.S. District Court Clerk)    _____ (date)    BY _____ DEPUTY CLERK