UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 07-10030 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-05-00342-HG |
| v. | |
| STEPHEN B. WILSON, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 06/13/07

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

JUL 0 6 2007

by: _____
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

JUN 13 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10030 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00342-HG |
| v. | District of Hawaii, Honolulu |
| STEPHEN B. WILSON, | ORDER |
| Defendant - Appellant. | |

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

Appellee's opposed motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

MOATT

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

JUL 06 2007

by: _____
Deputy Clerk

Proceedings include all events.
07-10030 USA v. Wilson

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Leslie E. Osborne, Jr., Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Ste. 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
|   v. | |
| STEPHEN B. WILSON<br>    Defendant - Appellant | Joe Alfred Izen, Jr., Esq.<br>FAX 713/668-9402<br>713/668-8815<br>[COR LD NTC ret]<br>5222 Spruce St.<br>Bellaire, TX 77401 |