ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 04 2008

at \_\_ o'clock and \_\_ min \_\_ M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | ) | CR 05-00342 HG |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | |
| Stephen B. Wilson, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2006

at \_\_ o'clock and \_\_ min \_\_ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Helen Gillmor Chief United States District Judge in the above-entitled case, Passport Number 203876102 issued at National Passport Center, on February 9, 2001 to the above-named defendant, was surrendered to the custody of the Clerk of court on November 22, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:   July 24, 1955

Place of Birth:   Philippines

Dated at Honolulu, Hawaii on November 22, 2006.

SUE BEITIA, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 2-04-08                   Signature: _____
                                                Owner of Passport